FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:07 pm, Sep 04, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 1:25cr-62 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 1344, 1349 |
| | ) | Conspiracy to Commit Bank Fraud |
| FNU LNU (FIRST NAME UNKNOWN, LAST NAME UNKNOWN) | ) | |
| a/k/a RONY DENIS | ) | 18 U.S.C. § 1344 |
| ANTHONY OLOANS | ) | Bank Fraud |
| JOSEPH FRYAR | ) | |
| DENNIS NOSTRANT | ) | 18 U.S.C. §§ 1343, 1349 |
| GERARD ROBERTSON | ) | Conspiracy to Commit Wire Fraud |
| DAVID REIP | ) | |
| MARCUS LABAT | ) | |
| OMAR GARCIA | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| | ) | |
| | ) | 26 U.S.C. § 7206(1) |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court pursuant to S.D. Ga. L. Crim. R. 49.1 to seal the Indictment in the above-captioned case, showing the Court as follows:

1. On September 4, 2025, a Grand Jury sitting in the Southern District of Georgia returned an Indictment charging the above-mentioned Defendants with violations of the United States Code.

2. The Court in accepting indictments from a Grand Jury "may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." Fed. R. Crim. Pro. 6(e)(4).

1

3.  The Defendants are not presently in custody.

4.  The United States respectfully requests that the Indictment and this motion be sealed. The United States maintains that these pleadings should remain under seal unless and until contrary order of the Court. Two reasons support this request. First, because the Government is aware that criminals upon learning that they are under indictment or charged with a crime often attempt to avoid capture. Second, the secrecy of the Grand Jury is paramount and premature acknowledgement that there is an investigation into the above-mentioned defendants' conduct would threaten that secrecy.

5.  The proposed sealed documents should remain sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law. LR Crim 49.1(b)(1)(D).

6.  The United States further requests that access and use of the sealed materials be limited to the Court, the United States Marshal's Service, the Government, and the following investigative agencies involved in the investigation of this case – Federal Bureau of Investigation (FBI), Veteran Affairs - Office of the Inspector General (VAOIG), Internal Revenue Service (IRS), Federal Housing Finance Authority (FHFA), United States Citizenship and Immigration Services (USCIS), United States Postal Service (USPS), and Army CID.

WHEREFORE, the Government respectfully moves the Court to grant this motion.

Respectfully submitted this 4th day of September 2025.

        MARGARET E. HEAP
        UNITED STATES ATTORNEY

        */s/ Patricia G. Rhodes*

        Patricia G. Rhodes
        Assistant United States Attorney
        Georgia Bar No. 307288

# Motions

1:25-cr-00062-JRH-BKE *SEALED* USA v. SEALED

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 9/5/2025 at 3:21 PM EDT and filed on 9/5/2025
**Case Name:**     USA v. SEALED
**Case Number:**   1:25-cr-00062-JRH-BKE *SEALED*
**Filer:**         USA
**Document Number:** 1(No document attached)

**Docket Text:**
**MOTION to Seal Case by USA. (pts)**


**1:25-cr-00062-JRH-BKE *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-2** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-3** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-4** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-5** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-6** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-7** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-8** No electronic public notice will be sent because the case/entry is sealed.