# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT NO: 1:25-cr-62 |
| ) | |
| ) | |
| FNU LNU (FIRST NAME ) | |
| UNKNOWN, LAST NAME ) | |
| UNKNOWN) ) | |
|   aka RONY DENIS ) | |
| ) | |
| ANTHONY OLOANS ) | |
| ) | |
| JOSEPH FRYAR ) | |
| ) | |
| DENNIS NOSTRANT ) | |
| ) | |
| GERARD ROBERTSON ) | |
| ) | |
| DAVID REIP ) | |
| ) | |
| MARCUS LABAT ) | |
| ) | |
| OMAR GARCIA ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND RELATED PAPERS

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Indictment which was returned by the Grand Jury for the Southern District of Georgia on September 4, 2025, together with any and all process issued thereunder in the above-styled matter.

In support of its request, the Government represents to the Court that the investigation and apprehension of defendants will no longer be compromised by the unsealing of said documents, and these materials will be provided to counsel for the Defendants as part of the discovery materials.

Respectfully submitted this 10th day of September 2025.

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*

Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar No. 307288