UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO: 1:25-cr-62 |
| | ) |
| FNU LNU (FIRST NAME UNKNOWN, LAST NAME UNKNOWN) | ) |
| aka RONY DENIS | ) |
| | ) |
| ANTHONY OLOANS | ) |
| | ) |
| JOSEPH FRYAR | ) |
| | ) |
| DENNIS NOSTRANT | ) |
| | ) |
| GERARD ROBERTSON | ) |
| | ) |
| DAVID REIP | ) |
| | ) |
| MARCUS LABAT | ) |
| | ) |
| OMAR GARCIA | ) |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder in the above-styled matter, and good cause appearing therefore, the investigation or apprehension of defendants will no longer be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendants, it is, ORDERED that the Government's motion is GRANTED. The Indictment issued in the above-styled matter, together

with any and all process issued thereunder in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 10th day of September 2025.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA