AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                 Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25CR062 |
| JOSEPH FRYAR | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

    a. The Defendant must post with the Clerk of Court a $0.00     cash deposit on his/her $ 50,000.00 bond by N/A.

AO 199B (Rev. 09/24) Additional Conditions of Release  
Joseph Fryar  
1:25CR00062-003

Page __ of __

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

  IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                  Signed: _____   _____
                                                Custodian                              Date

(☒)  (7)  The defendant must:
  (☒) (a)  submit to supervision by and report for supervision to the   SUPERVISING OFFICER AS DIRECTED   ,
       telephone number _____ , no later than _____ .
  (☒) (b)  continue or actively seek employment.
  (☐) (c)  continue or start an education program.
  (☒) (d)  surrender any passport to:   THE SUPERVISING OFFICER
  (☒) (e)  not obtain a passport or other international travel document.
  (☒) (f)  abide by the following restrictions on personal association, residence, or travel:   TRAVEL IS RESTRICTED TO THE SOUTHERN DISTRICT OF GEORGIA
  (☒) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   CO-DEFENDANTS, UNLESS ARRANGED BY AND IN THE PRESENCE OF COUNSEL

  (☐) (h)  get medical or psychiatric treatment: _____

  (☐) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

  (☐) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (☒) (k)  not possess a firearm, destructive device, or other weapon.
  (☒) (l)  not use alcohol ( ☐ ) at all ( ☒ ) excessively.
  (☒) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (☒) (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
  (☐) (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
  (☐) (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
       (☐) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
  (☒) (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (check one):

       (☒) (1)  **Curfew.** You are restricted to your residence every day (☐)from   10 p.m.   to   6 a.m.  , or (☐) as directed by the pretrial services office or supervising officer; or
       (☐) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
       (☐) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

## ADDITIONAL CONDITIONS OF RELEASE

        ( ☐ ) (ii) submit to the following location monitoring technology (check one):
        ( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (2) GPS; or
        ( ☐ ) (3) Radio Frequency; or
        ( ☐ ) (4) Voice Recognition; or
        ( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

  (iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☒ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (s) Comply with all of the additional conditions listed below.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You shall not maintain more than one financial institution account or be a signor on a financial institution account without the prior approval of the probation officer.

Shall notify the following of defendant's indictment and the specific nature of the allegations contained therein: current employers, prospective employers, and any other entity with whom the defendant enters any business or employment relationship.

The defendant shall not be employed in any fiduciary capacity or any position allowing access to credit or personal information of others unless the defendant's employer is aware of the charged offense and the United States Probation Office has approved such employment.

Shall not volunteer in any fiduciary capacity or any position allowing access to credit or personal information of others unless the entity for whom the defendant is volunteering is fully aware of the pending charges and the United States Probation Office approves such volunteer work.

The defendant shall not be employed in any position of public or private trust and shall inform any employer or potential employer of the pending charges if directed to do so by the supervising officer.

Comply with requirements to obtain and maintain employment, or provide proof of income if disabled, etc. and receiving benefits.

AO 199C  (Rev. 09/08) Advice of Penalties                                                                 Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

X _____
    *Defendant's Signature*

X  4717 Southwind DR, Evans, GA 30809
    *Mailing Address*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  9/11/2025

_____
*Judicial Officer's Signature*

BRIAN K. EPPS, U.S. MAGISTRATE JUDGE

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL