# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:25cr062

**DATE:** September 11, 2025

**UNITED STATES OF AMERICA**

**TIMES:** 3:03 - 4:44

V
Rony Denis, Anthony Oloans, Joseph Fryar, Dennis Nostrant, Gerard Robertson, David Reip, Marcus Labat,

**Honorable:** Brian K. Epps, United States Magistrate Judge

**Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR

**Interpreter:**

**Probation Officer:** Justin Brownlee

**Security:** CSO Ingram; USMS Brant, Partlow

**Attorney for Government:** Patricia Rhodes

**Attorney for Defendant(s):** Steve Sadow (Denis)

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [x] Defendant advised of rights
- [ ] CJA counsel appointed
- [x] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Pretrial motions due within to be determined once all defendants have counsel
- [x] Rule 5/Brady materials reviewed
- [x] Government Expert Disclosures due within 90 days
- [x] Defense Expert Disclosures due within to be determined once all defendants have counsel
- [ ] Government does not move for detention
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held
    - [ ] Witness for Gov't: [ ] Witness Sworn
    - [ ] Witness for Def: [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

Notes:

All defendants intend to retain counsel.
Government moves for detention as to Denis and Oloans. Detention hearings to be scheduled at a date and time to be determined.
Government does not move for detention for Fryar, Nostrant, Robertson, Reip, Labat. All released on $50,000 unsecured bond.