# United States District Court
## Southern District of Georgia

United States of America

Plaintiff

v. Rony Denis

Defendant

Case No. _____1:25-CR-62_____

Appearing on behalf of: **Rony Denis**

**Defendant**

(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Steven H. Sadow_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Augusta_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Steven H. Sadow_____. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____David Stewart_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __12th__ day of __September__, __2025__.

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____David Stewart_____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __12th__ day of __September__, __2025__.

__142029__
Georgia Bar Number

__706-434-8799__
Business Telephone

_____
Signature of Local Counsel

__Crowder Stewart LLP__ (Law Firm)
__540 James Brown Blvd.__ (Business Address)
__Augusta, GA 30901__ (City, State, Zip)
__540 James Brown Blvd., Augusta, GA 30901__ (Mailing Address)
__david@crowderstewart.com__ (Email Address)



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **STEVEN HOWARD SADOW, State Bar No. 622075,** was duly admitted to practice in said Court on November 9, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 12th day of September, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: Stephanie Wilson-Bynum
Deputy Clerk



Steven H. Sadow Appearance in Southern District of Georgia Cases:

- USA v. Akeem Ajima Lanier, 6:23-cr-00001
- USA v. Brandon and Kimberly Sapp, 4:14-cr-00184
- USA v. George Darrell Harper, 5:08-cr-00006
- USA v. Marion Norman, III, 1:05-cr-00089
- USA v. Stacey L. Shefton, 1:05-cr-00084
- USA v. William Ralph Wills, III, 5:02-cr-00013
- USA v. Xavrae Young, 5:97-cr-00003
- USA v. Walter Dunning Tearse, 4:95-cr-00130

# United States District Court
## Southern District of Georgia

United States of America

_____
Plaintiff

**v.**

Rony Denis
_____
Defendant

Case No. ___1:25-CR-62___

Appearing on behalf of
_____
Defendant
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Steven H. Sadow

Business Address: Steven H. Sadow, P.C.
Firm/Business Name

260 Peachtree Street, N.W.
Street Address

| Suite 2502 | Atlanta | GA | 30303 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 404-577-1400 | 622075 |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address: stevesadow@gmail.com