IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> v.<br>DAVID REIP<br> Defendant. | CASE NO: 1:25-cr-00062 |

### NOTICE OF ENTRY OF APPEARANCE

 Robin E. Daitch, Andrew A. Murdison, and Charles Hackney Rollins of the law firm Hall Booth Smith, PC, hereby give notice of their appearance as counsels of record for Defendant David Reip, in the above captioned proceeding.

 Respectfully submitted this 17th day of September, 2025.

                **HALL BOOTH SMITH, P.C.**

                */s/ Charles H. Rollins*
                Robin E. Daitch, Partner
                Georgia Bar No. 376288
                Andrew A. Murdison, Of Counsel
                Georgia Bar No. 687413
                Charles H. Rollins, Associate
                Georgia Bar No. 367169

Hall Booth Smith, PC
1450 Green St.
Suite 145
Augusta, GA  30901
Telephone: 706-494-2694
crollins@hallboothsmith.com
amurdison@hallboothsmith.com
rdaitch@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  | CASE NO: 1:25-cr-00062 |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>DAVID REIP<br>   Defendant. |  |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the within and foregoing **NOTICE OF APPEARANCE** with the Court using the CM/ECF system and serve a copy via the e-filing system, which will automatically serve the following parties:

Margaret E. Heap
Patricia G. Rhodes
Tania D. Grover
Georgia J.C. Jacobs, III
**UNITED STATES ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF GEORGIA**
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901

Dated this 17th day of September, 2025

**HALL BOOTH SMITH, P.C.**

*/s/ Charles Hackney Rollins*
CHARLES HACKNEY ROLLINS
Georgia Bar No. 367169