# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 1:25cr062 | **DATE:** September 18, 2025 |
| UNITED STATES OF AMERICA | **TIMES:** 2:04 - 5:50 |
| V. | Recess 3:36-4:13; 5:09-5:38 |
| Anthony Oloans | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay Capps |
| **Court Reporter:** FTR | **Interpreter:** |
| **Probation Officer:** -------- | **Security:** CSO Ingram; USMS Brant, Ketellar, Adams |

**Attorney for Government:** Patricia Rhodes, George Jacobs

**Attorney for Defendant(s):** Scott Grubman

**PROCEEDINGS:** ARRAIGNMENT and DETENTION HEARING

☑ All parties present and ready to proceed

**Witness for the Govt:**  ☑ Witness sworn
**Witness for the Govt:**  ☐ Witness sworn
**Witness for the Govt:**  ☐ Witness sworn

**Witness for the Deft:**  ☐ Witness sworn
**Witness for the Deft:**  ☐ Witness sworn

☑ Defendant Detained Pending further proceedings in this Court.
☑ Defendant remanded to custody of USMS
☐ Defendant granted bond:

Notes:

Arraignment:
Pretrial motions due within 6 months
Defense Expert Disclosures due within 6 months
Gov't Expert Disclosures due within 90 days

A scheduling order will be entered once all Defendants have been arraigned.

Detention Hearing:
Government Exhibits 1-18 admitted

The Court takes the matter under advisement.