# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:25cr062      **DATE:** September 23, 2025

**UNITED STATES OF AMERICA**

**TIMES:** 10:07 - 10:45

V

Joseph Fryar, Dennis Nostrant, Gerard Robertson, David Reip, Marcus Labat, Omar Garcia

---

**Honorable:** Brian K. Epps, United States Magistrate Judge    **Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR    **Interpreter:**

**Probation Officer:** Justin Brownlee    **Security:** CSO Ingram;

---

**Attorney for Government:** George Jacobs

**Attorney for Defendant(s):** Pete Theodocion (Fryar) Troy Clark (Robertson), Charles Rollins (Reip), Katrell Nash (Garcia)

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights
- [✓] CJA counsel appointed **for Mr. Garcia**
- [ ] Defendant advised of charges and penalties
- [ ] Not guilty plea entered
- [✓] Pretrial motions due within 180 days
- [✓] Government Expert Disclosures due within 90 days
- [✓] Defense Expert Disclosures due within 180 days
- [ ] Government does not move for detention
- [ ] Government moves for detention:
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:    [ ] Witness Sworn
        - [ ] Witness for Def:    [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

[✓] Rule 5/Brady materials reviewed

**Notes:**

Garcia consents to appear by video teleconference.

Nostrant intends to retain counsel this week (follow up status conference to be held Friday, September 26). Labat's request for Court appointed counsel granted.