## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 1:25cr062 | DATE: September 26, 2025 |
| UNITED STATES OF AMERICA | TIMES: 10:04 - 2:07 |
| V. | Recess 12:30-1:44 |
| Rony Denis | |

**Honorable:** Brian K. Epps, United States Magistrate Judge  
**Courtroom Deputy:** Courtnay Capps  
**Court Reporter:** FTR  
**Interpreter:**  
**Probation Officer:** Justin Brownlee  
**Security:** CSO Ingram; USMS Partlow, Adams  

**Attorney for Government:** Patricia Rhodes, George Jacobs  
**Attorney for Defendant(s):** Steven Sadow, David Stewart  

**PROCEEDINGS:** DETENTION HEARING continued from 9/17/2025

[✓] All parties present and ready to proceed

**Witness for the Govt:**  ☐ Witness sworn  
**Witness for the Govt:**  ☐ Witness sworn  
**Witness for the Govt:**  ☐ Witness sworn  
**Witness for the Deft:**  ☐ Witness sworn  
**Witness for the Deft:**  ☐ Witness sworn  

[✓] Defendant Detained Pending trial  
[✓] Defendant remanded to custody of USMS  
[ ] Defendant granted bond:

Notes:

Government Exhibits 6 and 7 and 8  
Defendant's Exhibits 9, 10, 11, 12, 12a  
Joint Exhibit 1 admitted

Rev 12-2024