# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:25cr062  **DATE:** September 29, 2025

**UNITED STATES OF AMERICA**

**TIMES:** 11:05 - 11:19

V

Marcus Labat

---

**Honorable:** Brian K. Epps, United States Magistrate Judge  
**Courtroom Deputy:** Courtnay Capps  
**Court Reporter:** FTR  
**Interpreter:**  
**Probation Officer:** Justin Brownlee  
**Security:** CSO Ingram;

---

**Attorney for Government:** Patricia Rhodes  
**Attorney for Defendant(s):** Brooks Hudson

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [ ] Defendant advised of rights
- [x] CJA counsel appointed
- [ ] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Pretrial motions due within 180 days
- [x] Government Expert Disclosures due within 90 days
- [x] Defense Expert Disclosures due within 180 days
- [x] Rule 5/Brady materials reviewed
- [ ] Government does not move for detention
- [ ] Government moves for detention:
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:    [ ] Witness Sworn
        - [ ] Witness for Def:      [ ] Witness Sworn
- [ ] Defendant detained pending
- [ ] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

Notes: