| EXHIBIT NO. |
| --- |
| CASE NO. |
|  |
| vs. |
|  |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

From:  RECEIVED 10/10/2020 06:03PM
10/10/2020 15:57    #410 P.001/001

To Whom it May Concern,

This is ▮▮▮▮, the owner of ▮ Krebs Lane, ▮▮▮▮. The purpose of this letter is to inform you that you have 72 hours/3 days to respond to be vacant from the property. The current tenant, ▮▮▮▮ does not need to vacate the property; however, all payments and processes with Governor's Management under control House of Payer a.k.a. Rony Denis is to cease. I have notified the local police department to monitor the residence for vandalism and theft. I have federal authorities of your method of seduction of procuring my name for this house without proper knowledge. I will be sending someone to the property next week to take pictures of the inside and outside of the property and to change the locks if the tenant is vacated. A new lease will be created by an authorized by Friday, October 16, 2020. if ▮▮▮▮ chooses to remain in the property with the renal amount of $1000.00. You may reach me at ▮▮▮▮ or ▮▮▮▮

Sincerely,

10/10/20