| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

October 10, 2020
To: Helper Denis
Re: **801 Krebs ln update at 6:15 pm**
Sir,
I humbly submit the following information for your review:

- This letter from Danny Crego was faxed to Pastor Pilkington's old fax number which I am using
- I let Pastor Pilkington know and he shared Bro Fryar and Bro Derby received the same letter by text

From:

RECEIVED 04/23/2017 07:17AM
RECEIVED 10/10/2020 06:17PM
10/10/2020 16:06      #410

To Whom it May Concern,

This is Danny – Crego, the owner of 801 Krebs Lane, Hinesville, Georgia 31313. The purpose of this letter is to inform you that you have 72 hours/3 days to respond to be vacant from the property. The current tenant, Randy Gibbs, does not need to vacate the property; however, all payments and processes with Governor's Management under control House of Payer a.k.a. Rony Denis is to cease. I have notified the local police department to monitor the residence for vandalism and theft. I have federal authorties of your method of seduction of procuring my name for this house without proper knowledge. I will be sending someone to the property next week to take pictures of the inside and outside of the property and to change the locks if the tenant is vacated. A new lease will be created an authorized by Friday, October 16, 2020. If Randy Gibbs chooses to remain in the property with the renal amount of $1000.00. You may reach me at cregodanny@gmail.com or (208) 487-6901.

Sincerely,

Danny A. Crego