| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

October 12, 2020
To:   Helper Denis
Cc:   Pastor Pilkington

Re:  801 Krebs Ln update at 10:09 am

Sir,

I humbly submit the following information for your review:

- I can prepare a "Quit Claim" Deed and transfer the property to "Centex Management LLC" or I can create another LLC and use it with the power of attorney I have just like 604 Cinder Hill was

- Then an attorney ( not the cinder hill one) can write Crego a letter saying he has no right to the property because he is not the owner and send proof

- I will verify everything with an attorney that this is accurate and I have not received any notice of revocation and the power of attorney has NO expiration date so it is still in effect.

- The divorce decree stated "there is no real property at issue"

Page 1 of 1