| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

# JVD

## Jonathan V. Dunn
PC

*attorney at law*

| P.O. Box 10166 | jonathan@jvdattorney.com | 104 W. State Street, Suite 220 |
| Savannah, Georgia 31412 | 912.200.9352 | Savannah, Georgia 31401 |

October 19, 2020

*-via email to:* ▇▇▇▇▇▇▇▇

**RE:   801 Krebs Lane**
　　　**Hinesville, Georgia 31313**

Dear Mr. ▇▇▇

I have been retained by and represent Ms ▇▇▇ and her third party tenant. They have provided me a copy of the letter you sent on October 10, 2020. I am writing to ask that you cease and desist from issuing any further threats or communications and attempting to wrongfully assert possession of, control over and rights to the real property referenced above.

I understand that you have effectively abandoned the property and disclaimed any interest in the same for several years. Moreover, said property is the rightful property of my client and is now titled solely in the name of Lillia▇▇▇. Please be advised that any attempt to interfere with Ms ▇▇▇ quiet enjoyment of her property will be deemed santionable.

Sincerely,

JONATHAN V. DUNN, PC

*[signature]*

JONATHAN V. DUNN
Attorney at Law