| EXHIBIT NO. |
| --- |
| CASE NO. |
|   |
| vs. |
|   |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

| Date | Street Address | County | Grantor (First Name) | Grantor (Last Name) | Power of Attorney for Grantor | Grantee (First Name) | Grantee (Last Name) | Power of Attorney for Grantee |
|---|---|---|---|---|---|---|---|---|
| 6/4/2004 | 832 Ridgewood Way | Liberty | Ronnie | Davis | | Jimmy | Laurence | Anthony Oloans |
| 6/30/2004 | 428 Willow Oak Ln | Liberty | Donald | Crawford | | Rony | Denis | Anthony Oloans |
| 2/16/2005 | 728 Whit Fraser Road | Long | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans |
| 4/14/2005 | 726 Bradwell St | Liberty | Kenneth | Sullivan | Larry Stokes | Rony | Denis | Anthony Oloans |
| 5/5/2005 | 412 Willow Oak Ln | Liberty | James | Dansby | Shonnie Dansby | Rony | Denis | Anthony Oloans |
| 6/13/2005 | 22 Tyson Lane | Liberty | Kevin | Hopkins | | Priscilla | Bercini | Anthony Oloans |
| 6/24/2005 | 402 Willow Oak Dr | Liberty | Michael | Mabry | | Rony | Denis | Anthony Oloans |
| 6/30/2005 | 309 Liberty Oak Ln | Liberty | Thomas | Youman | | Rony | Denis | Anthony Oloans |
| 7/8/2005 | 107 Cedar St | Liberty | Secretary of HUD | | | Rony | Denis | Anthony Oloans |
| 7/15/2005 | 608 Georgia Ave | Liberty | Barrington | Mullings | | Rony | Denis | Anthony Oloans |
| 7/27/2005 | 36 NE John Gibson Ct | Long | Mark | Hopkins | | Rony | Denis | Anthony Oloans |
| 7/28/2005 | 633 Windhaven Dr | Liberty | John | Morales | | Rony | Denis | Anthony Oloans |
| 8/17/2005 | 124 Fletcher Rd | Liberty | Patrick | Soukhamneut | | Rony | Denis | Anthony Oloans |
| 8/18/2005 | 701 Little John Dr | Liberty | Preston | Legette | | Rony | Denis | Anthony Oloans |
| 8/19/2005 | 310 Floyd St | Liberty | Yong | Cho | | Rony | Denis | Anthony Oloans |
| 9/9/2005 | 502 Patton Rd | Liberty | Carl | Batten | | Rony | Denis | Anthony Oloans |
| 10/5/2005 | 402 Willow Oak Dr | Liberty | Rony | Denis | | Frederick | Irwin | Anthony Oloans |
| 10/5/2005 | 708 Robin Hood Dr | Liberty | Secretary of Veterans Affairs | | | Rony | Denis | Anthony Oloans |
| 10/6/2005 | 146 Fletcher Rd | Liberty | Theodore | Brunson | | Rony | Denis | Anthony Oloans |
| 10/6/2005 | 906 Highland Dr | Liberty | Gerard | Robertson | Anthony Oloans | Louanne | Bellamy | Anthony Oloans |
| 10/7/2005 | 634 Varnedoe St | Liberty | Deanna | Smith | | Rony | Denis | Anthony Oloans |
| 10/17/2005 | 811 Cutter Ct Unit A | Liberty | Ronald | Rushford, Jr. | | Rony | Denis | Anthony Oloans |
| 10/19/2005 | 1804 Blair Court | Liberty | Patricia | Krumnow | | Rony | Denis | Anthony Oloans |
| 10/24/2005 | 127 NE Shayna Drive | Long | Robert | Prekop | | Rony | Denis | Anthony Oloans |
| 10/24/2005 | 304 Quail Run Dr | Liberty | David | Whalen | | Arder | Chong | Anthony Oloans |
| 10/24/2005 | 605 Georgia Ave | Liberty | Robert | Dillard | | Rony | Denis | Anthony Oloans |
| 10/28/2005 | 1407 Desert Storm Dr | Liberty | Secretary of Veterans Affairs | | | Rony | Denis | Anthony Oloans |
| 10/28/2005 | 722 Madison St | Liberty | Yong | Cho | | Rony | Denis | Anthony Oloans |
| 11/7/2005 | 8 Oak Street | Liberty | Charles | Bunting, Jr. | | David | Reip | Anthony Oloans |
| 11/10/2005 | 707 Madison Dr | Liberty | Sean | Roberts | Nicole Roberts | Rony | Denis | Anthony Oloans |
| 11/15/2005 | 389 Gray Fox Rd | Liberty | Scott | Wagner | | Rony | Denis | Anthony Oloans |
| 11/15/2005 | 502 Patton Rd | Liberty | Rony | Denis | David Reip | Arlen | Bradeen | Anthony Oloans |
| 11/17/2005 | 1448 Enterprise Dr | Liberty | Debbie | Morales | | Rony | Denis | Anthony Oloans |
| 11/18/2005 | 630 Windhaven Dr | Liberty | Dolores | Santiago, Jr | | Rony | Denis | Anthony Oloans |
| 12/8/2005 | 800 Trawind Ct | Liberty | Michael | Tracy | | Rony | Denis | Anthony Oloans |
| 12/12/2005 | 1336 Forest Lake Dr | Liberty | Cora | Tillis | | Rony | Denis | Anthony Oloans |
| 12/27/2005 | 3 Cherry Street | Liberty | David | Reip | | Marjorie | Denis | Anthony Oloans |
| 12/28/2005 | 274 NE Shayna Dr | Long | Derrick | Demattion | Larry Stokes | James | Benton | Anthony Oloans |
| 12/29/2005 | 712 Franklin St | Liberty | David | Reip | | Devon | Bennett | Anthony Oloans |
| 12/30/2005 | 613 Georgia Ave | Liberty | Anthony | Jones | | Marjorie | Denis | Anthony Oloans |
| 1/17/2006 | 1112 Ricade Dr | Liberty | Secretary of Veterans Affairs | | | John | Rodriguez | Anthony Oloans |
| 2/17/2006 | 616 S Main St | Liberty | Zoraida | Carino | | Marjorie | Denis | Anthony Oloans |
| 3/3/2006 | 1010 Farr Ct | Liberty | Zoraida | Carino | Lola Cruz | Gerard | Robertson | Anthony Oloans |
| 3/24/2006 | 1108 Montclair Dr | Liberty | Joseph | Fryar | | Mario | Brown | Anthony Oloans |
| 4/4/2006 | 1095 Live Oak Dr | Liberty | Joseph | Fryar | | Gerard | Robertson | Anthony Oloans |

| Date | Address | County | First | Last | Extra1 | First2 | Last2 | Attorney |
|---|---|---|---|---|---|---|---|---|
| 4/18/2006 | 714 Timber Ridge | Liberty | Joseph | Fryar | | Brandon | Subia | Anthony Oloans |
| 4/20/2006 | 103 Layton St | Liberty | Devon | Bennett | | Rony | Denis | Anthony Oloans |
| 4/26/2006 | 36 Pheasant Way | Liberty | Redell | Jones | | Rony | Denis | Anthony Oloans |
| 5/9/2006 | 821 Ridgewood Way | Liberty | Secretary of Veterans Affairs | | | Rony | Denis | Anthony Oloans |
| 5/10/2006 | 811 Cutter Ct Unit B | Liberty | Rene | LaPointe | | Rony | Denis | Anthony Oloans |
| 6/12/2006 | 900 Churchfield Dr | Liberty | Felix | Ashley | | Rony | Denis | Anthony Oloans |
| 6/30/2006 | 904 Ringtail Way | Liberty | Jeffrey | Derby | Dennis Nostrant | Kerstin | Albrecht | Anthony Oloans |
| 7/21/2006 | 1283 Eddie Ln | Liberty | Darryl | Powell | | Rony | Denis | Anthony Oloans |
| 8/7/2006 | 422 Willow Oak Ln | Liberty | Robert | Dyess | | Arder | Chong | Anthony Oloans |
| 1/23/2007 | 401 Club Dr | Liberty | Rudolph | Hensley | | Rony | Denis | Anthony Oloans |
| 2/1/2007 | 608 Sandy Run Dr | Liberty | Harry | Boothe | | James | Benton | Anthony Oloans |
| 2/21/2007 | 530 Forest St | Liberty | Lance | Powell | | Joseph | Breen | Anthony Oloans |
| 3/23/2007 | 1113 Montclair Dr | Liberty | Austin | Keaton, Jr. | | Joseph | Breen | Anthony Oloans |
| 4/13/2007 | 422 Rogers Rd | Liberty | Mario | Brown | Dennis Nostrant | Joseph | Breen | Anthony Oloans |
| 4/26/2007 | 828 Jacks Hills Rd | Liberty | Tommy | Johnson | | Joseph | Breen | Anthony Oloans |
| 4/27/2007 | 1315 Loblolly Dr | Liberty | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans |
| 5/11/2007 | 710 Sharon St | Liberty | William | Strickland | Susan Strickland | Marjorie | Denis | Anthony Oloans |
| 5/11/2007 | 722 Sharon St | Liberty | Southern Star Group, Inc | | | Marjorie | Denis | Anthony Oloans |
| 5/15/2007 | 308 Quail Run Dr | Liberty | John | Lightfoot | | Darnell | Emanuel | Anthony Oloans |
| 7/13/2007 | 1809 Stillwood Dr | Chatham | David | Huff | Dennis Nostrant | Alexander | Schmidtke | Anthony Oloans |
| 7/24/2007 | 401 Myrtle Ln | Liberty | Secretary of Veterans Affairs | | | Michael | Best | Anthony Oloans / Dennis Nostrant |
| 8/17/2007 | 930-B Live Oak Dr | Liberty | James | Downing, Jr. | | Alexander | Schmidtke | Anthony Oloans |
| 9/6/2007 | 1108 Ricade Dr | Liberty | Jon | Chrisman | | Rafael | Ramos | Anthony Oloans |
| 10/5/2007 | 843 N. Brickyard Rd | Liberty | Milton | Gonzalez, Jr. | | Marjorie | Denis | Anthony Oloans |
| 11/2/2007 | 1315 Loblolly Dr | Liberty | Marjorie | Denis | Dennis Nostrant | Michael | Best | Anthony Oloans |
| 11/16/2007 | 1316 Tower Dr | Liberty | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans |
| 11/30/2007 | 213 Garden Circle | Liberty | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans |
| 11/30/2007 | 708 Robin Hood Dr | Liberty | Rony | Denis | Dennis Nostrant | Roscoe | Stanley | Anthony Oloans |
| 12/28/2007 | 410 Pear Orchard | Liberty | Philip | Byler | | Christopher | Barnes | Anthony Oloans |
| 1/9/2008 | 711 Charlotte Ct | Liberty | Wells Fargo Bank, NA | | | Roscoe | Stanley | Anthony Oloans |
| 1/11/2008 | 615 Palmetto Trace | Liberty | Doris | Wilson | | Marjorie | Denis | Anthony Oloans |
| 1/23/2008 | 737 Sharon St | Liberty | Charles | Cade | | Marjorie | Denis | Anthony Oloans |
| 1/24/2008 | 614 Demere St | Liberty | Horace | Windley | | John | Rodriguez | Anthony Oloans |
| 2/7/2008 | 221 Pointe South Dr | Liberty | Joseph | Fryar | | David | Pregibon | Anthony Oloans |
| 2/14/2008 | 213 Garden Circle | Liberty | Joseph | Fryar | | David | Pregibon | Anthony Oloans |
| 2/20/2008 | 611 Olive St | Liberty | Deutsche Bank National Trust | | | Mario | Brown | Anthony Oloans |
| 2/21/2008 | 1314 Tower Dr | Liberty | James | Witherspoon | | Todd | Retzlaff | Anthony Oloans |
| 3/18/2008 | 614 Demere St | Liberty | John | Rodriguez | Anthony Oloans | Mario | Brown | Anthony Oloans |
| 4/10/2008 | 501 Eisenhower Dr | Liberty | Jonathan | Jones | | Roscoe | Stanley | Anthony Oloans |
| 5/9/2008 | 722 Madison St | Liberty | Rony | Denis | | Terry | Heard | Anthony Oloans |
| 5/21/2008 | 562 SE Jefferson Circle | Long | Christopher | King | | Marjorie | Denis | Anthony Oloans |
| 7/3/2008 | 816 Lesa St | Liberty | Reginald | Baker | | Marjorie | Denis | Anthony Oloans |
| 8/18/2008 | 808 Spanish Oak Dr | Liberty | Alexander | Schmidtke | | Jody | Emanuel | Anthony Oloans |
| 8/22/2008 | 1374 Forest Lake Dr | Liberty | Anthony | Oloans | | Jennifer | Rodriguez | Anthony Oloans |
| 8/29/2008 | 410 Deerwood Rd | Liberty | John | Rodriguez | | Darnell | Emanuel | Anthony Oloans |
| 9/11/2008 | 617 Palmetto Trace | Liberty | Deutsche Bank National Trust | | | Marjorie | Denis | Anthony Oloans |
| 9/23/2008 | 432 Arlington Dr | Liberty | David | Huff | | Herbert | Johnson | Anthony Oloans |
| 10/10/2008 | 722 Madison St | Liberty | Terry | Heard | Anthony Oloans | Keshia | Laurence | Anthony Oloans |
| 10/29/2008 | 403 Patton Rd | Liberty | Joshua | Polley | | Marjorie | Denis | Anthony Oloans |

| Date | Address | County | Grantor First | Grantor Last | Grantor Extra | Notary First | Notary Last | POA |
|---|---|---|---|---|---|---|---|---|
| 11/24/2008 | 103 Gause St Units A-D | Liberty | Henry | Metts | | Marjorie | Denis | Anthony Oloans |
| 12/12/2008 | 241 Pointe South Dr | Liberty | Countrywide Home Loans | | | John | Rodriguez | Anthony Oloans |
| 12/12/2008 | 241 Pointe South Dr | Liberty | Deutsche Bank National Trust | | | John | Rodriguez | Anthony Oloans |
| 3/5/2009 | 518 Stewart Dr | Liberty | Sharon | Carter | | John | Rodriguez | Anthony Oloans |
| 7/3/2009 | 616 Franklin St | Liberty | Sherry Ann | King | | John | Rodriguez | Anthony Oloans |
| 9/30/2009 | 603 Palmetto St | Liberty | Josette | Franzen | | John | Rodriguez | Anthony Oloans |
| 10/16/2009 | 705 Fleming Rd | Liberty | Jessica | Chavchavadze | | Matthew | Reese | Anthony Oloans |
| 1/17/2012 | 428 Willow Oak Ln | Liberty | House of Prayer Christian Churches of America, Inc | | | Rony | Denis | Anthony Oloans |
| 6/29/2012 | 389 Gray Fox Rd | Liberty | Rony | Denis | | Gregory | Bellamy | Anthony Oloans |
| 9/27/2012 | 727 Timber Ridge | Liberty | Mario | Brown | Joseph Fryar | Steven | Coody | Anthony Oloans |
| 1/30/2014 | 801 Krebs Ln | Liberty | Joseph | Fryar | | Danny | Crego | Anthony Oloans |
| 8/18/2014 | 800 Forest Dr | Liberty | The Heritage Bank | | | Christy | Bradeen | Anthony Oloans |
| 5/30/2015 | 710 Sharon St | Liberty | Alliance Park, LLC | | | Marjorie | Denis | Anthony Oloans |
| 5/30/2015 | 722 Sharon St | Liberty | Alliance Park, LLC | | | Marjorie | Denis | Anthony Oloans |
| 3/28/2016 | 309 Liberty Oak Ln | Liberty | Rony | Denis | Anthony Oloans | William | Pilkington | Anthony Oloans |
| 4/8/2016 | 1407 Desert Storm Dr | Liberty | Eduardo | Vazquez | John Rodriguez | Lucretia | Retzlaff | Anthony Oloans |
| 9/14/2018 | 710 Sharon St | Liberty | Alliance Park, LLC | | | Marjorie | Denis | Anthony Oloans |
| 9/14/2018 | 722 Sharon St | Liberty | Alliance Park, LLC | | | Marjorie | Denis | Anthony Oloans |
| 9/27/2021 | 1407 Desert Storm Dr | Liberty | Pineland Point, LLC | | | Lucretia | Retzlaff | Anthony Oloans |

114 properties                                                                                                               114 POAs