| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

## Marjorie Denis Forgeries

| Date of Filing | Street Address | City | County | Deed Type | Deed Consideration | Grantor (First Name) | Grantor (Last Name) | Power of Attorney for Grantor | Grantee (First Name) | Grantee (Last Name) | Power of Attorney for Grantee | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2008 | 103 Gause St Units A-D | Hinesville | Liberty | Warranty Deed | $10.00 | Henry | Metts | | Marjorie | Denis | Anthony Oloans | |
| 1/6/2009 | 103 Gause St Units A-D | Hinesville | Liberty | | | | | | Marjorie | Denis | Anthony Oloans | POA used for an 88K mortgage from !st Citizens |
| 6/11/2007 | 1315 Loblolly Dr | Hinesville | Liberty | Special Warranty Deed | $10.00 | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans | |
| 12/4/2007 | 1316 Tower Dr | Hinesville | Liberty | Special Warranty Deed | $10.00 | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans | |
| 12/17/2007 | 213 Garden Circle | Hinesville | Liberty | Special Warranty Deed | $10.00 | Secretary of Veterans Affairs | | | Marjorie | Denis | Anthony Oloans | |
| 1/17/2006 | 3 Cherry Street | Hinesville | Liberty | Warranty Deed | $10.00 | David | Reip | | Marjorie | Denis | Anthony Oloans | |
| 11/5/2008 | 403 Patton Rd | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | Keshia | Laurence | | |
| 12/16/2008 | 403 Patton Rd | Hinesville | Liberty | Warranty Deed | $10.00 | Joshua | Polley | | Marjorie | Denis | Anthony Oloans | |
| 1/4/2006 | 613 Georgia Ave | Hinesville | Liberty | Warranty Deed | $10.00 | Anthony | Jones | | Marjorie | Denis | Anthony Oloans | |
| 8/11/2008 | 613 Georgia Ave | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | Casonia | Fryar | | |
| 1/31/2008 | 615 Palmetto Trace | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | Dennis | Nostrant | | |
| 6/26/2008 | 615 Palmetto Trace | Hinesville | Liberty | Warranty Deed | $10.00 | Doris | Wilson | | Marjorie | Denis | Anthony Oloans | |
| 3/2/2006 | 616 S Main St | Hinesville | Liberty | Warranty Deed | $10.00 | Zoraida | Carino | | Marjorie | Denis | Anthony Oloans | |
| 1/22/2007 | 616 S Main St | Hinesville | Liberty | Warranty Deed | $0.00 | Marjorie | Denis | Anthony Oloans | Jaime | Rodriguez | Dennis Nostrant | |
| 10/27/2008 | 617 Palmetto Trace | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | John | Rodriguez | | |
| 5/21/2007 | 710 Sharon St | Hinesville | Liberty | Warranty Deed | $10.00 | William | Strickland | Susan Strickland | Marjorie | Denis | Anthony Oloans | |
| 5/21/2007 | 722 Sharon St | Hinesville | Liberty | Warranty Deed | $10.00 | Southern Star Group, Inc | | | Marjorie | Denis | Anthony Oloans | |
| 2/11/2008 | 737 Sharon St | Hinesville | Liberty | Warrant Deed | $10.00 | Charles | Cade | | Marjorie | Denis | Anthony Oloans | |
| 5/9/2007 | 745 Sharon St | Hinesville | Liberty | Warranty Deed | $10.00 | Yong | Cho | | Marjorie | Denis | Anthony Oloans | |
| 6/26/2008 | 745 Sharon St. | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | Dennis | Nostrant | | |
| 7/16/2008 | 816 Lesa St | Hinesville | Liberty | Warranty Deed | $10.00 | Reginald | Baker | | Marjorie | Denis | Anthony Oloans | |
| 10/22/2007 | 843 Brickyard Rd | Hinesville | Liberty | Warranty Deed | $10.00 | Milton | Gonzalez, Jr. | | Marjorie | Denis | Anthony Oloans | |
| 2/11/2008 | 843 Brickyard Rd | Hinesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | David | Pregibon | Dennis Nostrant | |
| 4/16/2009 | 930b Live Oak Dr. | Hnesville | Liberty | Warranty Deed | $10.00 | Marjorie | Denis | Anthony Oloans | Joseph | Breen | | |