| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

# WASHINGTON DRIVER LICENSE

LIC # **DENISMR341R5**     EXP **12-25-2008**

**DENIS, MARJORIE ROBERTSON**
15004 WASH AVE SW
LAKEWOOD WA 98492

| CDL | END | | RES C |
|---|---|---|---|
| SEX F | HT 5-02 | WT 150 | EYES BRN |

ISSUE DATE 07-21-2003

DOB 12-25-1966

