EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

BOOK  PAGE

01357 00185

FILED
LIBERTY CO. CLERK'S OFFICE

2006 JAN -4  AM 10: 49

**STATE OF GEORGIA**

December 17, 2005

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

 (a) To purchase and acquire on my behalf the real estate located at:r
  **613 Georgia Ave, Hinesville GA  Lot 77 Olmstead S/D, Liberty County, Georgia**
  (See Exhibit "A" for legal description of property.)
 (b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.
 (c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
 (d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

 This power of attorney shall remain effective until **January 30, 2006.**

 IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **17th day of December, 2005,**

Signed, sealed, and delivered in the presence of:

              _____
              **MARJORIE DENIS**

_____
(witness)

_____
**Notary Public**

**My Comm. Expires:**

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

BOOK ___ PAGE

STATE OF GEORGIA  01360  00074

FILED
LIBERTY CO. CLERK'S OFFICE
2006 JAN 17  PM 1: 21

December 17, 2005

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:r
**3 Cherry St, Hinesville GA  Lot 11 Garden Acres S/D, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2006.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **17th day of December, 2005,**

Signed, sealed, and delivered in the presence of:

_____
**MARJORIE DENIS**

(witness)

Notary Public

My Comm. Expires:

**IN-MAIL DOCUMENT**

BOOK _____ PAGE _____

FILED
LIBERTY CO. CLERK'S OFFICE

2006 MAR -2  AM IO: 45

STATE OF GEORGIA 01369 00135

Febraury 10, 2006

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:r
**616 South Main St, Hinesville GA .353 Acres Plat I-90/1, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **May 30, 2006.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **10th day of February, 2006.**

Signed, sealed, and delivered in the presence of:

_____                    _____
(witness)                                                              **MARJORIE DENIS**

_____

Notary Public

My Comm. Expires

BOOK    PAGE

01445  00167

**STATE OF GEORGIA**

FILED
LIBERTY CO. CLERK'S OFFICE

2007 JAN 22  PM 1: 36

RECORD THIS BLOCK
POST OFFICE BOX 2037
RICHMOND HILL, GA 31324

December  11, 2006

**COUNTY OF LIBERTY**

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b)  To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c)  To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d)  To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**616 So. Main St, Hinesville, GA .353 Acres Plat I-90/1, Liberty County, Georgia**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **11th day of**

**December, 2006.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE M. DENIS**

F. A. IRWIN
NOTARY
Comm. Exp.
9/08/09
PUBLIC
LIBERTY COUNTY, GA.

E-MAIL DOCUMENT

1

GJ EX3 - 004

BOOK          PAGE                    FILED
                                LIBERTY CO. CLERK'S OFFICE
01467  00176          2007 MAY -9  PM 3: 30

STATE OF GEORGIA

April 23, 2007

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**745 Sharon St,  Hinesville, Liberty county, GA  31313**
SEE EXHIBIT "A" FOR DESCRIPTION OF PROPERTY
(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.
(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **23rd day of April, 2007.**

Signed, sealed, and delivered in the presence of:

_____                    _____
(witness)                                                            **MARJORIE DENIS**

_____
Notary Public

My Comm. Expires:

**ROBERT R. COOK**
**ATTORNEY AT LAW**
**POST OFFICE BOX 2037**
**RICHMOND HILL GA 31324**

STATE OF GEORGIA

April 27, 2007

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**710 Sharon St, Hinesville, Liberty county, GA 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**April, 2007.**

Signed, sealed, and delivered in the presence of:

_____

_____
(witness)                                **MARJORIE DENIS**

_____

Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA

**IN-MAIL DOCUMENT**

BOOK 01469 PAGE 00211

FILED
LIBERTY CO. CLERK'S OFFICE
2007 MAY 21  AM 9:48

**ROBERT R. COOK**
**ATTORNEY AT LAW**
**POST OFFICE BOX 2037**
STATE OF GEORGIA    **RICHMOND HILL GA 31324**

April 27, 2007

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**722 Sharon St,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**April, 2007.**

Signed, sealed, and delivered in the presence of:

_____

_____                          **MARJORIE DENIS**
(witness)

Notary Public

My Comm. Expires:

BOOK 01469  PAGE 00231

FILED
LIBERTY CO. CLERK'S OFFICE
2007 MAY 21  AM 9: 51

**IN-MAIL DOCUMENT**

GJ EX3 - 007

BOOK        PAGE

01473  00602

FILED
LIBERTY CO. CLERK'S OFFICE

2007 JUN 11  PM 1:38

STATE OF GEORGIA

May 18, 2007

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**1315 Loblolly Dr,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **28th day of**

**May, 2007.**

Signed, sealed, and delivered in the presence of:

**MARJORIE DENIS**

(witness)

Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

E-MAIL DOCUMENT

GJ EX3 - 008

STATE OF GEORGIA

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

September 27, 2007

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**843 Brickyard Rd, Hinesville, GA  31313 Lot 51 Courtland  S/D  Liberty County, GA**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **February 23, 2009**.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**September, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

IN-MAIL DOCUMENT

**ROBERT R. COOK**
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL, GA 31324

STATE OF GEORGIA

November 5, 2007

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**1316 Tower Dr. Hinesville, GA  Liberty County, GA 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.   The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **February 23, 2009**.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **5th day of**

**November, 2007**.

Signed, sealed, and delivered in the presence of:

_____

**MARJORIE DENIS**

(witness)

Notary Public

My Comm. Expires:

GJ EX3 - 010

BOOK    PAGE 68

01507  00068

STATE OF GEORGIA

COUNTY OF LIBERTY

November 28, 2007

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

### 213 Garden Circle, Hinesville, Liberty County, GA 31313

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 31, 2009.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **28th day of November, 2007.**

Signed, sealed, and delivered in the presence of:

(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE M. DENIS**

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

January 4, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:r
**615 Palmetto Trace, Hinesville GA  Lot 21 Palmetto Trace S/D, Liberty County, Georgia**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapacity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2009.**

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **4th day of January, 2008.**

Signed, sealed, and delivered in the presence of:

_____

_____
(witness)

_____          **MARJORIE DENIS**

Notary Public

My Comm. Expires:

DENNIS R. NOSTRANT
NOTARY
Comm. Exp
9/08/09
PUBLIC
LIBERTY COUNTY, GA.

FILED
LIBERTY CO. CLERK'S OFFICE
2008 JAN 31  PM 1:23

BOOK 01514  PAGE 00112

GJ EX3 - 012

**STATE OF GEORGIA**

**ROBERT R. COOK**
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

December 27, 2007

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**737 Sharon St, Lot 25 Georgiana Courts S/D,  Hinesville, Liberty county, GA  31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**December, 2007.**

Signed, sealed, and delivered in the presence of:

_____

(witness)

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

*(notary seal: DENNIS R. NOSTRANT, NOTARY PUBLIC, Comm. Exp. 9/06/09, LIBERTY COUNTY, GA.)*

BOOK 01515 PAGE 00655

LIBERTY CO. CLERK'S OFFICE FILED 2008 FEB 11 AM 11:22

**ROBERT R. COOK**
**ATTORNEY AT LAW**
**POST OFFICE BOX 2037**
**RICHMOND HILL GA  31324**

STATE OF GEORGIA

January 27, 2008

COUNTY OF LONG

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**843 Brickyard Rd., Hinesville, Ga  31313  lot 51 Courtland S/D, Liberty county**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Long County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**January, 2008,**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

My Commission Expires June 5, 2009

_____
**MARJORIE M. DENIS**

**NP SEAL**

LIBERTY CO. CLERK'S OFFICE
FILED
2008 FEB 11 AM 11:24

PAGE 00678

BOOK 01515

GJ EX3 - 014

BOOK    PAGE
01539  0026

STATE OF GEORGIA

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

FILED
LIBERTY CO. CLERK'S OFFICE
2008 JUN 26 PM 1: 35

May 27, 2008

COUNTY OF LIBERTY

## SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**745 Sharon St, Lot 27, Georgiana court,  Hinesville, Liberty County,  Ga   31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of May, 2008.**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

My Commission Expires June 5, 2009

_____
**MARJORIE DENIS**

1

BOOK          PAGE
01539    0024

STATE OF GEORGIA

FILED
LIBERTY CO. CLERK'S OFFICE
ROBERT M. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324
2008 JUN 26    PM 1:39

June 4, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**615 Palmetto Tr, Lot 21, Palmetto Trace S/D,  Hinesville, Liberty County,  Ga   31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this  **4th day of June, 2008**.

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:          My Commission Expires June 5, 2009

_____
**MARJORIE DENIS**



1

GJ EX3 - 016

BOOK        PAGE

01542 ROBERT R. COOK

**STATE OF GEORGIA**

ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

FILED
LIBERTY CO. CLERK'S OFFICE
2000 JUL 16  AM 8:59   106

June 17, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:r
**816 Lesa St, Lot 31 Georgian courts S/D, Hinesville, Liberty County, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first. As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until **January 30, 2010.**

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **17th day of June, 2008.**

Signed, sealed, and delivered in the presence of:

_____

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

STATE OF GEORGIA

July 7, 2008

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**613 Georgia Ave, Lot 77, Olmstead Dr., Hinesville, Liberty County, Georgia 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **7th day of July, 2008**.

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

DENNIS R. NOSTRANT
NOTARY
Comm. Exp.
9/06/09
PUBLIC
LIBERTY COUNTY, GA.

FILED
LIBERTY CO. CLERK'S OFFICE
2008 AUG 11 AM 11: 55

BOOK    PAGE
01547 00018

1

ROBERT H. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2097
HINESVILLE, GEORGIA 31324

**STATE OF GEORGIA**

September 19, 2008

**COUNTY OF LIBERTY**

BOOK 01557 PAGE 00441

2008 OCT 27 PM 1:16 FILED LIBERTY CO. CLERK'S OFFICE

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**617 Palmetto Trace, Lot 22 Palmetto Trace S/D Liberty County Hinesville, GA 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **19th day of**

**September, 2008**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE DENIS**

My Commission Expires June 5, 2009


NP SEAL

GJ EX3 - 019

BOOK        PAGE
01559  00071

FILED
LIBERTY CO. CLERK'S OFFICE
2008 NOV -5  AM 11: 54  106

**STATE OF GEORGIA**

**Octboer 24, 2008**

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint  **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To purchase and acquire on my behalf the real estate located at:

**403 Patton Rd, Hinesville, GA  Lot 38, Frasier Acres S/D, Liberty county, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confrim all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **24th day of**

**October, 2008.**

Signed, sealed, and delivered in the presence of:

_____
(witness)

_____
Notary Public

My Comm. Expires:

_____
**MARJORIE M. DENIS**

JOHN M. RODRIGUEZ
NOTARY PUBLIC
Comm. Exp.
9/10/12
LIBERTY COUNTY, GA.

**ROBERT R. COOK**
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

STATE OF GEORGIA

Octboer 27, 2008

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:

**103 Gause St, Hinesville, GA  Lot, Lying on Gause St, Liberty county, Georgia 31313**

(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complet the transaction.

(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.

(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument.  The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first.  As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **27th day of**

**October, 2008.**

Signed, sealed, and delivered in the presence of:

_Marjory M Denis_ (signature)

_____

**MARJORIE M. DENIS**

_____

(witness)

_____

Notary Public

My Comm. Expires:

BOOK 01562  PAGE 00373

2008 DEC -4  AM 10: 37

FILED
LIBERTY CO. CLERK'S OFFICE

*(Notary seal: JOHN M. ROURIGUEZ, NOTARY PUBLIC, Comm. Exp. 9/10/12, LIBERTY COUNTY, GA.)*

GJ EX3 - 021

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324

**STATE OF GEORGIA**

November 14, 2008

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**403 Patton Rd, Lot 3, Fraser Acres, Hinesville, Liberty County, Georgia 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **14th day of November, 2008**.

Signed, sealed, and delivered in the presence of:

_____

**MARJORIE DENIS**

_____
(witness)

_____

Notary Public

My Comm. Expires:

1

BOOK        PAGE

01566  00270

STATE OF GEORGIA

FILED
LIBERTY CO. CLERK'S OFFICE

2009 JAN -6  AM 9: 57

December 10, 2008

COUNTY OF LIBERTY

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE M. DENIS**, a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a) To purchase and acquire on my behalf the real estate located at:
**103 Gause St, Hinesville, GA  Lot, Lying on Gause St, Liberty county, Georgia 31313**
(b) This limited power shall include the right to complete and execute any and all documents, instruments, warranties, releases, mortgages, applications or deeds necessary for such transaction, retain lawyers, accountants or brokers, apply for and obtain necessary loans, arrange for investigations, searches and inspections of the property, pay funds for such purchase and do all other things necessary and appropriate to complete the transaction.
**To Borrow $88,000.00 from First Citizens Bank at 6.5%.**
(c) I hereby ratify and confirm all acts that my Agent, shall lawfully do or cause to be done by virtue of this power of attorney and the rights hereby granted.
(d) This Limited Power of Attorney and the rights, powers, and authority of my Agent shall become effective immediately upon execution of this instrument. The rights, powers, and authority of this document shall remain in full force and effect thereafter until the above described real estate is purchased and the transaction is completed or in the event of my death, disability or incapapcity, or upon my revocation of this document, whichever occurs first. As used herein, "disability" or "incapacity" shall mean a lack of capacity to receive and evaluate information effectively, to communicate decisions, and/or to manage my financial resources and affairs properly.

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal, this **10th day of**

**December, 2008.**

Signed, sealed, and delivered in the presence of:

_____

**MARJORIE M. DENIS**

_____
(witness)

_____
Notary Public

My Comm. Expires:

ROBERT R. COOK
ATTORNEY AT LAW
POST OFFICE BOX 2037
RICHMOND HILL GA 31324
STATE OF GEORGIA

BOOK    PAGE

01582    00705

FILED
LIBERTY CO. CLERK'S OFFICE

2009 APR 16  PM 1:45

March 20, 2009

**COUNTY OF LIBERTY**

### SPECIFIC POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That I, **MARJORIE DENIS** , a resident of Liberty County, Georgia, being desirous of arranging for the transaction of my business through an attorney in fact, have appointed, named and constituted, and by these presents do name, constitute and appoint **ANTHONY S. OLOANS**, a resident of Liberty County, Georgia, as my true and lawful attorney in fact, and do authorize said attorney in fact, for me, and in my name, place and stead:

(a)  To sell, mortgage, encumber, convey, rent, lease, pledge, or otherwise dispose of, by deed with or without warranty, bill of sale, contract or otherwise, any property, real or personal, which I may own or in which I may have an interest, or which I may hereafter acquire, located in the State of Georgia, for cash or upon such terms as said attorney in fact may deem advisable, and to execute appropriate deeds, conveyances or other instruments including contracts for that purpose;

(b) To sign, endorse, receive, deposit or issue checks, bonds, notes, stocks, or other obligations or instruments, and to borrow money and secure the same in any manner;

(c) To collect, sue for, settle, adjust or compromise any claim for money arising by contract or tort, to execute releases, cancellations or satisfactions; and

(d) To do any other thing or perform any other act, not limited to the foregoing, which I might do in person, it being intended that this shall be a general power of attorney for the below described property, to wit:

**930b Live Oak Dr, Lot 15-B Pine Meadows S/D, Liberty County, Hinesville, Georgia 31313**

This power of attorney shall remain effective until the same is revoked by written instrument recorded in the Office of the Clerk of the Superior Court of Liberty County, Georgia.

IN WITNESS WHEREOF,  I have hereunto set my hand and affixed my seal, this **20th day of March, 2009,**

Signed, sealed, and delivered in the presence of:

_____

(witness)

_____

Notary Public

My Comm. Expires:

_____

**MARJORIE DENIS**

GERARD G. ROBERTSON
NOTARY PUBLIC
Comm. Exp.
10/21/12
LIBERTY COUNTY, GA.

1