EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

# BANK ACCOUNT OVERVIEW

## AS OF 11/25/15

| # | Bank/account type | Account Name | account signer(s) | Manager | Last Rep.Bal | Account Desc. | last 4 |
|---|---|---|---|---|---|---|---|
| | **Pastor Denis Report Accounts** | | | | | | |
| 1 | Bank of America Checking | R Denis/M Denis I | **R Denis/M Denis** | **Samson** | $460,951.54 | **Actively used (Oloans POA)** | 3618 |
| 2 | Bank of America Checking II | R Denis/M Denis II | **R Denis/M Denis** | Samson | $175,214.35 | **Actively used** | 9957 |
| 3 | Bank of America Savings | R Denis/M Denis | **R Denis/M Denis** | Samson | $251,666.98 | **Actively used** | 1188 |
| 4 | B B & T Checking | House of Prayer | **R Denis/M Denis** | Samson | $144,153.23 | **Moderately used** | 6747 |
| 5 | Suntrust Checking I | Joseph Fryar | **Joseph Fryar** | **Samson** | $700.00 | **Only pays Sis Fryar Navy Federal** | 650 |
| 6 | Suntrust Checking II | Joseph Fryar | **Joseph Fryar** | Samson | $20.07 | **no longer used since Fryar issue** | 1955 |
| 7 | B B & T Checking | Centex Management | **A Oloans** | **Samson** | $97,732.38 | **actively used** | 3857 |
| 8 | South Georgia Bank | Emanuel Electric | **Darnell Eman/A Oloans** | Samson | $9,837.16 | **actively used** | 2922 |
| 9 | Wells Fargo Checking | Sis Escudero/Bro Nesari | Sis Escudero/Bro Nesari | Samson | $11,003.45 | **pays Bro/Sis Nesari Navy federal** | 8153 |
| 10 | Claxton Bank checking | M Denis | M Denis | Samson | $39,772.42 | pays campground payment | 6497 |
| 11 | USAA Savings | R Denis/M Denis | **R Denis/M Denis** | **Samson** | $8,479.64 | **was paying 428 Willow Oak** | 9824 |
| 12 | S Bank money market | S Bank "Money Market" | M Denis | Samson | $15,136.29 | Gause street is auto paid from account | 6042 |
| 13 | Wells Fargo Checking | Wells Fargo "Crown Banking" | R Denis/M Denis | Samson | $301,905.41 | actively used | 2210 |
| 14 | Wells Fargo Savings | Wells Fargo "Money Market" | R Denis/M Denis | Samson | $221,583.55 | storage account for deposits | 2568 |
| 15 | PNC Checking | PNC Bank | M Denis/G Bellamy | Samson | $3,024.66 | **Not Used** | 726 |
| 16 | Midsouth Checking | f/k/a So. Commercial Bank | R Denis/M Denis | Samson | $3,500.00 | **Not Used** | 9048 |
| 17 | Key Bank checking | Key Bank Washington | R Denis/M Denis | Samson | $2,259.07 | **Not Used** | 1426 |
| 18 | Chase checking | Chase formerly WaMu | R Denis/M Denis | Samson | $2,500.43 | **Not Used** | 6997 |
| 19 | Navy Federal Checking | Centurion property manag | A Oloans | Samson | $100.00 | **Not Used** | |
| 20 | Ameris checking | Blaine Construct (Ameris Bank) | James Benton | Samson | $1,701.22 | **pays Bro Benton's Navy Federal** | |
| 21 | Wells Fargo Checking | Sis Reese Wells Fargo | Sis Reese | Samson | $16,430.24 | storage account only no activity | |
| 22 | Bank of American checking | Centex Management | **A Oloans** | **Samson** | $11,230.79 | **pays Mario/Boyd Navy Federal** | |
| 23 | Wells Fargo Checking | Matt Mendenhall | **Matt Mendenhall** | **Samson** | $37,082.10 | **in process of lowering balance** | |
| 24 | BB & T Checking | Independence management | **John Rodriguez** | **Samson** | $56,623.82 | **deposit account for Navy Federal** | |
| 25 | Suntrust checking | Independence management | **John Rodriguez** | **Samson** | $47,800.00 | **deposit account for Navy Federal** | |
| 26 | S Bank checking | Independence management | **John Rodriguez** | **Samson** | $100.00 | **deposit account for Navy Federal** | |
| 27 | BB & T Checking | All American Restoration | **Roscoe Stanley** | **Samson** | $43,518.00 | **deposit account for Navy Federal** | |
| 28 | Suntrust checking | All American Restoration | **Roscoe Stanley** | **Samson** | $43,518.00 | **deposit account for Navy Federal** | |
| 29 | Wells Fargo Checking | Centex Management | **A Oloans** | **Samson** | $111,428.00 | **deposit account for construction** | |
| 30 | Bank of America Checking | David Reip Personal | **David Reip** | **Samson** | $6,540.00 | **rarely used only for check deposit** | |
| | | | | | | | |
| | | | | | | | |
| | **Samson Church balance Accounts** | | | | | | |
| 31 | Bank of America Checking | House of Prayer Home Missions | A Oloans/John Rodriguez | Samson | $10,622.94 | **actively used** | |
| 32 | Bank of America Checking | House of Prayer Local Escrow | **A Oloans/D Nostrant** | Samson | $215,185.02 | **actively used** | |
| 33 | S Bank checking | House of Prayer Local Escrow | **A Oloans/D Nostrant** | Samson | $18,358.56 | **pays Savannah church payment** | |
| 34 | United Community Checking | House of Prayer Operations | **D Nostrant** | Samson | $51,109.13 | **Pays Spanish Church payment** | |
| 35 | United Community Checking | House of Prayer Building Fund | **A Oloans/D Nostrant** | Samson | $10,100.00 | **Takes construction draws** | |
| | | | | | | | |
| | **Samson Misc Accounts not on balance reports** | | | | | | |
| 36 | Bank of America Checking | Dennis Nostrant personal | **Dennis Nostrant** | **Samson** | $50.00 | **used rarely for check deposits** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | Bank of America Checking | Todd Retzlaff Personal | **Todd Retzlaff** | **Samson** | **$13.00** | **no longer used** | |
| 38 | Wells Fargo Checking | Jennie/Kevin McColum | **Jennie/Kevin McCollum** | **Samson** | **$1,300.00** | **pays Navy Federal loans** | |
| 39 | Geo Vista Checking | Brandon Stone | **Brandon Stone** | **Samson** | **$857.00** | **pays Navy Federal loans** | |
| 40 | South Georgia Checking | Ron Molina | **Ron Molina** | **Samson** | **$662.00** | **pays Navy Federal loans** | |
| 41 | Wells Fargo Checking | Christopher McGriff | **Christopher McGriff** | **Samson** | **$1,422.00** | **pays Navy Federal loans** | |
| 42 | Wells Fargo Checking | Matthew Reese | Matthew Reese | Samson | $0.00 | **Not Used** | 5480 |
| | | | | | | | |
| | | **Bro Nostrant Accounts** | | | | | |
| 43 | Bank of America Checking | House of Prayer World Missions | **D Nostrant/G Robertson** | **Bro Nostrant** | **$180,000.00** | **actively used** | |
| | | | **John Rodriguez** | | ave. balance | | |
| 44 | Bank of America Checking | House of Prayer School accnt | **D Nostrant/G Robertson** | **Bro Nostrant** | **$97,000.00** | **actively used** | |
| | | | **John Rodriguez** | | ave. balance | | |
| 45 | Bank of America Checking | House of Prayer Org GF | **D Nostrant/G Robertson** | **Bro Nostrant** | **$80,000.00** | **actively used** | |
| | | | **John Rodriguez** | | ave. balance | | |
| 46 | Suntrust Checking | House of Prayer Org GF | **D Nostrant/J Rodriguez** | **Bro Nostrant** | **$80,000.00** | **actively used** | |
| | | | | | ave. balance | | |
| 47 | Suntrust Checking | House of Prayer Org GF | **D Nostrant/J Rodriguez** | **Bro Nostrant** | **$87,000.00** | **actively used** | |
| | | | **G Robertson/A Oloans** | | ave. balance | | |
| 48 | Wells Fargo Checking | House of Prayer Org GF | **Bro Nostrant** | **Bro Nostrant** | **$67,000.00** | **actively used** | |
| | | | | | ave. balance | | |
| 49 | S Bank Checking | House of Prayer Local GF | **D Nostrant/J Rodriguez** | **Bro Nostrant** | **$5,000.00** | **actively used** | |
| | | | **G Robertson/A Oloans** | | ave. balance | | |
| 50 | S Bank Checking | House of Prayer Org GF | **D Nostrant/J Rodriguez** | **Bro Nostrant** | **$72,000.00** | **actively used** | |
| | | | **G Robertson/A Oloans** | | ave. balance | | |
| 51 | S Bank Checking | House of Prayer Sunday School | **D Nostrant/J Rodriguez** | **Bro Nostrant** | **$8,000.00** | **actively used** | |
| | | | **A Oloans** | | ave. balance | | |
| 52 | Bank of America Checking | Oak Forest Account | **D Nostrant/A Oloans** | **Bro Nostrant** | **$3,000.00** | **one transaction per month** | |
| | | | | | ave. balance | | |
| 53 | Suntrust Checking | First Horizon Account | **D Nostrant/Roscoe** | **Bro Nostrant** | **$3,000.00** | **actively used** | |
| | | | | | ave. balance | | |
| 54 | Suntrust Checking | Centex Account | **D Nostrant/J Rodrguez** | **Bro Nostrant** | **$20,000.00** | **actively used** | |
| | | | | | ave. balance | | |
| 55 | Wells Fargo Checking | Joseph Fryar Accounts | **Joseph Fryar** | **Bro Nostrant** | **$800.00** | **used to pay Whippoorwill Way** | |
| | | | | | ave. balance | | |
| 56 | S Bank Checking | JT Enterprise | **D Nostrant/J Rodrguez** | **Bro Nostrant** | **$1,000.00** | **dormant account** | |
| | | | **J Fryar/A Oloans** | | ave. balance | | |
| 57 | S Bank Checking | Centex Account | **D Nostrant/J Rodrguez** | **Bro Nostrant** | **$1,500.00** | **Uses locally to depost checks** | |
| | | | **A Oloans** | | ave. balance | | |
| | | | | | | | |
| | | | | | | | |
| | | **Bro Labat's Accounts** | | | | | |
| 58 | Suntrust Checking | House of Prayer Seminary | **D Nostrant/J Rodrguez** | **Bro Labat** | **$50,000.00** | **actively used** | |
| | | Hinesville Account | **Bro Labat** | | ave. balance | | |
| 59 | Bank of America Checking | House of Prayer | **Bro Schmidtke/Bro Labat** | **Bro Labat** | **$10,000.00** | **actively used** | |
| | | Fayetteville Account | **Todd Retzlaff** | | ave. balance | | |
| 60 | Bank of America Checking | House of Prayer | **Bro Pilkington/Bro Labat** | **Bro Labat** | **$10,000.00** | **actively used** | |
| | | Killeen Account | **Bro Bercini** | | ave. balance | | |

| 61 | Chase Bank Checking | House of Prayer | **Bro Barnes/Bro Labat** | **Bro Labat** | **$10,000.00** | <u>**actively used**</u> | |
|---|---|---|---|---|---|---|---|
| | | Tacoma Account | | | **ave. balance** | | |
| | | | | | | | |