| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

## Parsonage Payments March 2024
as of 3/3/24

| Address | Name | Bank Name | payment amount | | | | notes |
|---|---|---|---|---|---|---|---|
| 5 Acorn Ct | Jeff Derby | shellpoint | $1,269.75 | | | | tax and insurance escrowed |
| | | | | 1852 | | | |
| 47 Angie St | X and Sis X | shellpoint | $727.78 | | | | tax and insurance escrowed |
| | | | | | | | |
| 154 Becky St | R Gibbs | M & T | $601.32 | | | | tax and insurance escrowed |
| | | | | -9338 | | | |
| 1454 Blackhawk Hollow | T Heard | Wells Fargo | $813.58 | | | | tax and insurance escrowed |
| | | | | -6130 | | | |
| 1818 Blair Ct | Christy Bradeen | PHH | $974.86 | | | | Escrowed for tax and insurance |
| | | | | 2028 | | | |
| 1940 Bluestone Lp | Jesse Hertach | Bank of America | $1,004.31 | | | | Escrowed for tax and insurance |
| | | | | -3484 | | | |
| 604 Cinder Hill Ln | e vazquez | Carrington | $1,502.72 | | | | Escrowed for tax and insurance |
| | | | | 2028 | | | |
| 811a Cutter Ct | D Nostrant | Carrington | $665.48 | | | | tax and insurance escrowed |
| | | | | -6130 | | | |
| 811b Cutter Ct | Joseph Breen | Faye Servicng | $551.37 | | | | Escrowed for tax and insurance |
| | | | | 7484 | | | |
| 208 Davis St | Mario Brown | Mr Cooper | $292.22 | | | | tax and insurance escrowed |
| | | | | -2887 | | | |
| 614 Demere St | Mario Brown | carrington mort | $1,326.41 | | | | tax and insurance escrowed |
| | | | | 2028 | | | |
| 1407 Desert Storm | L Retzlaff | M & T bank | $722.27 | | | | tax and insurance escrowed |
| | | | | -7484 | | | |
| 2206 Driftwood Ln | Gerard Robertson | SN Servicing | $798.40 | | | | Escrowed for tax and insurance |
| | | | | 3484 | | | |
| 1027 Dutchtown Rd | D Pregibon | shellpoint | $1,615.45 | | | | tax and insurance escrowed |
| | | | | -4169 | | | |
| 649 Eagan Rd | David Huff | US Bank for USAA | $624.76 | | | | tax and insurance escrowed |
| | | | | 7101 | | | |
| 1283 Eddie Ln | Joseph Fryar | Shellpoint | $876.84 | | | | tax and insurance escrowed |
| | | | | 8273 | | | |
| 1015 Farr Ct | Jesse Hertach | Rushmore servicing | $1,016.24 | | | | tax and insurance escrowed |
| | | | | -7484 | | | |
| 626 Fleming Rd | Sarah Derby | Mr Cooper | $522.55 | | | | Escrowed for tax and insurance |
| | | | | -4169 | | | |
| 705 Fleming | Marcus Labat | midland mortgage | $918.27 | | | | tax and insurance escrowed |
| | | | | -2887 | | nostrant Aug | |
| 1480 Flo Zechman | Randy Bercini | loancare | $1,278.78 | | | | tax and insurance escrowed |
| | | | | 4169 | | | |
| 800 Forest St | C Bradeen | mid america mort | $4,657.01 | | | | Escrowed for tax and insurance |
| | | | | 0743 | | | |
| 812 Forest St | Arder Chong | Nationstar | $1,997.36 | | | | Escrow tax and flood and insurance |
| | | | | 9338 | | | |
| 707 Friar Tuck | Jerome Patterson | Wells Fargo | $935.45 | | | | tax and insurance escrowed |
| | | | | -9338 | | | |
| 213 Garden Cir | David Pregibon | select portfolio | $705.99 | | | | tax and insurance escrowed |
| | | | | | | | |
| 613 Georgia Ave | Casonia Fryar | select portfolio | $779.24 | | | | tax and insurance escrowed |
| | | | | -3484 | | | |
| 389 Gray Fox Rd | Greg Bellamy | mid america mort | $1,081.45 | | | | tax and insurance escrowed |

| Address | Name | Lender | Amount | | Acct | | | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2028 | | | |
| 514 Heritage Dr | Omar Garcia | Wells Fargo | $738.19 | | | | | tax and insurance escrowed |
| | | | | | -7299 | | | |
| 229 Honey Lane | W Pilkington | The money source | $582.88 | | | | | tax and insurance escrowed |
| | | | | | -7607 | | | |
| 503 Idlewood cir | Jesse Hertach | loancare | $682.95 | | | | | tax and insurance escrowed |
| | | | | | -4169 | | | |
| 828 Jacks hill rd | Matt Reese | Bank of America | $1,766.56 | | | | | tax and insurance escrowed |
| | | | | | 8273 | | | next pay due 2/1/24 |
| 308 Liberty Oak | Willie Vaughn | vanderbuilt | $1,608.18 | | | | | Escrowed for tax and insurance |
| | | | | | -1848 | | | |
| 309 Liberty Oak Ln | W Pilkington | Guild mortgage | $1,018.58 | | | | | tax and insurance escrowed |
| | | | | | 2028 | | | |
| 134 Live Oak Dr | I Vazquez | midland mortgage | $608.27 | | | current | | Escrowed for tax and insurance |
| | | | | | 2028 | | nostrant Aug | |
| 246 N Maple | Alex Schmidtke | select portfolio | $1,103.84 | | | | | Escrowed for tax and insurance |
| | | | | | 7101 | | | |
| 707 Madison Dr | Obed Muniz | Suntrust Portfolio | $889.81 | | | | | tax and insurance escrowed |
| | | | | | 3484 | | | |
| 616 So Main st | Jaime Rodriguez | BSI | $1,048.95 | | | | | tax escrow only no insurance |
| | | | | | 2028 | | | |
| 3017 Meadowbrook Dr | M Chery | click and close | $1,544.50 | | | | | tax and insurance escrowed |
| | | | | | 7101 | | | |
| 1113 Montclair dr | sarah derby | shellpoint | $1,182.39 | | | | | Escrowed for tax and insurance |
| | | | | | -4169 | | | |
| 1138 Montclair Dr | Steven Coody | The money source | $1,085.09 | | | | | tax and insurance escrowed |
| | | | | | -8273 | | | |
| 401 Myrtle ln | Mike Best | Selene finance | $767.78 | | | | | Escrowed for tax and insurance |
| | | | | | 7299 | | | |
| 603 Palmetto | Jerome Patterson | The money source | $662.84 | | | | | tax and insurance escrowed |
| | | | | | 6130 | | | |
| 403 Patton Rd | Keshia Hood | midland mortgage | $580.38 | | | | | tax and insurance escrowed |
| | | | | | -7299 | | | |
| 221 Pointe South | David Pregibon | Suntrust | $672.71 | | | | | tax and insurance escrowed |
| | | | | | -2028 | | nostrant Aug | |
| 36 Pheasant Way | Scott Dinse | Shellpoint | $451.34 | | | | | tax and insurance escrowed |
| | | | | | | | | |
| 1108 Ricade Dr | Scott Dinse | Nationstar | $1,211.50 | | | | | tax and insurance escrowed |
| | | | | | -2028 | | | |
| 400 Rogers Rd | Sis McCollum | midland mortgage | $530.49 | | | | | tax and insurance escrowed |
| | | | | | -7484 | | | |
| 422 Rogers rd | Joseph Breen | Faye Servicng | $466.62 | | | | | tax and insurance escrowed |
| | | | | | 2028 | | | |
| 102 Shallowford Cr | Arder Chong | select portfolio | $899.85 | | | | | tax and insurance escrowed |
| | | | | | -1848 | | | |
| 127 Shayna Dr | David Huff | Specialized loans | $640.37 | | | | | Escrowed for tax and insurance |
| | | | | | 7484 | | | |
| 607 Slade St | Joe Fryar | M&T Bank | $683.52 | | | | | tax and insurance escrowed |
| | | | | | 1848 | | | |
| 217 Slayton Cir | R Nesari | servbank | $1,151.40 | | | | | tax escrow and insurance escrow |
| | | | | | -7101 | | | |
| 223 Slayton Cir | J Patterson | Shellpoint | $897.20 | | | | | Escrowed for tax and insurance |
| | | | | | -9338 | | | |
| 226 Slayton Cir | Casonia Fryar | Rushmore loans | $1,340.97 | | | | | tax escrow and insurance |
| | | | | | 7484 | | | |

| Address | Name | Lender | Amount | Phone | | | Status |
|---|---|---|---|---|---|---|---|
| 727 Timber Ridge | Steven Coody | The money source | $1,012.14 | | | | tax and insurance escr |
| | | | | -8273 | | | |
| 728 Timber Ridge Tr | Obed Muniz | FCI lender service | $370.28 | | | | 2nd mortgage |
| | | | | -7299 | | | |
| 728 Timber Ridge Tr | Obed Muniz | PNC | $901.01 | | | | tax and insurance escrowed |
| | | | | -9338 | | | |
| 1314 Towers Dr | Todd Retzlaff | specialized loans | $692.00 | | | | Escrowed for tax and insurance |
| | | | | | | | |
| 798 Wildwood Dr | G Schmidtke | freedom mortgage | $808.38 | | | | tax and insurance escrowed |
| | | | | 3484 | | | |
| 633 Windhaven Dr | Jaime Rodriguez | shellpoint | $672.81 | | | | Escrowed for tax and insurance |
| | | for | | 1852 | | | |
| 418 Willow Oak Ln | Todd Retzlaff | usaa eq | $275.77 | | | | No escrow equity loan |
| | | | | | | | |
| 728 Whit Frasier | Alex Schmidtke | rushmore servicin | $690.90 | | | | Escrowed for tax and insurance |
| | | | | 3484 | | | |
| 482 Whit Fraser | Jesse Hertach | mid america mort | $880.55 | | | | tax and insurance escrowed |
| | | | | | | | |
| 418 Willow Oak Ln | Todd Retzlaff | Shellpoint | $1,036.36 | | | | Escrowed for tax and insurance |
| | | | | 1852 | | | |
| 422 Willow Oak | Arder Chong | Select Portfolio | $944.02 | | | | Tax no but no insurance |
| | | | | 1848 | | | |
| | | | $61,361.24 | | | | |

| Address | - | LENDER | | PHONE ON FILE | | | STATUS |
|---|---|---|---|---|---|---|---|
| 1315 loblolly dr | Mike Best | Planet Home | $769.06 | | | | tax and insurance escrowed |
| | | | | 7299 | | | **2 due paying monthly** |
| 612 Trevor St | M Boyd | midland mortgage | $912.55 | | | | tax and insurance escrowed |
| | | | | | | | **52 due paying monthly** |
| 1818 Blair 2nd | C Bradeen | Attorney | $433.00 | | | | 2nd mortgage paid by money order |
| | | | | | | | **2nd settlement mo pay** |
| 618 Hampton | Sis Chery | Rushmore servicing | $781.59 | | | | tax and insurance escrowed |
| | | | | 7101 | | | forbearance to 7/31/2023 |
| 602 Georgia Ave | Jeff Derby | shellpoint | $782.21 | | | | Escrowed for tax and insurance |
| | | | | -7299 | | | **f/c sale 4/2/24** |
| 87 John Gibson | Jeff Derby | PHH | $687.95 | | | | Escrowed for tax and insurance |
| | | | | 7299 | | | **paying monthly** |
| 448 Timberlane | Jeff Derby | shellpoint mortgage | $524.00 | | | | |
| | | | | -7299 | | | |
| 1902 Sherman Dr | Joseph Fryar | shellpoint loans | $1,163.00 | | | | Escrowed for tax and insurance |
| | | | | 8273 | | | **current paying monthly** |
| 600 Demere St | Jesse Hertach | Wells Fargo | $1,023.34 | | | | tax and insurance escrowed |
| | | | | 7101 | | | **trial 2/1, 3/1, 4/1** |
| 1938 Heathrow Dr | David Huff | US Bank | $653.63 | | | | Escrowed for tax and insurance |
| | | | | 7101 | | | **review as of 8/4/23** |
| 222 Chandra Way | Luke Lawhon | Phh mortgage | $885.13 | | | | |
| | | | | -6130 | | | **f/c sale 5/7/24** |
| 218 Theiss Branch | K McCollum | Rushmore servicin | $1,101.11 | | | | tax and insurance escrowed |
| | | | | -2887 | | | submit for VA mod 10/6 |

| Address | Name | Servicer | Amount | | Acct | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 1108 Montclair Dr | Sis McCollum | shellpoint | $1,060.65 | | | | | tax and insurance esrowed |
| | | | | | -7484 | | | owe May |
| 629 Groover Ct | M Mendenhall | loancare | $1,507.22 | | | | | tax and insurance escrowed |
| | | | | | 7484 | | | RMA sent in 11/2/23 |
| 103 Eunice rd | Joseph Morrow | shellpoint | $475.44 | | | | | tax and insurance escrowed |
| | | | | | 1852 | | | closing 3/28/24 |
| 400 Club Dr | Dennis Nostrant | Phh mortgage | $1,038.45 | | | | | tax and insurance escrowed |
| | | | | | -7484 | | | review as of 5/18/23 |
| 1205 Cedar Dr | D Nostrant | Bank of America | $1,211.58 | | | | | |
| | | | | | 2028 | | | |
| 711 Charlotte Ct | David Pregibon | Rushmore servicing | $943.57 | | | | | tax escrow no insurance |
| | | | | | -4169 | | | forbearance 11/1 - 5/1/24 |
| 241 Pointe South | David Reip | midland mortgage | $578.59 | | | | | Escrowed for tax and insurance |
| | | | | | 4169 | | | 57 due paying monthly |
| 10818 Davisson Rd | Matt Reese | Chase | $1,536.25 | | | | | |
| | | | | | | | | paying monthly |
| 1528 Woodcrest | G Robertson | Phh mortgage | $588.00 | | | | | |
| | | | | | -9338 | | | f/c sale 5/7/24 |
| 1809 Stillwood Dr | Alex Schmidtke | Bank of america | $1,316.59 | | | | | Escrowed for tax and insurance |
| | | | | | 3484 | | | 2 due paying monthly |
| 327 Valley Rd | Alex Schmidtke | faye servicing | $1,736.09 | | | | | Escrowed for tax and insurance |
| | | | | | | | | paying monthly |
| | | | $21,709.00 | | | | | |

| | Pastor & Sis Denis loans | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1804 Blair Ct 1st | Rev Denis | Chase mortgage | $964.32 | | registered online | auto draft | | no tax and no escrow |
| 1804 Blair Ct 2nd | Rev Denis | Chase mortgage | $206.67 | | registered online | auto draft | | no tax and no escrow |
| 401 Club Dr | Rev Denis | Bank of America | $704.78 | | registered online | auto draft | | no tax or insurance |
| 634 Varnedoe | Rev Denis | Chase mortgage | $669.52 | | registered online | auto draft | | no tax and no escrow |
| 634 Varnedoe | Rev Denis | Chase mortgage | $157.67 | | registered online | auto draft | | no tax and no escrow |
| 412 Willow Oak | Rev Denis | America Serv Co. | $537.52 | | registered online | auto draft | | no tax and no escrow |
| 412 Willow Oak | Rev Denis | Bank of America | $422.68 | | registered online | auto draft | | |
| 2033 Andover | Rev Denis | Bank of America | $833.07 | | registered online | auto draft | | |
| 3 Cherry St | Sis Denis | Suntrust | $831.65 | | registered online | auto draf | | |
| 3 Cherry St | Sis Denis | Suntrust | $295.52 | | registered online | auto draft | | |
| | | | $5,623.40 | | | | | |

FORECLOSED

| Address | Name | Servicer | Amount | | Acct | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 212 Elizabeth St | Todd Retzlaff | PHH Mortgage | $717.80 | | | | | foreclosed 8/3/16 |
| | | | | | 1852 | | | |
| 242 Garden Cir | Mario Brown | PHH | $451.34 | | | | | foreclosed 8/3/16 |
| | | | | | -2887 | | | |
| 804 Thrasher Ct | arder chong | america serv | $560.20 | | | | | |
| | | | | | -4169 | | | 8/6/2019 |
| 1175 Cumberland | John Rodriguez | Nationstar | $1,113.96 | | | | | |
| | | | | | -2887 | | | DO NOT PAY HANDING BACK |
| 1448 Enterprise Dr | John Rodriguez | Nationstar | | | | | | escrow tax and insurace |
| | | | | | -2887 | | | DO NOT PAY HANDING BACK |
| 617 Palmetto Tr | John Rodriguez | Nationstar | | | | | | tax and insurance escrowed |
| | | | | | -2887 | | | DO NOT PAY HANDING BACK |
| 708 Robin Hood Dr | Roscoe Stanley | Chase | $466.07 | | registered online | | | |
| | | | | | 2887 | | | DO NOT PAY HANDING BACK |
| 200 Sheila Dr | R Stanley | Bank of America | $656.82 | | | | | |

| Address | Name | Lender | Amount | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | 2887 | | | | DO NOT PAY HANDING BACK |
| 1374 Forest lake | Jennifer Rodrigu | Bank of America | $510.08 | | | | | DO NOT PAY HANDING BACK |
| | | | | -2887 | | | | two payments due |
| 432 Arlington Dr | Herb Johnson | M B Financial | $1,103.46 | | | current | | tax escrow, no insurance escrow |
| | | | | 7607 | | | | DO NOT PAY HANDING BACK |
| 518 Stewart Dr | Herb Johnson | US Bank for USAA | $342.50 | registered online | auto draf | current | | tax escrow, no insurance escrow |
| | | | | 7607 | | | | DO NOT PAY HANDING BACK |
| 412 Patton Rd | C King | roundpoint | $563.43 | | | | | tax and insurance escrowed |
| | | | | -1852 | | | | |
| 1103 Kelly Dr | Bro Figueroa | Wells Fargo | $583.94 | | | | | tax and insurance escrowed |
| | | | | -2887 | | | | DO NOT PAY HANDING BACK |
| 1112 Ricade Dr | Brandon Subia | Mr Cooper | $591.58 | | | | | DO NOT PAY HANDING BACK |
| | | | | 8273 | | | | 6 month foreb 10/1 - 4/1/18 |
| 502 Patton Rd | A Bradeen | Central Mort | $482.04 | | | | | tax and insurance escrowed |
| | | | | 7101 | | | | |
| 808 Spanish Oak | Jody Emanuel | Bank of America | $719.64 | | | | | tax escrow, no insurance escrow |
| | | | | -7299 | | | | virus plan 4/1 - 1/31/21 |
| 410 Deerwood | Darnell Eman | Shellpoint Mortgage | $1,215.10 | | | | | tax and insurance escrowed |
| | | | | -7101 | | | | virus plan 3/1 - 2/28/21 |
| 308 Quail Run Dr | Darnell Emanuel | Wells Fargo | $1,080.83 | | | | | tax and insurance escrowed |
| | | | | 3484 | | | | virus plan 4/1 - 2/28/21 |

not paying loans

| Address | Name | Lender | Amount | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|
| 8 Oak St | David Reip | Nationstar | $748.74 | | | | | Escrowed for tax and insurance |
| | | | | 9099 | | | | Trial 3/1, 4/1, 5/1 |
| 124 Fletcher | Jaime Rodriguez | Faye Servicing | $629.63 | | | | | service transfer |
| | | | | -2887 | | | | |
| 233 Sheila Dr | K Forbes | nationstar | $504.07 | | | | | HANDED BACK TO REV FORB |
| | | | | -2028 | | | | |
| 3432 Gasconade | K Forbes | select portfolio | $459.72 | | | | | currrent due 7/1 |
| | | | | -9338 | | | | |
| 724 Ruphrecht | K Forbes | Ocwen | $837.84 | | | | | currrent due 7/1 |
| | | | | 2887 | | | | |
| 274 Shayna Dr | Irene Vazquez | Greentree | $738.55 | registered online | | | | Escrowed for tax and insurance |
| | | | | -8273 | | | | transfer back to Sis Vazquez |
| 900 pintail | Todd Retzlaff | Bank of America | $717.78 | | | | | |
| | | | | 0743 | | | | Mortgage release |
| 702 Fraser | Matt Reese | Wells Fargo | $684.94 | | | | | |
| | | | | -8273 | | | | transfer back to Reese |
| 904 Ringneck | Saba Albrecbht | SLS | $1,099.70 | | | | | tax and insurance escrowed |
| | | | | .3042 | | | | Trial mod 8/1, 9/1, 10/1 |
| 839 Southview | Eric Jenkins | freedom mortgage | $916.33 | | | | | Escrowed for tax and insurance |
| | | | | -6130 | | | | Mortgage release |
| 104 N 54st Lawton | D Nostrant | PHH for USAA | | | | | | Escrowed for tax and insurance |
| | | | | 4169 | | | | Mortgage release |
| 746 Dallas Dr | Joseph Breen | US Bank | $597.86 | | | | | |
| | | | | -2887 | | | | Mortgage release |
| 712 Franklin st | Devon Bennett | Wells Fargo | $775.04 | | | | | |
| | | | | 7101 | | | | Mortgage release |
| 806 Hod Ln | Gerard Robertson | select portfolio | $627.17 | | | | | Escrowed for tax and insurance |
| | | | | -9338 | | | | mortgage release |
| 2630 Merritt Dr | Matt Reese | Phh mortgage | $840.06 | | | | | tax and insurance escrowed |
| | | | | 5280 | | | | mortgage release |
| 1697 Lexington | D Nostrant | Shellpoint | $2,815.22 | | | | | |
| | | | | -6130 | | | | short sale |

| Address | Name | Lender | Amount | Col5 | Col6 | Col7 | Col8 | Notes |
|---|---|---|---|---|---|---|---|---|
| 1818 Blair Ct 2nd | Christy Bradeen | Bank of America | $355.41 | | auto draft | | | no tax and no insurance 2nd mortgage |
| | | 912-572-1848 | | | | | | Stop payment |
| 728 Timber Ridge Tr | Obed Muniz | Specialized loan | $202.97 | | | | | no tax and no insurance 2nd mortgage |
| | | | | | | | | virus plan 5/1- 4/1/21 |
| 801 Krebs Ln | D Crego | Wells Fargo | $769.72 | | | | | tax and insurance escrowed |
| | | | | | | | | closing by 10/15 |
| 304 Quail Run | Arder Chong | carrington mort | | | | | | tax and insurance escrowed |
| | | | | | | | | deed in lieu app 3/23/22 |
| 146 Fletcher Rd | Lee Goodman | PHH mortgage | $566.73 | | | | | escrowed for tax and insurance |

| Address | Name | Bank Name | payment amount | | | | | notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 1450 Firefinder Ln | Steven Atwell | US Bank | $971.09 | | | | | tax and insurance escrowed |
| | | | | | 1852 | | | Luke Lawhon Payoff 6/21/23 |
| Lot 2 Oak crest | C Barnes | Nationstar | $230.63 | | | | | |
| | | | | | -8273 | | | loan forgiven 11/1/23 |
| Lot 3 Oak crest | C Barnes | Nationstar | $429.76 | | | | | |
| | | | | | -8273 | | | loan forgiven 11/1/23 |
| Lot 4 Oak crest | Jeff Derby | Nationstar | $542.16 | | | | | |
| | | | | | -1852 | | | loan forgiven 11/1/23 |

## Houses That Have Been Sold
### as of 2/3/23

| Address | Name | Bank Name | payment amount | | | | notes |
|---|---|---|---|---|---|---|---|
| 843 Brickyard ly | Bro Pregibon | 1st peoples bank | $655.29 | | | | |
| 1344 Forest Lake | Todd Retzlaff | Mr Cooper | $487.03 | | | | |
| 734 Sharon St | Alex Schmidtke | select portfolio | $257.96 | | | | |
| 738 Sharon St | Alex Schmidtke | select portfolio | $262.10 | | | | |
| 737 Sharon St | Sis Denis | Shellpoint | $220.73 | | | | |
| 742 Sharon St | Alex Schmidtke | select portfolio | $258.35 | | | | |
| 746 Sharon St | Alex Schmidtke | community loans | $250.11 | | | | |
| 750 Sharon St | Alex Schmidtke | select portfolio | $277.15 | | | | |
| 226 Pointe South | Mansey Reese | Wells Fargo | $561.08 | | | | |
| 1336 Forest Lake | Todd Retzlaff | Rushmore | $508.49 | | | | **WAS NOT BEING PAID WHEN SOLD** |
| 1316 Towers Dr | Terry Heard | shellpoint | $595.97 | | | | |
| 900 Greenbriar | Bro McGriff | Wells Fargo | $479.29 | | | | |
| 973 Whippoorwill wa | Joe Fryar | select portolio | $659.59 | | | | |
| 614 Scott St | Mario Brown | Select Portfolio Serv | $910.41 | | | | **WAS NOT BEING PAID WHEN SOLD** |
| 748 Elaine St | Rafael Ramos | Rushmore loans | $424.11 | | | | |
| 745 Sharon St | D Nostrant | select portfolio | $208.29 | | | | |
| 816 Lesa St | Sis Denis | Truist Bank | $225.96 | | | | |

| Address | Name | Lender | Payment | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| 710 Sharon St | Sis Denis | Bank of America | $324.84 | | | | | |
| | | | | | | | | |
| 722 Sharon St | Sis Denis | Bank of America | $324.84 | | | | | |
| | | | | | | | | |
| 207 Griffin Rd | Sis Huff | Suntrust | $578.25 | | | | | |
| | | | | | | | | |
| 641 Honey Rdige | Arder Chong | Mr Cooper | $666.45 | | | | | **WAS NOT BEING PAID WHEN SOLD** |
| | | | | | | | | |
| 4 Cherry St | Mario Brown | PHH | $435.88 | | | | | **WAS NOT BEING PAID WHEN SOLD** |
| | | | | | | | | |
| 310 Floyd St | Union Park LLC | Select Portfolio | $871.71 | | | | | |
| | | | | | | | | |
| 618 Madison Dr | Gerard Robertson | select portfolio | $634.33 | | | | | tax and insurance escrowed |
| | | | | -9338 | | | | **close 3/29/23** |
| 930b Live Oak | Joseph Breen | Nationstar | $247.39 | | | | | tax and insurance escrowed |
| | | | | -6130 | | | | **closing 4/14/23** |
| 600 Palmetto Tr | Alex Schmidtke | community loans | $440.25 | | | | | tax escrowed , insurance not escrowed |
| | | | | 3484 | | | | **closing 4/28/23** |
| 615 Palmetto | D Nostrant | select portrolio | $355.26 | | | | | tax and insurance esrowed |
| | | | | -6130 | | | | **closing 5/5/23** |
| 110 Cherokee Cir | P Bercini | freedom mortgage | $426.44 | | | | | tax and insurance escrowed |
| | | | | | | | | **closing 5/10/23** |
| 1066 Keith Dr | Sis Denis | Wells fargo | $550.00 | | | | | |
| | | | | | | | | **closing 5/31/23** |
| 408 Wooddale | A Oloans | SN servicing | $764.25 | | | | | tax and insurance escrow |
| | | | | -1848 | | | | **Closing 4/28/23** |
| | | | | | | | | |
| 109 Pointe South | Tommy Price | shellpoint | $596.93 | | | | | tax and insurance escrowed |
| | | | | -7299 | | | | **closed 10/4/23** |
| | | | | | | | | |
| 530 Forest St | Casonia Fryar | loan care | $1,024.45 | | | | | tax and insurance escrowed |
| | | | | -9338 | | | | **do not pay closing 10/10** |
| | | | | | | | | |
| 605 Georgia 1st | Rev Denis | Ocwen | $644.93 | registered online | auto draft | | | no tax and no escrow |
| 605 Georgia 2nd | Rev Denis | Specialized Loan serv | $96.93 | registered online | auto draft | | | **closed 11/15/23** |
| | | | | | | | | |
| 501 Eisenhower Rd | Casonia Fryar | select portfolio | $743.45 | | | | | tax and insurance escrowed |
| | | | | -3484 | | | | **closed 1/24/24** |
| | | | | | | | | |
| 701 Littlejohn | Rev Denis | Chase mortgage | $593.11 | registered online | auto draft | | | no tax and no escrow |
| 701 Littlejohn | Rev Denis | Chase mortgage | $245.22 | registered online | auto draft | | | **closed 2/20/24** |
| | | | | | | | | |
| 943 Wedgewood | Devon Bennett | shellpoint | $994.97 | | | | | tax and insurance escrowed |
| | | | | 3484 | | | | **closing 3/6/24** |

Total in mortgage payments