EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

August 11, 2017

Sir,

## **RE: List of Items for Oloans Separated into frequency**

## **DAILY WORK**

- Work on Loan Modifications for all mortgages that payments are stopped **(4 HOURS – DAILY)**
  - o 46 total loans still working to get normal to be able to transfer to Bro Nostrant once they are all finished
    - ▪ Paperwork has to be sent in continuously and different letters and disputes to keep from foreclosing
  - o 25 of them in active foreclosure status
    - ▪ Monitor paper in legal notices where foreclosures are advertised (Wednesday is the main day occasionally on Sunday)
  - o 1108 Ricade, Lot 2, 3, 4 paid by credit card at USAA
    - ▪ All delinquent loans
  - o Still some special modifications going in addition
    - ▪ 327 Valley Rd Fayetteville
    - ▪ 10818 Davisson Rd Lakewood
    - ▪ 1205 Cedar Dr Killeen TX
    - ▪ 1697 E Lexington Ave El Cajon
    - ▪ 2630 Merritt Dr Greensboro
    - ▪ 904 Ringneck Dr Hinesville (Saba)
    - ▪ 222 Chandra Way Hinesville (Luke)
    - ▪ 87 John Gibson Ct Hinesville (Rev Derby)
    - ▪ 839 Southview Cir Fayetteville (Jenkins)
- Receive and sort mail everyday **(30 MINUTES – DAILY)**
  - o At Hooch with either Bro Johnathan Rodriguez or Bro Reip
  - o I keep mortgage mail and separate Bro Nostrants and Pastors mail

Page 1 of 17

- Monitor and answer prepaid phones for mortgages **(15 MINUTES – DAILY)**
  - We have trac fone and Verizon and net 10 services
- Monitor 27 email addresses **(15 MINUTES – DAILY)**
  - Some on computer (most active ones)
  - Some on cell phones
- Work with Lyndsie Fewkes **(45 MINUTES – DAILY)**
  - Make a list and send information everyday
  - Opening call to go over and closing call to review
  - Do surveys for her when they send them
  - She has a  list of contacts we have compiled at:
    - Different Nieman marcus
    - Bergdorf Goodman
- When Pastor is out of town
  **(50 MINTUES – DAILY WHEN PASTORS OUT OF TOWN)**
  - Open the house and empty dehumidifiers twice a day during the summer
  - Feed the fish and maintain the tanks if Bro Emanuel is out of town
  - Vacuum Pastors room and Mariah's room, change AC filters, change toilet filter and clean filter, empty vacuum cleaner, change battery operated air fresheners before Pastors return
  - Open the house for Sisters on Fridays when Pastor out of town to clean

## **WEEKLY AND DAILY (MAIN REPORT WEEKLY, UPDATES DAILY)**

- Credit card billing and report **(4 HOURS – DONE WEEKLY AND DAILY)**
    - o Credit cards paid weekly (AMEX, Bank of America, etc.)
        - ▪ This is done by logging into the account and paying
    - o Daily update for my AMEX and non AMEX card
    - o Do weekly bills chart for Pastor's credit card and check each one whether used or not so there are not odd charges to mess credit up
    - o Credit card statements printed from online accounts and distributed weekly
        - ▪ Bro Nostrant credit cards (Bro Reip, Bro Labat, etc)
        - ▪ Fayetteville credit card
        - ▪ Bro & Sis Fryar, Rev & Sis Pilkington, etc..
        - ▪ You have to log into each account and print the activity from the last print out
        - ▪ I fax usage to Fayetteville, Rev Pilkinton, Bro Fryar, Rev Virgo, Bro Benton weekly, now I will start to fax Rev Derby.
        - ▪ I give Bro Emanuel's usage to Bro Benton to give him to audit
- Weekly balances report **(4 HOURS– DONE WEEKLY AND DAILY)**
    - o Daily update for new entries
    - o Pastor Denis and associated accounts finances and balances
        - ▪ Emanuel electric
    - o Church finances and balances
        - ▪ Bank of America, United Community Bank, State Bank (formerly S Bank)

## **WEEKLY**

- Refinance and lower Navy Federal personal Loans **(1 HOUR – WEEKLY)**
  - o Currently on Bro Stone, Bro Hertach, Sis Schmidtke
- Prepare bank run for either Bro Reip or Bro Fryar on Thursday night and Friday morning **(2 HOURS – WEEKLY)**
  - o Make list and sort them so it is organized
  - o Gather deposits from Bro Nostrant and Bro Labat to consolidate and put in order so whoever goes has a route

## **MONTHLY**

- Monthly mortgage payment list **(1 HOUR – DONE MONTHLY)**
  - o For Rev Nostrant and myself
  - o All Pastor and Sis Denis mortgages come out of his accounts
    - ▪ I verify each month to make sure paid
  - o Rev Nostrant pays the current loans and I handle the delinquent loans that need to be paid
    - ▪ If there is a trial modification or other circumstance
  - o Review all loans and make a chart for Rev Nostrant and create ledger for payments
- 3016 SE Dune Dr **(1 HOUR – DONE MONTHLY)**
  - o Wire money to Mrs Lambrecht monthly from Pastors account at Bank of America
    - ▪ They have "sure pay" so I can wire online by security verification steps
  - o Pay utility bills monthly from Pastors account
  - o This is coordinated through Pam Lynch CPA for Mrs Lambrecht
  - o CPA monitors Mrs Lambrechts account and emails me confirmation once the payments are received for receipt.
  - o Pay piano rental monthly at Bobbs piano rental
  - o Ordering AT & T landline for fax
  - o Prepare application for lease renewal and Sailfish renewal when lease expires
    - ▪ Work with Annie Ryan on renewal
  - o Contact Helmwig, David Ladd (golf course guy for Mrs Lambrecht) as needed for maintenance as needed
  - o Coordinate maintenance with:
    - ▪ Fish guy, pest control others as needed
- Manage insurance for Pastor **(1 HOUR – DONE MONTHLY)**
  - o Home, auto, renters, umbrella, health, etc
  - o Country financial (home and jewelry)

- o State farm (Blue and white car auto & golf card insurance)
- o Universal property (renters for Israel)
- o Morris & Templeton (umbrella)
- o Golden rule (health)
- The bills I personally pay are: **(1 HOUR – DONE MONTHLY)**
  - o Bentley Mulsanne, Dune dr renters insurance, Health insurance, 428 Willow Oak insurance, jewelry insurance, medical bills when they come in.
- Mail Steve Sadow payment monthly by Fedex **(15 MINUTES – MONTHLY)**
  - o Bro Nostrant gives me the check
  - o Cheyl Peake emails a confirmation every month once she receives it
- Mail Claxton (2275 Hwy 196) and Provident (3717 Sunnycrest Greensboro) **(15 MINUTES – MONTHLY)**
  - o I prepare the priority mailer and Bro Reip mails it
- Rent I collect **(30 MINUTES – MONTHLY)**
  - o 746 Dallas Dr (deposited to Home missions)
  - o 616 W 48th St (deposited to Home Missions)
  - o 1027 Dutchtown and 1809 Stillwood Savannah (deposited to Home missions)
  - o 304 Quail Run Dr (Sprint lady) pick up checks
  - o Augusta church (deposit to home missions)
  - o 1205 Cedar Dr (send check in)
  - o 1697 E Lexington (deposit to home missions)
  - o 104 NE 52nd st (deposit to bank of America D Nostrant account I manage)
    - ■ Managed by White Glove in Lawton OK
  - o Love offerings from Rev Schmidtke, Bercini, Barnes for conference lodging
  - o 402 Willow oak (Rev Derby hand a check)
- Update financial collections **(1 HOUR – MONTHLY)**
  - o Home missions and people that owe
    - ■ San Diego, Tacoma, etc

Page **6** of **17**

- o Update chart of people I track for rent
  - ▪ Julio, Ben Badger, Bro Patterson
- Verify car payments with Rev Derby when he makes them **(15 MINUTES – MONTHLY)**
  - o He faxes me a memo and I confirm it and fax it back
  - o Have to update chart with new refinances and trades
  - o I have given Rev Derby confirmations and which vehicles are gone and what new ones to pay
  - o I pay the following car payments:
    - ▪ Pastor's QX 80 in Sis Fryar's name
    - ▪ Rev Bradeens Hyundai
      - • Sis Tamara pays when I give her the bill
    - ▪ Bro McCollum Toyota Tundra because it's tied to Navy Federal and Bro Hertachs loan
- Book Hertz rental cars for Bro Fryar **(30 MINUTES – MONTHLY)**
  - o Local Hertz manager James delivers the car and gives us an upgrade
- Payroll I take care of: **(1 HOUR – MONTHLY)**
  - o Bro McCollum monthly
  - o Bro Reip 8 Oak st $500.00 payment for Ken Reip monthly
  - o Liberty county sheriff's every service
  - o Fed Ex tips when deliveries come
  - o Rabbi Suissa and Mrs Amy when directed
  - o Reimbursements for Bro Fryar non AMEX, Bro Derby travel expense
  - o Bro Christopher Huff USAA credit card from the Killeen church is paid monthly by depositing into his Navy Federal account
- Make Navy Federal Loan payments **(1 HOUR – MONTHLY)**
  - o Get money to Brethren to pay loans
  - o Only Sis Emanuel is auto draft from Emanuel electric
  - o I get money to Rev Schmidtke for his and Rev Felder
  - o Bro Pregibon, Bro Fryar, Bro Boyd, Bro Price, Sis Schmidtke, Sis Alli Brown have bank of America and I can transfer from Home Missions
  - o I get money to Rev Robertson for Johnathan Rodriguez and Sis Mina

- o I give Bro Gibbs money directly monthly
- o Bro and Sis McCollum, Bro and Sis McGriff have wells fargo and a deposit is made monthly
- o Sis Fotu and Bro and Sis Escobar have Suntrust and a deposit is made monthly
- o Bro Stone has Geo Vista and a deposit is made
- o Bro Molina has South Georgia and a deposit is made
- o Now that Bro Mendenhall is in Greensboro he is going to set up a method to get the money to him, I got it to him while he was here for fellowship meeting
- Manage and pay the Governors management website **(10 MINUTES – MONTHLY)**
  - o Update website as needed
  - o There is a log in to update site
- Manage the Hinesville MLS **(15 MINUTES – MONTHLY)**
  - o Pay Hinesville MLS monthly for governors management
  - o Pay Richard annually for his log in

Page **8** of **17**

## AS NEEDED ITEMS

- Coordinate car maintenance and pick up **(30 MINUTES – AS NEEDED)**
  - West Palm Beach Bentley/Rolls
  - Pick up and drop off with loaner
- Monitor Pastor and Sis Denis credit monitoring services
  **(10 MINUTES – AS NEEDED)**
  - Transunion, Equifax, Experian
  - They email alerts to an address I monitor
  - There are log in accounts to generate credit scores and view alerts and monitor credit
- Schedule Bird appointments (Gracey and Swacey)
  **(15 MINUTES – AS NEEDED)**
  - Set up appointment with Vet in Pooler
  - Pay by credit card when finished
- Bentley Bentayga trade for Blue Phantom (Chicago Gold Coast)
  **(6 HOURS – AS NEEDED)**
- Bentley Mulsanne trade for White car (Chicago Gold Coast)
  **(6 HOURS – AS NEEDED)**
- Russell Nay CPA **(TIME AS NEEDED)**
  - He does the annual financial report for the church that we use for the banks in the form of a compilation.
  - He started doing financials for Pastor and Sis Denis starting this year
  - He writes self employed verification letters as needed to prove employment.
- Greensboro and Hinesville Fire Marshal inspections **(5 HOURS AS NEEDED)**
  - New church and old church
  - 3717 Sunnycrest Ave Greensboro, NC
  - Navy Federal loan for the Greensboro church taken out by Sis Mendenhall is deposited into Emanuel Electric.
- Manage bankruptcy for modifications **(2 HOURS – AS NEEDED)**
  - Sis Chong, Sis Saba

- o Preparing filing and documents
- o Others have done skeleton chapter 13 in the past
- FedEx shipping and delivery **(30 MINUTES – AS NEEDED)**
  - o Label and send boxes from account I have
  - o Work with drivers because FedEx doesn't have a drop off location in Hinesville anymore
- Fayetteville construction loan with Dr Summerlin **(1 HOUR – AS NEEDED)**
  - o Morton building roughing in
  - o Have to get commercial license to finish project
- Bro Pilkington Federal Tax Audit issue **(2 HOURS – AS NEEDED)**
  - o Appeal has been filed
  - o Doing offer and compromise
  - o Could be another 12 months to finish
- Refinance rapture loans **(1 HOUR – AS NEEDED)**
  - o 1.75% loans to 2.75% 5 yr arm
- Set up holding companies for all LLC's **(1 HOUR – AS NEEDED)**
  - o I have to create the new LLC and draw the Business sales agreement
- Update bank signers and accounts **(1 HOUR – AS NEEDED)**
- Deed properties for Brothers that have allot into LLC's
       **(4 HOURS – AS NEEDED)**
  - o Create LLC and make quit claim deed and file at courthouse
  - o I have to prepare the deeds by getting the legal description and preparing a PT 61 form to file
- Manage all corporate filings **(30 MINUTES – AS NEEDED)**
  - o Farmed out to different companies to file and act as registered agent
  - o I just need to manage and make sure they are paid
- Book Delta Skymiles travel **(2 HOURS – AS NEEDED)**
  - o Missionary trips when needed
- Book hotels for Pastor when he travels **(1 HOUR – AS NEEDED)**
  - o Hilton Diamond desk for Hilton properties
  - o Double tree Augusta
  - o Embassy Fayetteville

- o Hilton Garden Clarksville
- Book airlines tickets for Pastor when he travels **(4 HOURS – AS NEEDED)**
  - o Delta skymiles or purchase tickets
- Book rental cars for Pastor when he travels if needed
  **(30 MINUTES – AS NEEDED)**
  - o Hertz platinum desk to deliver to hotel
- Book Plane tickets with off brand credit card points **(1 HOUR – AS NEEDED)**
  - o Log into the credit card account and access the reward travel
  - o Last one was for Rev Pilkington to Louisiana from Visa Black
- Set up credit card processing company for Emanuel Electric
  **(2 HOURS – ONE TIME)**
- Make appointments for Sis Denis and Mariah **(15 MINUTES – AS NEEDED)**
  - o Dr Vaught as needed
  - o Dr Copenhaver
  - o Other misc doctors as directed
  - o Israel appointments
    - ▪ Dermatology
    - ▪ Dentist
    - ▪ Other doctors as needed
- Shopping for items for Pastor or Sis Denis when requested
  **(30 MINUTES – AS NEEDED)**
  - o With Lyndsie or Horchow, Neiman, etc.
  - o Amazon, Home Depot, Costco, Sams, etc..
- Work with Dune dr attorney when needed **(1 HOUR – AS NEEDED)**
  - o He is holding the $50,000 deposit in his escrow per the lease
    agreement
- Look for new rental property when needed **(2 HOURS – AS NEEDED)**
  - o Pastor when directed
  - o Bro Fyrar
- Auto refinances and trade ins **(2 HOURS – AS NEEDED)**
  - o Still have to work on Mario Brown's black Highlander
  - o Have to do Sis Fryar Bentley Mulsanne refinance

- Monitor Monitronics alarm **(10 MINUTES – AS NEEDED)**
  - For 428 Willow oak ln
  - Front door bell rings to my phone
  - Alarm monitoring will call me when alarm goes off
- XM Radio contact for Church broadcast **(15 MINTUES – AS NEEDED)**
  - I used to just pay and audit the monthly bill by pay pal because they didn't take credit cards directly
- Manage Transunion credit service **(10 MINUTES – AS NEEDED)**
  - Pull soft credit when needed and as directed
- Monitor collections for charged off cards and second mortgages **(10 MINUTES – AS NEEDED)**
  - Bro Emanuel, Bro Boyd, Sis Boyd, Adam Boles
  - Second mortgages that have not been forgiven
- Take requests from Dr Ajayi and Awe **(30 MINUTES – AS NEEDED)**
  - Binta will text or call periodically for help
  - Dr Awe will call periodically for help

## ANNUAL ITEMS

- Send special gifts during holidays and as needed and requested **(1 HOUR – ANNUALLY)**
  - Jay Osteen, Steve Sadow, Sheriff Sikes, Paul Zechman, Curles (LCPC), Judge Cook, Pam Parrish, Tom McNamara, Russell CPA etc..
  - Pizza for guards at Sailfish security
  - Pizza for Hertz office
  - Food for Russell CPA
  - Misc people as requested
  - Flowers for people in hospital as needed
    - Capt Shari, etc
- State Bank Savannah church loan renewal and annual financials (with Courtney Rawlins) **(2 HOURS – ANNUAL RENEWAL)**
  - Send in updated financials yearly
- State Bank 103 Gause st annual renewal and financials for Sis Denis (with Courtney Rawlins) **(2 HOURS – ANNUAL RENEWAL)**
  - Send in tax returns and financials
- Claxton Bank annual financials for Mariah Marie (with Jaime Durrence)
  - Campground **(2 HOURS – ANNUAL RENEWAL)**
    - Send in tax returns, rent rolls, balance sheet and profit and loss
    - Sis Denis personal tax returns and financials also
  - Servicemens home 2275 Hwy 196 W
- United Community Bank annual financials with Adam Rahn (Pam's son in law) **(2 HOURS – ANNUAL RENEWAL)**
  - 2540 Airport Rd
  - 2658 Airport Rd
  - Augusta church
- Mariah Marie LLC tax return **(2 HOURS – ANNUAL FILING)**
  - Work with Russell CPA
    - Have to send updated rent rolls numbers
    - Send in updated balance sheet numbers

- Pastor Denis tax return **(3 HOURS – ANNUAL FILING)**
  - Work with Russell CPA
    - Have to send in update schedule E information on all rental properties
    - Have to send in updated profit and loss information for self employement
- Other individual returns responsible for with Luis Hererra and HR Block program  **(4 HOURS – ANNUALLY)**
  - Bro Virgo
  - Rev Bradeen
  - Bro Schmidkte
  - Etc..
- Pay annual property tax by credit card on pay pal when due for non escrow loans and campground **(3 HOURS – ANNUALLY)**
  - I have to break it up into different pay pal accounts
    - Sis Phebe's account pays Campground
    - Sis Denis's account pays all of hers and Pastors properties
    - Marcus Labat's account the rest of the properties
- Review tax assessments at the beginning of the year **(1 HOUR – ANNUALLY)**
  - If any obvious errors then file a dispute and contest the value
- Other individual returns responsible for with Luis Hererra and HR Block program  **(4 HOURS – ANNUALLY)**
- Once a  year there is a check at Jacques land **(10 MINUTES – ANNUALLY)**
  - They call me to let me know they check the greenbelt for environmental purposes
  - A environmental firm in Savannah hired by the government to monitor designate greenbelt areas
  - This is a buffer zone around the peacock canal in the back of Jacques land

## ONE TIME ACTIVITIES

- Church building project **(5 HOURS – TOTAL TIME TO FINISH)**
  - Finish landscaping and clear LCPC
  - $25,000 Department of transportation bond to be refunded once road is complete
- Do the voting effort during election
      **(6 HOURS – ONLY DURING ELECTION)**
  - Sheriff Sikes voting time
  - Donations and gifts as needed
- Set up credit card processing company for Centex **(2 HOURS – ONE TIME)**
- Set up Bro Fryars real estate company from Illinois to Georgia
  **(2 HOURS – ONE TIME)**

## ITEMS ON LIST SIS TAMARA DOES

- Sis Tamara calls servicer as needed when they upgraded the phones or if there is a technical issue (PREPAID PHONES)
- Pay all bills for Pastor (electric, water, natural gas, car payments etc..)
  - Sis Phebe's renters insurance

**(1 HOUR – DONE MONTHLY)**

  - Sis Tamara pays them when they come, I prepare the list of what to pay and by what method (credit card when possible or bank account)
- Manage and pay the Grasshoper for Governors management

**(10 MINUTES – MONTHLY)**

  - Richmond Hill and Atlanta
  - I only pay the Hinesville one
  - I have the online access to Richmond Hill and Atlanta
  - I use the Atlanta one for a virtual fax 800 number that goes to an email address
- Pay off brand credit cards **(20 MINUTES – MONTHLY)**
  - Rev Pilkington, Sis Pilkington, Rev Nesari, Bro Bellamy, Bro Coody, Bro Fryar
  - These were taken out for the church
- Manage all UPS store boxes **(1 HOUR – AS NEEDED)**
  - Sis Tamara pays and calls if any issues need to be dealt with
- Manage Sirrius XM radio account **(15 MINTUES – AS NEEDED)**
  - Refresh signals on vehicles as needed
  - Rolls Royce vehicles are on free plans
  - Make sure old vehicles are canceled
  - Move new Sis Fryar SUV Pastor is driving to permanent plan
    - Free trial is good for 3 months
- Manage and pay Costco account for Sis Denis **(10 MINUTES – ANNUALLY)**
  - This is the account we use when we buy and order from Costo

- Manage all business licenses and state licenses **<u>(1 HOUR – ANNUALLY)</u>**
  - State license renewal is the end of June every year
  - Business license are the end of the year