GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

USA

V.

Rony Denis

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:25cr062

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| USMJ Epps | Patricia Rhodes | Steven Sadow |
| DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-17-2025 and 9-26-25 | FTR | Courtnay Capps |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/17/25 | X | X | Certificate of Achievement - Denis |
| | 2 | 9/17/25 | X | X | HOPCC Missionary trip to Brunswick & Waycross - June 2019 |
| | 3 | 9/17/25 | X | X | NYC trip to UN - 9.2017 |
| | 4 | 9/17/25 | X | X | HOPCC Missionary trip to Waycross - 8.2018 |
| | 5 | 9/17/25 | X | X | HOPCC Missionary trip to Statesboro - 3.2019 |
| | 6 | 9/17/25 | X | X | HOPCC with govt officials 5.2024 |
| | 7 | 9/17/25 | X | X | DC trip 1 - 9.2017 |
| | 8 | 9/17/25 | X | X | DC trip 2 - 9.2017 |
| | 9 | 9/26/25 | X | X | Fax dated 8/11/25 from Ernand Jean-Paul |
| | 10 | 9/26/25 | X | X | Rony Denis A File#36 5/18/23 Application SSN |
| | 11 | 9/26/25 | X | X | Email 9/22/2021 from Angela Schenker |
| | 12 | 9/26/25 | X | X | Original Birth Certificate - Haiti |
| | 12a | 9/26/25 | X | X | Translation of Birth Certificate |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

GAS 187(Rev. 07/08)      EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rony Denis     CASE NUMBER: 1:25cr062

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

Page _____ of _____ Pages