| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 1 |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |



# CERTIFICATE-OF-ACHIEVEMENT

Awarded to

**Rony Denis**

in recognition of successful completion of the Bookkeeping Training of The Urban League of Hudson County

Awarded on this 9th day of September Nineteen hundred and Eighty-three

ROSS A. BURROWES
Director

THEODORE H. FREEMAN, JR.
President and Chief Executive Officer