| DEFENDANT'S EXHIBIT NO. | 3 |
|---|---|
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |















