| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

# HOPCC 2018 Missionary trip to Waycross, GA
### (August 25th)



Brothers praying for this man on the streets of Waycross.

Brothers praying for the Code Protection Officer of Waycross.

Missionaries praying for the city of Waycross.

Waycross's Code Protection Officer and staff greet the Prayer Force children.



Waycross Police Officer taking a picture with a brother after gladly accepting prayer.



Sisters praying for a woman at a gas station in Waycross.