| | |
|---|---|
| EXHIBIT NO. | |
| CASE NO. | |
| | |
| vs. | |
| | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |


Brothers praying with a man on the street of Statesboro


God's Heritage singing on the Courthouse Steps


Brothers praying for a soul on Georgia Southern University


Prayer Force in front of the Courthouse (1)

**HOPCC 2019 Missionary trip to Statesboro, GA (March 3rd)**


Prayer Force in front of the Courthouse (2)



Prayer Force dancing and singing in front of the Statesboro Courthouse