| | |
|---|---|
| EXHIBIT NO. | |
| CASE NO. | |
| | |
| vs. | |
| | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |



Members of House of Prayer on their way to the White House to pray for America

House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

1



Members of House of Prayer on their way to the White House to pray for America

House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

2



Members of House of Prayer on their way to the White House to pray for America

House of Prayer missionary trip to Washington D.C.  The    3
children's choir singing in front of the White House on Sep 19, 2017



Members of House of Prayer on their way to the White House to pray for America

House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

4

Members of House of Prayer On their way to the White House to pray for America



House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

5



House of Prayer missionary trip to Washington D.C.  The     6
children's choir singing in front of the White House on Sep 19, 2017



House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

7

House of Prayer children's choir preparing to sing in front of the White House



House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

8



Members of House of Prayer listening to the children's choir singing and people from the public listening and taking pictures of the children's choir, in front of the White House.

House of Prayer missionary trip to Washington D.C.  The children's choir singing in front of the White House on Sep 19, 2017

9



House of Prayer children's choir preparing to sing in front the White House

House of Prayer missionary trip to Washington D.C. The
children's choir singing in front of the White House on Sep 19, 2017

10



House of Prayer missionary trip to Washington D.C.  The     11
children's choir singing in front of the White House on Sep 19, 2017

People from the Public to include preachers from other churches, a candidate for Congress that are participating in the prayer meeting in front of the White House.



House of Prayer missionary trip to Washington D.C.  The          12
children's choir singing in front of the White House on Sep 19, 2017



House of Prayer missionary trip to Washington D.C.  The                13
children's choir singing in front of the White House on Sep 19, 2017

A member of House of Prayer giving someone a House of Prayer "Prayer Force" magazine in front of the White House.



House of Prayer missionary trip to Washington D.C.  The    14
children's choir singing in front of the White House on Sep 19, 2017



House of Prayer missionary trip to Washington D.C. The
children's choir singing in front of the White House on Sep 19, 2017

15



Members of House of Prayer on their way to the White House to pray for America.

House of Prayer missionary trip to Washington D.C.  The 16 children's choir singing in front of the White House on Sep 19, 2017



House of Prayer missionary trip to Washington D.C.  The                17
children's choir singing in front of the White House on Sep 19, 2017

Members of House of Prayer and the children's choir in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C.  The          18
children's choir singing in front of the White House on Sep 19, 2017

A House of Prayer minister talking with a participant who is a candidate for Congress in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

19

A House of Prayer minister talking with a participant who is a candidate for Congress in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

20

A House of Prayer missionary named Joshua Markow, who hosts "The Voice of Revival" on XM 131 at 8:30 pm Saturday. Preaching and exhorting in front of the White House.



House of Prayer missionary trip to Washington D.C. The                21
children's choir singing in front of the White House on Sep 19, 2017



A House of Prayer minister talking with a participant from the general public in a prayer meeting in front of the White House

House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

22

A House of Prayer minister talking with a participant from the general public in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

23

A House of Prayer minister talking a picture with a participant from the general public in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

24

Participants from the general public participating in a prayer meeting in front of the White House



House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

Ezra Maier a member of the children's choir and also on the "God's Heritage Hour on XM 131, at 1:00 pm every Saturday preaching the Word of God, in front of the White House.



House of Prayer missionary trip to Washington D.C.  The children's choir singing in front of the White House on Sep 19, 2017

26



Members of House of Prayer and participates from the general public participating in a prayer meeting, in front of the White House.

House of Prayer missoinary trip to Washington D.C.  The children's choir singing in front of the White House on Sep 19, 2017

27



Little children who are members of
the House of Prayer children's choir

House of Prayer missionary trip to Washington D.C.  The                    28
children's choir singing in front of the White House  on Sep 19, 2017



Members of House of Prayer participating in a prayer meeting, in front of the White House.

House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House  on Sep 19, 2017



Members of House of Prayer and participates from the general public participating in a prayer meeting, in front of the White House.

House of Prayer missionary trip to Washington D.C. The children's choir singing in front of the White House on Sep 19, 2017

30

Little children who are members of the House of Prayer children's choir

House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House  on Sep 19, 2017

A God's Heritage Homes School teacher, Bro. Heard, in front of the White House during a House of Prayer prayer meeting.

A member of House of Prayer praying with a woman who came to hear the children's choir.





Little children who are members of
the House of Prayer children's choir

House of Prayer missionary trip to Washington D.C.  The
children's choir singing in front of the White House on Sep 19, 2017

34



Little children who are members of the House of Prayer children's choir

House of Prayer missionary trip to Washington D.C. The
children's choir singing in front of the White House on Sep 19, 2017



A participants from the general public participating in a prayer meeting in front of the White House

House of Prayer missionary trip to Washington D.C.  The children's choir singing in front of the White House on Sep 19, 2017

36



Little children who are members of
the House of Prayer children's choir

Members of House of Prayer participating in a prayer meeting, in front of the White House.



House of Prayer missionary trip to Washington D.C.   The children's choir singing in front of the White House on Sep 19, 2017

38