| | |
|---|---|
| EXHIBIT NO. | |
| CASE NO. | |
| | |
| vs. | |
| | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

# FAX COVER SHEET

Date:       August 11, 2011

From:       Ernande Jean-Paul

To:         Trevis Guy

Re:         Requested information

Fax#        305-810-5816

Number of pages including cover:    **8**

From
Ernande

8/10/11

I noticed a discrepa[ncy]
with the DOB of
the People in the ID
you showed me yester[day]
The DOB of the ~~Docu~~
Documents you have
Showed 8/23/59 where[as]
as Rony's DOB wa[s]
8/23/62. I apologi[ze]
for the mistake in
the year of Birth
See all records submitte[d]
I hope this helps in
your investigation.
Thank you, Ernan[de]



JJJ  Egalité  Nº 38195  Fraternit
Liberté  République D'Haiti

L'An Mil Neuf Cent Quatre Vingt Six, An 183e de l'Indépendance et
Mercredi deux Avril, à midi.-
Par devant Nous, Joseph Saint-Hillier, Officier de l'Etat Civil de
Vingt Centimes de gourdes Commune des Gonaives, Section Sud; soussigné:

En vertu d'un Jugement rendu par le Tribunal Civil des Gonaives en
date du premier Avril mil neuf cent quatre vingt six, nous avons é
autorisés à transcrire sur le Régistre spécial tenu en double, à c
effet, la déclaration tardive de Naissance de: RONY DENIS.-

No 57
Année 1986.-

Acte de Naissance
de:
Rony Denis,
né
aux Gonaives, le
23 Août 1962.-

A comparu le sieur Manuel Denis, majeur, propriétaire, demeurant et
micilié aux Gonaives. Lequel nous a présenté un enfant du sexe Mas
lin qu'il nous a déclaré être son fils naturel, né en son domicile
le vingt-trois Août mil neuf cent soixante-deux, à une heure du so
De la dame Théide Benoit, majeure, commerçante, demeurant et domicili
aux Gonaives; et auquel enfant il a donné le prénom de:
R O N Y
Dont acte fait en notre Bureau, Rue Jean Jacques Dessalines No:114,
en présence de Max Vilfort et de Luckner Sam, tous deux majeurs, de-
meurant et domiciliés aux Gonaives. Témoins requis. Après lecture fa
te avons signé.
Pour Copie Conforme

Officier de l'Etat Civil

Par Ces Motifs
Le Tribunal, après examen, et sur les conclusions confor
mes du Ministère Public, autorise conformément à la loi du 20 Août
1974, l'Officier de l'Etat Civil des Gonaives, Section Sud, à recevoi
la déclaration tardive de Naissance de RONY DENIS, et de faire ensu
te ce que prévoit cette loi en la matière.-
Donné de Nous, Antoine Norgaisse, Doyen en audience ordi
naire et publique du Mardi premier Avril mil neuf cent quatre ving
six, en présence de Marc-Antoine Saint-Vil, Substitut du Commissaire
du Gouvernement près de ce Ressort et avec l'assistance du Citoyen
Raoul Jacques, Commis-Greffier.-
Il est ordonné à tous huissiers sur ce requis de mettre
le présent Jugement à exécution aux Officiers du Ministère Public
près les Tribunaux Civils d'y tenir la main à tous Commandants et
autres Officiers de la force publique d'y prêter main forte lors-
qu'ils en seront légalement requis.-
En foi de quoi la minute du présent Jugement est signée
du Doyen et du Commis-Greffier sus-dits.-
Pour Copie Conforme

Officier de l'Etat Civil

Le Commissaire du Gouvernement près le Tribunal Civil des Gonaives certifie et atteste que la signature au bas de l'Acte ci-dessus est celle du Citoyen Joseph Saint-Hillien, Officier de l'Etat Civil des Gonaives, Section Sud.-

Parquet des Gonaives, le 2 Avril 1986

MARC-ANTOINE SAINT-VIL, AV
SUBSTITUT DU COMMISSAIRE DU GWT

Vu et la Légalisation de la Signature de Me. _Marc Antoine Saint-Vil_
Commissaire du Gouvernement Pres le Tribunal Civil de _Gonaïves_
Apposée _au verso de cet Acte_ Enregistrée
Au Ministère de la Justice _2 Mai 1986_
A1 _183ème_ de L'Indépendance au No. _6436_
D: Registre a ce Destiné
Recepisse No. _8764_

Ernst Trouillot, av.-
Directeur Général




Liberté  Égalité  Fraternité
République D'Haiti

Nº 98048

Déclaration tardive, conformément à la loi du 20 Aout 1974 sur l'Inscription et contrôle l'Officier de l'Etat Civil.

Numéro—**56**
Année—1985.
Déclaration tardive de Naissance de: RONY DENIS, né le 23 Aout 1962 aux Gonaives, suivant Jugement du Tribunal Civil des Gonaives en date du 25 Janvier 1985.-

L'An mil neuf cent quatre vingt cinq An 182e de l'Indépendance et le Lundi vingt huit Janvier, à dix heures du Matin. Par devant Nous, Joseph Saint-Hillien, Officier de l'Etat Civil des Gonaives, Section Sud. Soussigné:
En vertu d'un Jugement rendu par le Tribunal Civil des Gonaives en date du vingt cinq Janvier mil neuf cent quatre vingt cinq nous avons été autorisé à transcrire sur le registre spécial tenu en double à cet effet la déclaration tardive de Naissance du prénom de:

R O N Y

A comparu la dame Teide Denis, majeure, propriétaire, demeurant et domiciliée aux Gonaives, identifiée au No- 19431/AC Couturière Laquelle nous a présenté un enfant du sexe Masculin qu'elle nous a déclaré son fils naturel, né aux Gonaives le vingt trois Aout mil neuf cent soixante deux, à six heures du Matin de ses oeuvres naturelles. A laquelle elle a donné les prénom et nom:

R O N Y   D E N I S

Dont acte fait en notre Bureau, Rue Jean Jacques Dessalines No 114 en présence des citoyens Négro Prévalus et Maurice Alexis, tous demeurant et domiciliés aux Gonaives, témoins requis par la comparante. Après lecture avons signé le présent:

Pour Copie Conforme
Officier de l'Etat Civil.

Par Ces tribunal, après examen et sur les conclusions conformes du Ministère Public, conformément à la loi du 20 Aout 1974. Autorise l'Officier de l'Etat Civil des Gonaives. Section Sud à recevoir la déclaration tardive de Naissance du nommé Rony Denis, né le vingt trois Aout mil neuf cent soixante deux de oeuvres naturelles de la dame Teide Denis, et de faire ensuite ce que prévoit cette loi régissant en la matière.

Pour Copie Conforme
Officier de l'Etat Civil.

Le Commissaire du Gouvernement près le Tribunal Civil des Gonaives, certifie que la signature apposée au Bas de l'Acte ci-dessus est celle du sieur Joseph Saint-Hillien, Officier de l'Etat Civil des Gonaives. Section Sud.

Parquet des Gonaives, le 28 Janvier 1985

Jean Robert Constant, Av
Commissaire du Gouvernement.-

**OFFICE of VITAL STATISTICS**
**CERTIFIED COPY**

**CERTIFICATE OF DEATH**
**FLORIDA**

LOCAL FILE NO. 8919625

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME | RONY - DENIS |
| 2. SEX | male |
| 3. DATE OF DEATH | July 15, 1989 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE – Last Birthday | 26 |
| 6. DATE OF BIRTH | August 23, 1962 |
| 7. BIRTHPLACE | Govnaives, Haiti |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 8a. PLACE OF DEATH | HOSPITAL - Inpatient |
| 8b. INSIDE CITY LIMITS? | Yes |
| 9a. FACILITY NAME | Bethesda Memorial Hospital |
| 9b. CITY, TOWN, OR LOCATION OF DEATH | Boynton Beach |
| 9c. COUNTY OF DEATH | Palm Beach |
| 10a. DECEDENT'S USUAL OCCUPATION | Electrician |
| 10b. KIND OF BUSINESS/INDUSTRY | General House Wiring |
| 11. MARITAL STATUS | Married |
| 12. SURVIVING SPOUSE | Enande Dieuguste |
| 13a. RESIDENCE – STATE | Florida |
| 13b. COUNTY | Palm Beach |
| 13c. CITY, TOWN, OR LOCATION | Delray Beach |
| 13d. STREET AND NUMBER | 1360 N. W. 1st Street |
| 13e. INSIDE CITY LIMITS? | Yes |
| 13f. ZIP CODE | 33444 |
| 14. HISPANIC OR HAITIAN ORIGIN | Haitian |
| 15. RACE | black |
| 16. DECEDENT'S EDUCATION | 11 |
| 17. FATHER'S NAME | Michal Phillipe |
| 18. MOTHER'S NAME | Thesde Denis |
| 19a. INFORMANT'S NAME | JORES PHILIPPE |
| 19b. MAILING ADDRESS | 1360 N. W. 1st. STREET DELRAY BEACH, FLORIDA 33444 |
| 20a. METHOD OF DISPOSITION | Burial |
| 20b. PLACE OF DISPOSITION | Delray Beach Cemetery |
| 20c. LOCATION | Delray Beach, Florida |
| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE | Landy Straghn |
| 21b. LICENSE NUMBER | 2731 |
| 21c. NAME AND ADDRESS OF FACILITY | STRAGHN & SON TRI-CITY FUNERAL HOME 26 SW 5TH AVENUE DELRAY BEACH, FLORIDA 33444 |
| 22. DATE SIGNED | 7/17/89 |
| 23. HOUR OF DEATH | 10:05 AM 7/15/89 |
| 24. NAME OF ATTENDING PHYSICIAN | Richard A Cappiello, MD |
| 25. NAME AND ADDRESS OF CERTIFIER | RICHARD A. CAPPIELLO, M.D. 16244 S. MILITARY TRAIL DELRAY BEACH, FLORIDA 33484 |
| 25a. SUB-REGISTRAR SIGNATURE AND DATE | JULY 17, 1989 |
| 25b. LOCAL REGISTRAR SIGNATURE | Carla Atkins |
| 25c. DATE REGISTERED | JUL 24 1989 |

| APPLICATION NO. 86-1141-S | | MARRIAGE RECORD FLORIDA | | |
|---|---|---|---|---|

**MALE PERSONAL DATA**

1. Name of Male: (First) RONY (Middle) NMI (Last) DENIS
2. Race: BLACK
3. Usual Residence of Male: 525 N.E. 2ND STREET, BOYNTON BEACH, PALM BEACH, FLORIDA 33435
4A. Date of Birth: AUG 23, 1962
4B. Age: 23
5. Number of this Marriage: 1ST
6. If Previously Married — Last Marriage Ended by (Specify Death, Divorce or Annulment) / Date Last Marriage Ended
7. State of Birth (if not in USA, Name Country): HAITI

**FEMALE PERSONAL DATA**

8. Name of Female: (First) ERNANDE (Middle) NMI (Last) DIEUJUSTE
9. Race: BLACK
10. Usual Residence of Female: BOYNTON BEACH, PALM BEACH, FLORIDA 33435
11A. Date of Birth: JAN 6, 1967
11B. Age: 19
12. Number of this Marriage: 1ST
13. If Previously Married — Last Marriage Ended by (Specify Death, Divorce or Annulment) / Date Last Marriage Ended
14. State of Birth (if not in USA, Name Country): HAITI

**AFFIDAVIT OF FEMALE AND MALE**

15. Male (Sign full name): Rony Denis
16. Subscribed and sworn to before me on JULY 3, 1986
18. Signature: Barbara [illegible]
19. Female (Sign full name): Ernande
20. Subscribed and sworn to before me on JULY 3, 1986
22. Signature: Barbara [illegible]

**LICENSE TO MARRY**

Authorization and License is hereby given to any person duly authorized by the laws of the State of Florida to perform a marriage ceremony within the state of Florida and to solemnize the marriage of the above named persons.

23. Date License Issued: JULY 3, 1986
24. Expiration Date: AUG 2, 1986

This license must be used on or before the above expiration date in the State of Florida in order to be recorded and valid.

25A. Signature of Person Issuing License: John B. Dunkle
Title: CLERK OF CIRCUIT COURT
26. County: PALM BEACH
31. Date Record Verified: [illegible]
Recorded: PALM BEACH COUNTY, FL
33. Clerk: JOHN B. DUNKLE, CLERK CIRCUIT COURT

**CERTIFICATE OF MARRIAGE**

27. I hereby certify that the above named bride and groom were joined by me in marriage in accordance with the laws of the State of Florida on 7/26/86 at Delray Beach, FLORIDA (July 26, 1986 at Delray Beach)
26A. Signature of Person Performing Ceremony: Luc Wilfrid Loriston
28B. Name of Person Performing Ceremony (Type or Print): LUC WILFRID LORISTON
28C. Title: MINISTER
28D. Address: 6364 Seminole Cr Lantana Fl 33462
29. Witness to Ceremony: Chesnel Medastin
30. Witness to Ceremony: [illegible]

AUDIT CONTROL NO. 251515

HRS Form 743, Jul 84 (Obsoletes previous editions as of 12/31/84)

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.



STATE OF FLORIDA
COUNTY OF PALM BEACH:

I, JOHN B. DUNKLE, hereby certify this cop[y]
copy of the Marriage Re[cord]
parties as it appears [on]

DATED at West Pal[m]
day of August, 1986.

```
                                          DXM   MIA-
                                          .....ATION
                                          ....., FLORIDA
                        JAN 30 1989       Cashier #2
```

*Copy*

*Coming Back with medical @ filter reopen his case*

IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33138

APPLICATION FOR PERMISSION TO DEPART FROM THE UNITED STATES TEMPORARILY

(REQUEST FOR I-512, ADVANCE AUTHORIZATION FOR PAROLE)

APPLICANT: PLEASE ANSWER (COMPLETE) ALL QUESTIONS BELOW AND READ NOTICE OF REQUIREMENTS.

NAME: DENIS, RONY

CURRENT ADDRESS: 1360 NW 1 ST, DELRAY BEACH, FL 38444

TELEPHONE # (HOME) (305) 276-3824     TELEPHONE # (WORK) N/A

ALIEN REGISTRATION NUMBER: A24 708 198

DATE/PLACE OF BIRTH: 8/23/62 HAITI

TYPE OF APPLICATION PREVIOUSLY FILED: RESIDENCE
DATE OF FILING: 9/30/87     BASIS OF ELIGIBILITY: I-181 APPROVED
DATE OF INTERVIEW BEFORE I&NS OFFICER: 9/30/87

REASON FOR NEED TO GO ABROAD (LEAVE U.S.): MOTHER SICK
EVIDENCE PRESENTED (SEE REQUIREMENTS ON REVERSE SIDE: LETTER
LENGTH OF TIME TO BE OUT OF U.S.: 2 WEEKS
COUNTRY OR COUNTRIES TO BE VISITED OR PASSED THROUGH: HAITI
DATE OF PROPOSED DEPARTURE: AS SOON AS POSSIBLE
LENGTH OF TIME IN THE U.S.: 10/18/1980
DATE AND PLACE OF LAST ENTRY INTO U.S.: MIAMI, FL  10/18/80
TYPE OF ADMISSION AS OF LAST ENTRY INTO U.S.: CUBAN/HAITIAN ENTRANT

-2-

Date: 09/30/87

File Number: A-24 708 198

Rony, Denis
1360 N.W. 1st St
Delray Beach FL, 33444

NEW ADDRESS: _____

Your application for status as a permanent resident has been retained for processing. You will be notified when further action has been taken in your case. Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

*[signature]*

District Director

APPROVED
U.S. DISTRICT DIRECTOR
DATE OF ACTION: SEP 30 1987
OFFICE: MIA

EMPLOYMENT ☒ GRANTED ☐ DENIED

MIA #38 EMPLOYMENT AUTHORIZED THRU Sep 29/88

YOU MUST BRING ORIGINAL DOCUMENTS REQUIRED, AT TIME OF INTERVIEW.

PLEASE, DO NOT CALL THIS OFFICE CONCERNING YOUR SCHEDULED APPEARANCE. YOU WILL BE NOTIFIED BY MAIL.

IF YOU CHANGE YOUR ADDRESS, PLEASE INDICATE IN NEW ADDRESS ITEM ABOVE. AND SUBMIT A COPY OF THIS FORM TO THIS OFFICE.

Form I-181a (Rev 3-1-83) N