| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |



**APPLICATION FOR A SOCIAL SECURITY NUMBER**

See instructions on Back. Print in Black or Dark Blue Ink or Use Typewriter.

ID: C   CN:   DO:

Serial: 6 3 0 8 0 1 9 4 8 2

1. PRINT FULL NAME YOU WILL USE IN WORK OR BUSINESS: Rony — Denis
2. FULL NAME GIVEN YOU AT BIRTH: same
3. PLACE OF BIRTH: Gonaives, HAITI — Age: 21 — DOB: 08/23/59
7. YOUR PRESENT AGE: 21
8. YOUR SEX: Male
9. YOUR COLOR OR RACE: Negro
4. MOTHER'S FULL NAME AT HER BIRTH: Therlde Benoit
5. FATHER'S FULL NAME: Emmanuel Denis
10. HAVE YOU EVER BEFORE APPLIED FOR OR HAD A UNITED STATES SOCIAL SECURITY RAILROAD OR TAX ACCOUNT NUMBER?: DON'T KNOW
11. MAILING ADDRESS: 6300 N.W. 7 Ave. Miami FL 33150
12. TODAY'S DATE: 10/30/80
13. Sign YOUR NAME HERE: DENIS Rony (usual sig)

DHEW, Social Security Administration
Form SS-5 (5-78)

Rony Denis A file - 0036

| | | |
|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>SOCIAL SECURITY ADMINISTRATION | | FORM APPROVED<br>OMB NO. 72-S79002 |

**FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**
(Original, Replacement or Correction)

MICROFILM REF. NO. (SSA USE ONLY): 810308058680

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422.103(b))

**INSTRUCTIONS TO APPLICANT:** Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

1. NAME TO BE SHOWN ON CARD — First: **RONY**   Middle:    Last: **DENIS**
   FULL NAME AT BIRTH (IF OTHER THAN ABOVE): 
   OTHER NAME(S) USED: 

2. MAILING ADDRESS: **661 S.W. 7½ St**
   CITY: **Belle Glade**   STATE: **FL**   ZIP CODE: **33430**

3. CITIZENSHIP (Check one only):
   - [ ] a. U.S. citizen
   - [X] b. Legal alien allowed to work
   - [ ] c. Legal alien not allowed to work
   - [ ] d. Other (See instructions on Page 2)

4. SEX: [X] Male   [ ] Female

5. RACE/ETHNIC DESCRIPTION (Check one only) (Voluntary):
   - [ ] a. Asian, Asian-American or Pacific Islander
   - [ ] b. Hispanic
   - [X] c. Negro or Black (not Hispanic)
   - [ ] d. North American Indian or Alaskan Native
   - [ ] e. White (not Hispanic)

6. DATE OF BIRTH: MONTH **8** DAY **23** YEAR **59**

7. PRESENT AGE: **21**

8. PLACE OF BIRTH — CITY: **Gonaives**   STATE OR FOREIGN COUNTRY: **Haiti**

9. MOTHER'S NAME AT HER BIRTH — First: **Theide**   Middle:    Last (her maiden name): **Benoit**
   FATHER'S NAME — First: **Manuel**   Middle:    Last: **Denis**

10. a. Have you or someone on your behalf applied for a social security number before? [ ] No  [ ] Don't Know  [ ] Yes
    b. Enter social security number: 
    c. In what State did you apply? 
    d. What year? 
    d. Enter the name shown on your most recent social security card: 
    e. If the birth date you used was different from the date shown in item 6, enter it here: MONTH / DAY / YEAR

11. TODAY'S DATE: MONTH **1** DAY **22** YEAR **81**

12. Telephone number where we can reach you during the day: HOME / OTHER

WARNING: Deliberately providing false information on this application is punishable by a fine of $1,000 or one year in jail, or both.

13. YOUR SIGNATURE: **Rony Den Denis**

14. YOUR RELATIONSHIP TO PERSON IN ITEM 1: [ ] Self  [ ] Other (Specify)

WITNESS (Needed only if signed by mark "X"): 
WITNESS (Needed only if signed by mark "X"): **1-22-81**

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

SSA RECEIPT DATE:
SUPPORTING DOCUMENT — EXPEDITE CASE
DUP ISSUED    SSN
DOC **661**    NTC    CAN
TYPE(S) OF EVIDENCE SUBMITTED: **1-94**
SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW: **V Gates  1-22-81**
MANDATORY IN PERSON INTERVIEW CONDUCTED: [ ]

FORM SS-5 (10-80) PRIOR EDITIONS SHOULD BE DESTROYED      3

Rony Denis A file - 0037

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**SOCIAL SECURITY ADMINISTRATION**

Form Approved
OMB No. 0960-0066

**FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**
(Original, Replacement or Correction)

MICROFILM REF. NO. (SSA USE ONLY): 8 4 2 8 5 6 0 2 2 7 7

178

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422-103(b))

INSTRUCTIONS TO APPLICANT: Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

1.
- NAME TO BE SHOWN ON CARD: First: Rony / Middle: / Last: Denis
- FULL NAME AT BIRTH (IF OTHER THAN ABOVE): 
- OTHER NAME(S) USED:

2. MAILING ADDRESS: 525. S. Swinton Av #B
   CITY: Delray Beach   STATE: Florida   ZIP CODE: 33444

3. CITIZENSHIP (Check one only):
   [X] a. U.S. citizen
   [X] b. Legal alien allowed to work
   [ ] c. Legal alien not allowed to work
   [ ] d. Other (See instructions on Page 2)

4. SEX: [X] MALE  [ ] FEMALE

5. RACE/ETHNIC DESCRIPTION (Check one only) (Voluntary):
   [ ] a. Asian, Asian-American or Pacific Islander
   [X] b. Hispanic
   [ ] c. Negro or Black (not Hispanic)
   [ ] d. Northern American Indian or Alaskan Native
   [ ] e. White (not Hispanic)

6. DATE OF BIRTH: MONTH 08 DAY 25 YEAR 59   PRESENT AGE: 24

8. PLACE OF BIRTH: CITY: Gonaives, Haiti   STATE OR COUNTRY: Haiti

9. MOTHER'S NAME AT HER BIRTH: First: Theide / Middle: / Last: Benoit

FATHER'S NAME: First: Emmanuel / Middle: / Last: Denis

10.
a. Has a Social Security number card ever been requested for the person listed in item 1?  [X] YES(2) [X] NO(1) [ ] Don't know(1)
b. Was a card received for the person listed in item 1?  [X] YES(3) [X] NO(1) [ ] Don't know(1)
c. Enter Social Security number assigned to the person listed in item 1: 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

11. TODAY'S DATE: MONTH 6 DAY 21 YEAR 84

12. Telephone number: HOME 305-276-7093

13. YOUR SIGNATURE: Rony Denis

14. YOUR RELATIONSHIP TO PERSON IN ITEM 1: [X] Self  [ ] Other

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

SSA RECEIPT DATE: 06 21 84

TYPE(S) OF EVIDENCE SUBMITTED: P 26   NTC   CAN
I94 A24 708198

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW:
Mary Jones SR 06-21-84
D. Edwards SR 06-21-84
06-21-84

Form SS-5 (1-84) Destroy prior editions        3

Rony Denis A file - 0038

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**SOCIAL SECURITY ADMINISTRATION**

Form Approved OMB No. 0960-0066

**FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**
(Original, Replacement or Correction)

MICROFILM REF. NO. (SSA USE ONLY): 6 3 2 3 3 8 0 1 0 3 7

215

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422.103(b))

INSTRUCTIONS TO APPLICANT: Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

1. NAME TO BE SHOWN ON CARD — First: Rony / Middle: / Last: Denis
   FULL NAME AT BIRTH (IF OTHER THAN ABOVE):
   OTHER NAME(S) USED:

2. MAILING ADDRESS: 525 S. Swinton Ave, Apt B
   CITY: Delray Beach   STATE: Florida   ZIP CODE: 33444

3. CITIZENSHIP (Check one only):
   [ ] a. U.S. citizen
   [ ] b. Legal alien allowed to work
   [X] c. Legal alien not allowed to work
   [ ] d. Other

4. SEX: [X] Male [ ] Female

5. RACE/ETHNIC DESCRIPTION:
   [ ] a. Asian, Asian-American or Pacific Islander
   [ ] b. Hispanic
   [X] c. Negro or Black (not Hispanic)
   [ ] d. North American Indian or Alaskan Native
   [ ] e. White (not Hispanic)

6. DATE OF BIRTH: Month 08 / Day 23 / Year 59

7. PRESENT AGE: 23

8. PLACE OF BIRTH — CITY: Gonaïves   STATE OR FOREIGN COUNTRY: Haiti

9. MOTHER'S NAME AT HER BIRTH — First: Thérèse / Last: Benoit
   FATHER'S NAME — First: Emmanuel / Last: Denis

10. a. Has the person listed in Item 1 above or anyone acting on that person's behalf ever applied for a social security number card before?
    [X] YES (2)  [ ] NO (1)  [ ] Don't know (1)
    b. Was a card received?
    [X] YES (3)  [ ] NO (1)  [ ] Don't know (1)
    c. Enter Social Security Number: 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
    d. Enter the name shown on the most recent social security card: Rony Denis
    e. Date of birth correction: Month 8 / Day 2 / Year 83

11. TODAY'S DATE: Month 08 / Day 02 / Year 88

12. Telephone number:

13. YOUR SIGNATURE: Rony Denis

14. YOUR RELATIONSHIP TO PERSON IN ITEM 1: [ ] Self  [X] Other (Specify)

WITNESS:

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

SSA RECEIPT DATE: 08/02/83

DOC: C2C   NTC:   CAN:
TYPE(S) OF EVIDENCE SUBMITTED: I-94 Employment Authorized

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW: Bakku SRT 08/02/83

IDN / ITV / DC: 080297

Rony Denis A file - 0039

Form SS-5 (7-82)