| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

Renee N. (CTD) (TFO) <RNSTONER@FBI.GOV>; Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>
**Subject:** DENIS and OLOANS

ALCON,

Thanks for the Link Chart. Good info.

A recent search of DoD Person Search and REDD for the ssn: 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 revealed the same document and information I pulled from Dec 2020; however, the dates of birth changed – weird adding another DOB of 23 Aug 63 (See attached).

I will submit a DRS request to determine how the DOB was changed (ie…audit, a separate application overwrote the 2020 dob, etc…). I will also submit a request for facial recognition through DoD to match all photos of the Rony DENIS, and request the photo of Rony DENIS, ssn: 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 who was allegedly in the military from 10 Jan 84 – 9 Jan 90.

Do you want me to ask all agencies at the NJTTF to run the below identifiers through their datasets to see if they have any additional information? I would be curious to see if any other agency has anything (IRS..etc..)

Name: Rony Denis
SSN: 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 & 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
DOB: 08/23/1959; 08/23/1962; 08/24/1963; & 23 Aug 63

Brittney – do you have any record of either DENIS or OLOANS receiving benefits or applying recently for any? Do you have any photos that I can submit as well to confirm/deny identity?

I included our Army CID IA and SSA on the MOST to this email for SA.

V/r
Anneliese Floyd
Senior Special Agent
Certified Crime and Intelligence Analyst
FBI NJTTF/Task Force Officer
U.S. Army CID
Military Operational Support Team
STE/Desk: 571-280-5408
Cell: 202-440-0175
NIPR:  afloyd@fbi.gov
SIPR: AFLOYD@fbi.sgov.gov

UNCLASSIFIED//FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE NOTICE:  This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is confidential, and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.

DISSEMINATION INSTRUCTIONS: This document is marked Unclassified//For Official Use Only - Law Enforcement Sensitive and may be disseminated, with proper attribution, to Law Enforcement, DOD, or U.S. Intelligence Agencies. Further disclosure to unauthorized entities could jeopardize ongoing investigations, operations, and personal safety. This product shall not be released to the public or media.

---

**From:** Schenker, Angela (AT) (FBI) <aschenker@fbi.gov>
**Sent:** Wednesday, September 22, 2021 4:11 PM
**To:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>