| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 12 |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

ADMINISTRATION GENERALE
DES CONTRIBUTIONS

N° 9868? H

B. C. 371
(Décl. MERE)



ETAT CIVIL

## ACTE DE NAISSANCE

(Paysans)

LIBERTE — EGALITE — FRATERNITE
REPUBLIQUE D'HAITI

L'an mil neuf cent _____ An 15____ de l'Indépendance et le _Mardi_ _____ _Paül_ _____ _heures du matin_ _____

Par devant Nous _____

Officier de l'Etat Civil de _____

soussigné;

A comparu la dame _____

demeurant et domiciliée sur l'habitation _____ sise dans la

_____

Laquelle nous a présenté un enfant du sexe _____

_____ né à _____

le _Vingt_____ mil neuf cent _____ à _____ heures du _____

Auquel enfant elle a donné les prénoms de _Rony Denis_ _____

Dont acte fait en notre Bureau, Rue _____ en presence de _____

_____ et de _____

tous deux majeurs, demeurant et domiciés à _____

témoins choisis et amenés par _____

Après lecture faite par nous du présent acte, l'avons signé _____

_____

*Première Expédition Gratuite*

Signé: _____



Accompagne d'
l'acte de reconna[issance]
28-1-82