| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 12a |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

USI & NS
SEATTLE, WA      TRANSLATION OF A "BIRTH CERTIFICATE"      (form JJG-1)

1. NAME: __RONY_____DENIS_____
         (first)           (middle)              (last)

2. BIRTH: Place: __Déschapelles____Duvalier-Ville , Republic of HAITI__
                 (city or town)    (state or province) (country)

   Date: __August_____24TH_____1963 - Time: 09 PM.
         (month)         (day)          (year)

3. FATHER'S NAME: _____- 0 -_____
                  (first)         (middle)           (last)

4. MOTHER'S NAME: __Marie_____Solanges_____Fermand_____
                  (first)        (middle)        (last)

5. CERTIFICATE ISSUED: Date- __August____27TH_____1963 , Time 09 AM.
                             (month)    (day)      (year)
   Place- __Duvalier-Ville_____Republic of HAITI__
          (city or town) (state or province)(country)

   Magistrate: __Bien Amée  Bien Amée_____
               (full name)

6. CERTIFICATE FOUND: Archive/Register-Book NO. 9868uMe    No. 860

7. NOTATIONS OF IMPORTANCE: Baptized at Duvalier-Ville
                            on the date of September 05th/1963
                            Reverent Father J.B.SOLOMME .

CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, __Chinh D. Vu_____ hereby certify that the above is an accurate translation of the pertinent information of the original "birth certificate" in __French__, and that I am competent in both English and __French__ to render such translation.

Date __Nov. 30TH/95__        _____Vu, e/BAL d._____
                                   (signature of translator)

TACOMA COMMUNITY HOUSE
1314 SOUTH L ST              * SUBSCRIBED & SWORN TO BEFORE ME ON:
TACOMA WA 98405                                        Date Nov 30, 199
                                                       AT:
Phone: 206-383-3951                                    Place
                                                       TACOMA, W
                                                       BY: Notary

OFFICIAL SEAL
BETTY L. DRAEGER
NOTARY PUBLIC - WASHINGTON
My Comm. Expires June 18, 1999