GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

USA
V.
FNU LNU (First Name Unknown, Last Name Unknown)

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 1:25-cr-062

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian K. Epps | Patricia Rhodes/George Jacobs | Steven H. Sadow |
| **DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| September 17, 2025; Sept 26, 2025 | FTR | Courtnay Capps |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness List: |
| | | 9/17/2025 | | X | Officer Todd Card- US Citizenship and Immigration Services |
| | | | | | |
| | | | | | Exhibit List: |
| 1 | | 9/17/2025 | | X | Denis A File |
| 1a | | 9/17/2025 | | X | Denis photo |
| 2 | | 9/17/2025 | | X | Imposter A File |
| 3 | | 9/17/2025 | | X | Death Redux Binder |
| 4 | | 9/17/2025 | | X | NARA- Rony Denis Military Records |
| 5 | | 9/17/2025 | | X | Passport Application 2002 |
| 6 | | 9/26/25 | | X | Selection from Defendant Denis Binder USAO0356 to USAO0368 |
| 7 | | 9/26/25 | | X | Timeline from Powerpoint |
| 7a | | 9/26/25 | | X | Transcript for Slide 18 |
| 7b | | 9/26/25 | | X | Transcript for Slide 19 |
| 7c | | 9/26/25 | | X | Transcript for Slide 20 |
| 7d | | 9/26/25 | | X | Transcript for Slide 21 |
| 7e | | 9/26/25 | | X | Transcript for Slide 22 |
| 7f | | 9/26/25 | | X | Transcript for Slide 23 |
| 7g | | 9/26/25 | | X | Transcript for Slide 24 |
| 7h | | 9/26/25 | | X | Transcript for Slide 25 |
| 7i | | 9/26/25 | | X | Transcript for Slide 26 |
| 7j | | 9/26/25 | | X | Transcript for Slide 27 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages