EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

**PF-2010-00132 Rony DENIS**
**Operation Death Match Redux**

**SUMMARY**
On 02/20/2002, SUBJECT executed DS-11 application #134009097 at the United States Post Office in El Paso, Texas. The address on the DS-11 is listed as 5205 Branon Drive, El Paso, Texas 79924. SUBJECT assumed the identity of a deceased individual and naturalized as a United States citizen under assumed identity. The death certificate for the true ID in on file in Palm Beach County, Florida; date of death is 07/15/1989.

Through state, commercial and criminal database checks, there is no association to Texas other than the DS-11 application #134009097 – all history seems to be in either Washington (state) or in Georgia.

Last known location of SUBJECT is Georgia; a copy of GADL #028042145 photo issued to SUBJECT on 06/27/2008 is included in case file. This photo appears to match the photo submitted with the DS-11.

**REQUEST**
I have included two photos of Rony DENIS that appear to be of different individuals and a photo from SUBJECT's wife DS-11 #232967553 executed on 04/03/2009 in Georgia.

If possible, go to address provided on SUBJECT's DS-11:
     **5205 Branon Drive**
     **El Paso, TX 79924**

Attempt to confirm is SUBJECT (or wife) are recognized as having lived at that address and name SUBJECT used while/if at that address.

NOTE: SUBJECT's DS-11 was executed in 2002.

*mail cover → Gtl address*
*contact true ID spouse in SoFL*

Death Match - 001



Which one
is the real on?

IMAGE CAPTURE DATE: 2008-06-27
**



Driver License Transaction on **01-07-98**

DL/ID Number
**D520-720-59-303-0**

Class
**I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth
**08-23-59**

Sex
**M**

Height
**6'02**

Restrictions

Endorsements

Fingerprint on file
**None**

Issue Date
**01-07-98**

Issue Time
**16:02:14**

Expiration Date
**08-23-01**

Duplicate Date

Form Number
**S039801070280**

Conditional Messages:

Done    Internet

Application for DENIS MARJORIE MIA ROBERTSON

Passport Number/DCN: 454703444
Passport Card Number:
Application Number: 232967553



| | Zoom In | Zoom Out | Print | Print All | Close |

Page # 1

Page # 2

**APPLICATION FOR A U.S. PASSPORT BY MAIL**

232967553

Attention: see WARNING on page two of instructions
Please select the document (or documents) for which you are applying:

☑ U.S. Passport Book    ☐ U.S. Passport Card

☑ R  ☐ D  ☐ O  ☐ DP

**1. Name** *Last*
D E N I S
*First & Middle*
M A R J O R I E / M I A / R o B E R T S O N

**2. Date of Birth** *(mm/dd/yyyy)*
12-25-1966

**3. Sex** ☐M ☑F  **4. Place of Birth** *(City & State or City & Country as it is presently known)*
M I S S O U R I   U S A  (MO)

**5. Social Security Number**
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

**6. Mailing Address:** *Street/RFD # or P.O. Box*
P O   B o x   1 8 5 5

Apartment or unit #

City
H I N E S V I L L E

State
G A

Zip Code *(Zip + 4 if known)*
3 1 3 1 0

In Care Of or Country, if applicable

**7. Contact Phone Number**
9 1 2 - 9 8 0 - 8 4 6 1   ☐ Home ☑ Cell ☐ Work

**8. Email Address** *(Optional)*

**9. Have You Ever Used A Different Name** *(Maiden, Previous Marriage, Legal Name Change)? If yes, please complete. (Attach additional pages if needed)*
1.   2.

**10. Passport Book or Passport Card Information**
Your name as listed on your most recent passport or passport card
Marjorie Mia Robertson Denis

Most recent passport book or passport card
154/14/2539

Issue date *(mm/dd/yyyy)*
04/10/1996

**11. Name Change Information** - *Complete if name is different than last passport book or passport card*
☐ Changed by Marriage
☐ Changed by Court Order
Place of Name Change *(City/State)*
Please submit marriage certificate or court order to support your name change.
Date *(mm/dd/yyyy)*

→ **CONTINUE TO PAGE 2**
**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW** →

I declare under penalty of perjury all of the following: 1)I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on the reverse side of this application (unless explanatory statement is attached); 2)the statements made on the application are true and correct; 3)I have not knowingly and willfully made false statements or included false documents in support of this application; 4)the photograph submitted with this application is a genuine, current, photograph of me; and 5)I have read and understood the warning on page two of the instructions to the application form.

X _____ Applicant's Signature    4/3/09   Date

**This section for issuing office only**
☐ Marriage Certificate    Date of Marriage/Place Issued:
☐ Court Order    Date Filed/Court:
☐ Other:

☐ Attached:

PPT Fee 75   EF 60   Postage 4.85   Other

DS-82 02-2008   Page 1 of 2

UNAUTHORIZED REPRODUCTION NONDISCLOSURE PROHIBITED

Death Match - 004

DS/ICI/HFO
**CRIMINAL RECORD CHECKLI__**

-IMS: _____

-CPCLEAR: _____

-CCD:

  -PLOTS: _____

  -PIERS: _____

  -IV: _____

  -NIV: _____

  -FaceRec: _____

-NCIC:

  -NN13 (Wants/Warrants): _____

  -SQ11 (CH): _____

  -NN16 (CH): _____

  -NN11 (DL): _____

  -SQAD (Address Check): _____

  -SQ13 NN13 (Vehicle): _____

  -SQ94 (Visiting National): _____

  -SQPQ (Visiting PA Vehicle): _____

-DL Image: _____

-BVS (TX/State): _____

-MX BC: _____

-CURP: _____

-TX WC: _____

-SS# Verification: _____

-Local Jail Records: _____

-BOP Locator: _____

-FinCen: _____

-County Clerks Office: _____

-Secretary of State-Corporate: _____

-Credit BureauC: _____

-ICE-A File: _____

-PACER: _____

-ICE-CIS ADIS: _____

-Facebook: _____

-MySpace: _____
-Other: _____

NAME: Rony DENIS

CASE #: PF. 2010. 00132

DOB: 08/24/1963

SSAN: 590. 01. 1294

*(533.35.2346)*

location for survivor benefits

husband's phone #

✓ GA DL

✓ A files !

ADIS - wife

* why apply in El Paso 2002

SSA - verify SSN's

590. D1. 1294  survivor benefits?

533.35.2346  issued in WA 96/97

Ernande  592 16.4965
            01.06.1967

Marjorie *

SUMMARY OF DATA BASE CHECKS:                    Completed by: Kenneth I. Sprawling-January 13, 2010

## SYNOPSIS FROM REFERAL:

SUBJECT INFORMATION:
NAME:  DENIS, RONY
PDOB:  08/24/1963-Haiti
SSN:    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

Execution: USPS El Paso, Texas
Citizenship: Unknown
Identification:  Unknown

SUMMARY:  Subject executed DS-11 application #134009097 on 02/2002 at the USPS in El Paso, TX.

This subject assumed the identity of a deceased individual in applying for a US Passport.  The SFFO verified Death Certificate on file in Palm Beach County Vital Records, Tarsa (561) 837-5847.  Date of death 07/15/1989, Palm Beach FL. Naturalized under assumed identity.  If convicted could pursue denaturalization.

This individual is part of an on-going investigation conducted by the SFFO under DS Case Number PF-2009-06509, Case Title: Operation Death Match Redux.

DS/FLD/HFO assistance is requested to locate and interview Rony Denis and obtain a sworn statement detailing his knowledge or lack of knowledge regarding SUBJECT.

## CHOICE POINT CLEAR:               QUERY DATE: 01/12/2010

1123 Holly Hills, St. Louis, MO 63111            reported: 04/01/1993
764 Bacon Rd., Hinesville, GA 31313             reported: 04/01/1993
308 NW 1st Ave., Delray Beach, FL 33444         reported: 04/01/1993
151 NE 17th Ct., Boynton Beach, FL 33435        reported: 03/1993

## TEXAS WORKFORCE COMMISSION:        QUERY DATE: 01/12/2010

No records were found in the Texas Workforce Commission Database for the subject.

## CBC:                            QUERY DATE: 01/12/2010

SSAN: **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** is listed to Rony Denis.  This Social Security Number was issued between 1979 and 1981.  CBC lists the Date Of Death: 07/15/1989 and Date Of Birth: 08/23/1959.

## TEXAS DEPT OF PUBLIC SAFETY:        QUERY DATE: 01/12/2010

There was no match found in the Texas Department Of Public Safety Database for this subject.

## TECS/NCIC/NLETS/CIS:              QUERY DATE: 01/12/2010

TECS II Message: Imposter. True Rony Denis died 1989 confirmed on file Palm Beach Vital Records.  Detain, seize passport, print, and interview to obtain true imposter ID.

No Records Found in NLETS.

## CCD                            QUERY DATE: 01/12/2010

No information was located in TDIS.  No Case located in Plots.  PIERS Query returned Passport Application #134009097.

## NOTES:

Death Match - 006

CPC's latest address for the subject is 112ͻ Holly Hills, St. Louis, MO 623111 as of 04/01/1993.  Address on 2002 Passport Application is 5202 Branon Dr., El Paso, TX 79924.  There was no current telephone number listed for the subject.

There are no vehicles registered to this subject.  The subject is listed CPC as the owner of several properties in Georgia.

# PF-2010-00132: DENIS, RONY

PQ-2010-00157

**Program:** PASSPORT FRAUD
**Office:** DS/ICI/HUFO
**Opened:** 01/11/2010

**Impact:** MEDIUM
**Status:** OPEN Investigation / Analysis Ongoing

---

### General Information

**Title:** DENIS, RONY

**Office:** Houston Field Office

**Type:** CRIMINAL

**Management Program:** Field Office

**Categories:**
- PPT APPLICATION FRAUD

**Impact:** MEDIUM

**Principal Judicial District:**
TEXAS, SOUTHERN DISTRICT OF

**Due Date:**

**Countries Impacted:**

**Violations:**
- 18 U.S.C. § 1542 - Passport Application Fraud

**Facets:**

**TECS Lookout:** No

### Nexus

**Nexus:**
- Passport Fraud

### Origin/Source

**Source Organization:** San Francisco Field Office

**Name:** Special Agent Ethan M Stone

**Source Comments:** Related Case#PF-2009-06509-Operation Death Match Redux

### Assigned Personnel

| | |
|---|---|
| Coliston, Anthony | DS/ICI/HUFO |
| Conrado, Jorge I | DS/ICI/HUFO |
| Davies, Paul H | DS/ICI/HUFO |
| Juge, Michael | DS/ICI/HUFO |
| Sivertson, Kristen L | DS/ICI/HUFO |
| * Sprawling, Kenneth I | DS/ICI/HUFO |

### Synopsis

On 02/2002, this subject excuted DS-11 Application at the USPS El Paso, TX. This subject assumed the identity of a deceased individual in applying for a US Passport. The SFFO verified Death Certificate on file in Palm Beach County Vital Records, Tarsa (561) 837-5847. Date of death 07/15/1989, Palm Beach FL. Naturalized under assumed identity. If convicted could pursue denaturalization.

This individual is part of an on-going investigation conducted by the SFFO under DS Case Number PF-2009-06509, Case Title: Operation Death Match Redux.

Rony Denis
PPN: 134009097
Applied: El Paso, TX 2/2002
SSN: 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
DOB: 08/23/1959

### Primary Subjects

### Case Reports

| Date | Snippet |
|---|---|

### Attachments

### Outstanding Warrants

### Status

| Date | Status |
|---|---|
| Mon, 1/11/2010 | OPEN PQ |
| Mon, 1/11/2010 | OPEN Inv |

| | |
|---|---|
| Standley, Deborah | DS/ICI/HUFO |
| Vallee, Paul A | DS/ICI/HUFO |
| Whatley, Darrin E | DS/ICI/HUFO |

Report

# PF-2009-06509: Operation Death Match Redux

PQ-2009-07828

**Program:** PASSPORT FRAUD
**Office:** DS/ICI/SFFO
**Opened:** 12/02/2009

**Impact:** NOT SPECIFIED
**Status:** OPEN Investigation / Analysis Ongoing

---

### General Information

**Title:** Operation Death Match Redux

**Office:** San Francisco Field Office

**Type:** CRIMINAL

**Management Program:** Field Office

**Categories:**
- PPT APPLICATION FRAUD

**Impact:** NOT SPECIFIED

**Principal Judicial District:**
Not Applicable

**Due Date:**

**Countries Impacted:**

**Violations:**

**Facets:**

**TECS Lookout:** Yes: Separate lookouts entered for all individuals. See individual comments section for subject number.

### Nexus

**Nexus:**
- Passport Fraud

### Origin/Source

**Source Organization:** DS/ICI/SFFO

**Name:** SA Ethan Stone

**Phone:** (415) 705-1176

**Source Comments:** Data from Social Security Death Index

### Assigned Personnel

| | |
|---|---|
| Bigando, Sharon | DS/ICI/HUFO |
| Brenn, Michael G | DS/ICI/NYFO |
| Casamatta, Aimee | DS/ICI/WFO |
| Childs , Daniece | DS/ICI/WFO |
| Coliston, Anthony | DS/ICI/HUFO |

### Synopsis

\*\*\*\*\*\*\* ALL INDIVIDUALS INDEXED IN THIS CASE FILE ARE SUSPECTED DEATH ID WITH AN ACTIVE TECS LOOKOUT. IF CONTACTED BY CBP OR ICE IMMEDIATELY CONTACT CLOSEST DS DUTY AGENT AND THEN SFFO FOR A DSS FIELD RESPONSE. AGAIN, ANYONE INDEXED IN THIS CASE FILE IS A CONFIRMED PASSPORT ISSUED IN DEATH ID \*\*\*\*\*\*\*\*\*\*\*\*\*\*

These records were the result of a Social Security Death Index match against passport records further vetted by SFFO.

### Primary Subjects

**Raul Aguilar**
**DPOB:** 02/17/1983
(Case Original - ALIAS-ASSUMED ID)

**Janet Gerwer**
**DPOB:** 11/09/1951 Somerville NJ
(Case Original - ALIAS-ASSUMED ID)

**Manuel Armaiz**
**DPOB:** San Juan, PR
(Case Original - ALIAS-ASSUMED ID)

**Shirley Darlene Whitaker**
**DPOB:** 09/22/1953
(Case Original - ALIAS-ASSUMED ID)

**Claven Hunt**
**DPOB:** 04/26/1966
(Case Original - ALIAS-ASSUMED ID)

**Michael Lopez**
**DPOB:** 07/03/1960
(Case Original - ALIAS-ASSUMED ID)

**Jerome Scott**
**DPOB:** 03/17/1954
(Case Original - ALIAS-ASSUMED ID)

**Wile Leander Trotter**
**DPOB:** 10/17/1976 Springfield IL
(Case Original - ALIAS-ASSUMED ID)

**Robert Anthony Gorski**
**DPOB:** 08/21/1943 Chicago, IL
(Case Original - ALIAS-ASSUMED ID)

**Clayton Arnold Williams**
**DPOB:** 04/08/1967
(Case Original - ALIAS-ASSUMED ID)

**Robert Dillman**
**DPOB:** 02/21/1955 Glen Cove NY

---

Death Match - 010

| | |
|---|---|
| Conrado, Jorge I | DS/ICI/HUFO |
| Davies, Paul H | DS/ICI/HUFO |
| Dubsick, Jeff | DS/ICI/SFFO |
| Edmiston, Timothy | DS/ICI/LAFO |
| Evers, Gary W | DS/WFO/GNRO |
| Falcone, Joseph A | DS/ICI/NYFO |
| Fogarty, Michael R | Nairobi |
| Fritz, Ashley B | DS/ICI/CFO |
| Gaw, Ann | DS/ICI/SFFO |
| Guzzetta, Jerry A | DS/ICI/LAFO |
| Hill, Danielle M | DS/NYFO/BPRO |
| Hollar, Matthew | DS/ICI/CFO |
| Juge, Michael | DS/ICI/HUFO |
| Kopeck, Christopher R. | DS/CFO/SLRO |
| Lamb, Doug J | DS/ICI/WFO |
| Lanos, Bill | DS/ICI/WFO |
| Lunardi, Timothy J. | DS/ICI/LAFO |
| Mason, Al | DS/ICI/WFO |
| Maze, Daniel C | DS/ICI/WFO |
| Murphy, Brian M | DS/ICI/WFO |
| Reilly, Matthew E | DS/ICI/CFO |
| Savageau, Whitney T | DS/ICI/LAFO |
| Sivertson, Kristen L | DS/ICI/HUFO |
| Stafford, Beverly L | DS/MFO/ARO |
| Standley, Deborah | DS/ICI/HUFO |
| * Stone, Ethan M | DS/ICI/SFFO |
| Vallee, Paul A | DS/ICI/HUFO |
| Velazquez, Peter | DS/MFO/ARO |
| Wells, Leilani | DS/ICI/LAFO |
| Whatley, Darrin E | DS/ICI/HUFO |
| Willman, Kelly S | DS/ICI/NYFO |

(Case Original - ALIAS-ASSUMED ID)

**Edward Womack**
**DPOB:** 02/10/1952
(Case Original - ALIAS-ASSUMED ID)

**Rony Denis**
**DPOB:** 08/23/1959
(Case Original - ALIAS-ASSUMED ID)

**Larry Allen Moore**
**DPOB:** 03/09/1946
(Case Original - ALIAS-ASSUMED ID)

**Daniel Lozano**
**DPOB:** 03/02/1975
(Case Original - ALIAS-ASSUMED ID)

**Robert Dale Kramer**
**DPOB:** 06/13/1942
(Case Original - ALIAS-ASSUMED ID)

**Robert Thompson**
**DPOB:** 05/24/1947
(Case Original - ALIAS-ASSUMED ID)

**Ricardo Marrero**
**DPOB:** 01/22/1956 Puerto Rico
(Case Original - ALIAS-ASSUMED ID)

**Philip Walters**
**DPOB:** 11/25/1957
(Case Original - ALIAS-ASSUMED ID)

**Kurt Branham**
**DPOB:** 09/22/1966
(Case Original - ALIAS-ASSUMED ID)

**Richard Freedman**
**DPOB:** 12/22/1951
(Case Original - ALIAS-ASSUMED ID)

**Juan Perez**
**DPOB:** 08/31/1964
(Case Original - ALIAS-ASSUMED ID)

**Gerand Herbert Wright**
**DPOB:** 09/24/1973
(Case Original - ALIAS-ASSUMED ID)

**Madeline Rondon**
**DPOB:** 03/10/1961
(Case Original - ALIAS-ASSUMED ID)

**Michael Eugene McGoldrick**
**DPOB:** 10/29/1931
(Case Original - ALIAS-ASSUMED ID)

**Michael Truman Hummel**
**DPOB:** 08/11/1944
(Case Original - ALIAS-ASSUMED ID)

**Richard Piper Bradley**

**DPOB:** 12/28/1935
(Case Original - ALIAS-ASSUMED ID)

**Cameron Wayne Adams**
**DPOB:** 11/17/1954
(Case Original - TRUE NAME)

**Mary Phillips**
**DPOB:** 03/02/1948
(Case Original - ALIAS-ASSUMED ID)

**Case Reports**

| Date | Snippet |
|------|---------|
|      |         |

**Attachments**

**Outstanding Warrants**

**Status**

| Date | Status |
|------|--------|
| Wed, 12/2/2009 | OPEN PQ |
| Wed, 12/2/2009 | OPEN Inv |

Report



# DIPLOMATIC SECURITY SERVICE
## HOUSTON FIELD OFFICE
## ASSIGNMENT COVER SHEET

CASE NAME:  DENIS, RONY                         VENUE:  DS/ICI/HUFO

IMS CASE NO:  PF-2010-00132                      PQ NO:  2010-00157

AGENT ASSIGNED:  _____    DATE:  _____

AGENT ASSIGNED:  _____    DATE:  _____

AGENT ASSIGNED:  _____    DATE:  _____

AGENT ASSIGNED:  _____    DATE:  _____


CASE TYPE:                    ADMINISTRATIVE: __

                                   CRIMINAL: X

                                INTELLIGENCE: __

                                        LEAD: X


PROGRAM TYPE:               PASSPORT FRAUD: X

                                    VISA FRAUD: __

                    PROTECTIVE INTELLIGENCE: __

                       CRIMINAL INTELLIGENCE: __

                COMPUTER CRIME/FORENSICS: __

                       LIAISON/COORDINATION: __

U.S. Department of State

**APPLICATION FOR** ☒ U.S. PASSPORT  ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

00028436-0111

**1. NAME (First and Middle)**
RONY

LAST
DENIS

**2. MAIL PASSPORT TO: STREET / RFD # or P.O. BOX**                    APT. #
5205 BRANON DR

CITY
EL PASO

STATE
TX

ZIP CODE
79924

COUNTRY / IN CARE OF (if applicable)

134009097

☐ 5 Yr.  ☑ 10 Yr.  Issue Date
☐ R  ☐ D  ☐ O  ☐ DP

End. #                    Exp.

**3. SEX** ☒ M ☐
**4. PLACE OF BIRTH** (City & State or City & Country)
DUVALIERVILLE HAITI    (HTI)

**5. DATE OF BIRTH**
Month 08 Day 24 Year 1963

**6. SOCIAL SECURITY NUMBER** (SEE FEDERAL TAX LAW NOTICE ON PAGE 4)
359 00 11294

**7. HEIGHT**
5 6
**8. HAIR COLOR**
Black
**9. EYE COLOR**
Brown
**10. HOME TELEPHONE**
253 279-4902
**11. BUSINESS TELEPHONE**
253 584-3906
**12. OCCUPATION**
Minister

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)**    STREET    CITY    STATE    ZIP CODE
15804 WASHINGTON AVE S.W. TACOMA, WA 98492

**14. FATHER'S FULL NAME**
Denis Arnold
BIRTHPLACE
Port-au-Prince
BIRTHDATE 9/22/26
U.S. CITIZEN ☐ Yes ☒ No

**15. MOTHER'S FULL MAIDEN NAME**
Roland M. Solange Hirlste
BIRTHPLACE
BIRTHDATE 1/18/42
CITIZEN ☐ Yes ☒ No

**16. HAVE YOU BEEN MARRIED** ☐ Yes ☒ No
**SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH**
Marjorie Robertson
BIRTHPLACE
St Louis, MO
BIRTHDATE 12/25/66
CITIZEN ☐ Yes ☒ No

DATE OF MOST RECENT MARRIAGE    WIDOWED/DIVORCED?
02 20 1988 ☒

**17. OTHER NAMES YOU HAVE USED**
NONE

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☒ No  IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE
NAME IN WHICH ISSUED    MOST RECENT PASSPORT NUMBER    APPROXIMATE ISSUE DATE Month Day Year
DISPOSITION ☐ Submitted ☐ Stolen ☐ Lost

It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DS-64

**19. EMERGENCY CONTACT.** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.

NAME
HUGH S. VIRGO
3209 96th St. S
LAKEWOOD    WA 98499    (253) 576-6828

**20. TRAVEL PLANS** (not mandatory) Month Day Year
DATE TRIP
LENGTH TRIP
COUNTRIES TO BE VISITED

**21. STOP DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.**
I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____
Applicant's Signature - age 14 or older

X _____
Father's/Legal Guardian's Signature (if identifying minor)

X _____
Mother's/Legal Guardian's Signature (if identifying minor)

X _____
(Signature of person authorized to accept application)

Month 02 Day 22 Year 2002

(SEAL)

☐ Clerk of Court: Location
☐ PASSPORT Agent
☐ Postal Employee    Main Office
☐ Consul USA    8401 Boles DR
El Paso TX 79910 5

**23a. Applicant's or Father's Identifying Documents**
☐ Driver's License ☐ Passport ☐ Other (Specify)
Issue Date 08/19/1999  Exp. Date 08/24/2003  Place of Issue Washington
ID No. DENISE 375N4Y  Name DENIS RONY

**23b. Mother's Identifying Documents**
☐ Driver's License ☐ Passport ☐ Other (Specify)
Issue Date  Expiration Date  Place of Issue
ID No.  Name

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
☐ Birth Certificate ☐ SR ☐ CR ☐ City  Filed/issued: 4/26/02
☐ Passport Bearer's Name:
☐ Report of Birth:
☒ Naturalization/Citizenship Cert. No.: 26672663  U.S. INS  Issued Seattle, WA
☐ Other:
☑ Seen & Returned:
☐ Attached:

**25.** FEE $45 MB    EXEC $35 EF    EF    OTHER

DS-11

OMB No. 1405-0004  Expires: 12/31/2001  Estimated Burden - 20 Minutes

Page 3 of 4

**Name:** Denis, Rony (No True Name available)      **Caution Flags:**
**U.S. Status:**

| **General Information** | **Comments** |
|---|---|
| **Type:** PRIMARY SUBJECT | Death record confirmed on file with Palm Beach County rep Tarsa 561-837-5847. DOD 07/15/1989. Order Certificate using FL State Form with Attention to Kevin Wright (Ext 1004) for priority processing. |
| **US Status:** | |
| **Caution Flags:** | |
| **Criminal History:** Criminal History Unknown | USINS Seattled - Naturalized Certificate 26672663 Pursue denaturalization after arrest as he was naturalized under assumed ID. |
| **Gender:** | |
| **Race/Ethnicity:** | P8D41931000S01 |
| **Age Range:** | |
| **Hair Color:** | **Identities** |
| **Hair Style:** | CASE ORIGINAL      Denis, Rony |
| **Eye Color:** | **Judicial/Non Judicial Actions** |
| **Height:** 0' 0.0" | |
| **Weight:** | **Arrests** |
| **Build:** | |
| **Complexion:** | **Attachments** |
| **Teeth:** | |
| **Scars/Marks/Tattoos** | |
| **Scars, Marks, & Tattoos:** | |
| **Physical Appearance Change** | |

✕ Delete   🗎 Report

# Denis, Rony (ALIAS-ASSUMED ID)

**For Person:** Denis, Rony (No True Name available)      **Original Identity**

| **Information** | **Comments** |
|---|---|
| **Type:** ALIAS-ASSUMED ID | |
| **Name Information:** Rony Denis | **Related Identities** |
| **SSN:** 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 | |
| **Gender:** UNKNOWN | **Related Records** |
| **Citizenship:** | **Drivers License:** DENISR-375N4: Rony, Denis |
| **Ethnicity Type:** | **Passport:** 134009097 - USA Denis, Rony |
| **Date of Birth:** 08/23/1959 | **Attachments** |
| **Date of Emancipation:** | |
| **Place of Birth:** | |
| **Country of Residence:** | |
| **Fingerprint Classification:** | |
| **FBI Number:** | |
| **Misc Number:** | |
| **Marital Information:** | |

**Dates of Birth**

**Addresses**

**Phone Numbers**

**Email Addresses**

     ✕ Delete    🖹 Report

# DENISR-375N4 - ( Denis Rony )

**Associated Case Identity:** Denis, Rony                                            **State/Province:**

| **Information** | **Comments** |
|---|---|

**Associated Case Identity:** Denis, Rony

**License Number:** DENISR-375N4

**Attachments**                                                          🗋

**Type/Class:** AUTOMOBILE

**Status:**

**Finding:**

**Issue Data:**
   **Issue Date:** 08/19/1999
   **Expiration Date:** 08/24/2003
   **Issued To:** Denis Rony

**Issue Authority:**
   **Type:** DEPARTMENT OF MOTOR VEHICLES
   **Location:** Washington State

✕ Delete   📄Report

# 134009097 : Denis, Rony

**USA**
**Finding:**
**Date:**
**Name:**

INDIVIDUAL/TOURIST
**Status:** Active
**Issue Date:** 02/27/2002

**General Information**

**Comments**

**Passport Number:** 134009097

**Passport Type:** INDIVIDUAL/TOURIST

**Attachments**

**Passport Country:** USA

**Associated Case Identity:** Denis, Rony

**Issued To:**
Rony Denis

**Issue Date:** 02/27/2002

**Expiration Date:** 02/27/2012

**Finding:**

**Issuance Location:**
   **Location:** Houston Passport Office
   **Location Type:** U.S. DEPARTMENT OF STATE
   **Address:**

**Status:** Active

✕ Delete    Report

## SUMMARY OF DATA BASE CHECKS
### CHECKS COMPLETED BY: Danielle Nitz – March 17, 2011

**CASE NUMBER: PF-2010-00132 (DENIS, RONY)**

SUBJECT NAME: Rony DENIS
DOB: 08/23/1959
CRIMINAL HISTORY: No.
SYNOPSIS: Imposter. Death Match. Subject assumed the identity of a deceased individual.
SUBJECT ("Rony DENIS") submitted a DS-11 on February 20, 2002 and was issued PPT #134009097.
According to the SSA Rony DENIS died July 15, 1989.

**CLEAR BASIC REPORT:**

CPC report on Subject's name and DOB shows the Subject's most current address as:     QUERY DATE: 03/10/2011

428 Willow Oak Lane
Hinesville, GA 31313

This address is NOT the same as the permanent addresses listed on the DS-11. There are numerous reporting elements linking the Subject to this address. The CPC reported DOB and SSN for the Subject matches the DS-11. DS-11 shows Subject's address as:

5205 Branson Drive
El Paso, TX 79924

**TEXAS DEPT OF PUBLIC SAFETY:**

Negative.                                                          QUERY DATE: 3/06/2011

**CRIMINAL HISTORY**

No Criminal History.                                              QUERY DATE: 03/10/2011

**EL PASO FUSION CENTER:**

Negative.                                                          QUERY DATE: 03/10/2011

**EPIC:**

Not submitted.                                                    QUERY DATE: 03/10/2011

**PIERS ADDRESS**

Negative.                                                          QUERY DATE: 03/10/2011

**TEXAS WORK COMISSION**

No Records Found.                                                 QUERY DATE: 03/10/2011

**CCD FACIAL RECOGNITION**

Negative.                                                          QUERY DATE: 03/10/2011

Death Match - 019





The United States Department of State - Bureau of Consular Affairs    `Excel`

## Social Security Administration Death

*Report by PUBLIC on February , 24TH 2010 13:08 ET*

*Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)*

| | |
|---|---|
| **SSN:** | **590011294** |
| **Surname (Exact match...):** | **Not Specified** |
| **Given Name (Begins with...):** | **Not Specified** |
| **Date of Birth:** | **Not Specified** |

Note: The data in this report includes records of deaths through 02/19/10.

| SSN | Name | Date of Birth | Date of Death | State | Last Residence Zip | Lump Sum Payment Zip |
|---|---|---|---|---|---|---|
| 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 | Denis, Rony | 08/23/1959 | 07/15/1989 | | 33444 | |

Technical Support: SupportdeskCA@state.gov

*DOB on FL death certificate is 8/23/1962*

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To    FL BVS

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, June 2002

2002 3150 0005 6119 2594

**State of Florida**
**Department of Health**
**Bureau of Vital Statistics**
**FLORIDA DEATH OR FETAL DEATH RECORD**

...may apply for a death certification. When cause of death information is also requested and ...t accompany this application AND the applicant OR person being represented must be ...r form). Relationship to the decedent must be entered in the space provided at the bottom of ... are: driver's license, state identification card, passport, and/or military ID card. When ...curred over 50 years prior to the request, photo identification is not required. If a funeral ...rse side of this form to ensure proper completion of this application.

...DENT PLEASE CHECK APPROPRIATE BOX: ☐ DEATH    ☐ FETAL DEATH

| | MIDDLE | LAST | SUFFIX |
|---|---|---|---|
| | | Denis | |

| IF MARRIED FEMALE, MAIDEN SURNAME | (if known) |
|---|---|
| | |

| STATE FILE NUMBER (if known) | SEX |
|---|---|
| | m |

| PLACE OF DEATH CITY OR TOWN | PLACE OF DEATH COUNTY |
|---|---|
| | |

| NAME OF SURVING SPOUSE AS RECORDED ON DEATH RECORD (if applicable and if known)) | FIRST | MIDDLE | LAST | SUFFIX |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY NUMBER | 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 | FUNERAL HOME NAME | Stragun & Son Tri-City Funeral Home |
|---|---|---|---|

**IMPORTANT INFORMATION**

*Any person who willfully and knowingly provides any false information on a certificate, record or report required by Chapter 382, Florida Statutes, or on any application or affidavit, or who obtains confidential information from any Vital Record under false or fraudulent purposes, commits a felony of the third degree, punishable as provided in Chapter 775, Florida Statutes.*

**SECTION B – FEES:** *A RECORD SEARCH REQUIRES ADVANCE PAYMENT OF A NON-REFUNDABLE SEARCH FEE OF $5.00*

1st CERTIFICATION - Fee of $5.00 entitles applicant to ONE certification. Check appropriate box:

☒ Without Cause of Death    ☐ With Cause of Death (See Eligibility on the reverse side of this form)

| | | | |
|---|---|---|---|
| $5.00 | X | 1 | = $5.00 |

**Additional Certifications WITHOUT Cause of Death:**
$4.00 for each subsequent certification

| $4.00 | X | | = $0.00 |
|---|---|---|---|

**Additional Certifications WITH Cause of Death (See Eligibility on the reverse side of this form):**
$4.00 for each subsequent certification

| $4.00 | X | | = |
|---|---|---|---|

**Additional Years to be Searched:** Required *only* when exact year is *not* known $2.00 for each additional year. The maximum additional year search fee is $50.00 regardless of the total number of years to be searched.

Total additional years

| $2.00 | X | | = |
|---|---|---|---|

**RUSH ORDERS** (Optional): RUSH Fees are an additional $10.00.
See reverse side "Options for Rush Service" for ALL RUSH options and response times.
This section applies ONLY to mail in rush orders. Your Envelope must be marked "RUSH"

Check here for rush order ☐    =

**TOTAL AMOUNT ENCLOSED:** Check or Money Order Payable to: Vital Statistics. (DO NOT SEND CASH)
International payments must be Cashiers Check or Money Order in U. S. Dollars.
*Florida Law imposes an additional service charge of $15.00 for dishonored checks.*

| ENCLOSE COPY OF VALID PHOTO IDENTIFICATION IF CAUSE OF DEATH CERTIFICATIONS ARE ORDERED OR YOUR ORDER WILL NOT BE COMPLETED | $5.00 |
|---|---|

**SECTION C – MAILING INFORMATION:**

| Applicant's Name TYPE OR PRINT | FIRST, MIDDLE, LAST (INCLUDING ANY SUFFIX) SA Brian J. Rapier | Applicant Signature |
|---|---|---|

| If Funeral Director or Attorney listed as Applicant and requesting Cause of Death Information | LICENSE/BAR NUMBER | NAME OF PERSON YOU ARE REPRESENTING |
|---|---|---|

| If requesting cause of death, state your relationship (OR if a funeral director or an attorney, the relationship of the person you are representing) to the decedent. | RELATIONSHIP TO DECEDENT Federal Law Enforcement criminal investigation |
|---|---|

| HOME PHONE NUMBER (713) 209-3293 | ADDRESS FOR MAILING (BE SURE TO INCLUDE ANY BUILDING OR APARTMENT NUMBER.) 1919 Smith Street, Suite 2100 | | |
|---|---|---|---|

| ALTERNATE PHONE NUMBER (713) 209-3488 | CITY Houston | STATE TX | ZIP CODE 77002 |
|---|---|---|---|

**IF THE CERTIFICATION IS TO BE MAILED TO ANOTHER PERSON OR ADDRESS USE THE SPACES BELOW TO SPECIFY SHIP TO NAME AND ADDRESS.**

| SHIP TO NAME TYPE OR PRINT | FIRST | MIDDLE | LAST (INCLUDING ANY SUFFIX) |
|---|---|---|---|
| | | | |

| HOME PHONE NUMBER | SHIP TO STREET ADDRESS (AND APT. NO. IF APPLICABLE) | | |
|---|---|---|---|

| WORK PHONE NUMBER | CITY | STATE | ZIP CODE |
|---|---|---|---|

DH 727, 9/08  64V-1.0131, Florida Administrative Code

STATE OF FLORIDA   JUL 10 1991 01:29PM 91-195256

## OFFICE of VITAL STATISTICS

CERTIFIED COPY   ORB 6886 Pg 348
CERTIFICATE OF DEATH
FLORIDA

LOCAL FILE NO.

1 DECEDENT'S NAME (First, Middle, Last)
RORY S. DENIS

2 SEX
male

3 DATE OF DEATH (Month, Day, Year)
July 15, 1989

4 SOCIAL SECURITY NUMBER

5a AGE (Last Birthday)
28

5b UNDER 1 YEAR

5c UNDER 1 DAY

6 DATE OF BIRTH (Month, Day, Year)
August 23, 1962

7 BIRTHPLACE (City and State or Foreign Country)
Gonvaives, Haiti

8 WAS DECEDENT EVER IN US ARMED FORCES?
NO

9 PLACE OF DEATH
HOSPITAL: Inpatient   ER/Outpatient   DOA
OTHER: Nursing Home   Residence   Other (Specify)

9a FACILITY NAME (if not institution, give street and number)
Bethesda Memorial Hospital

9b CITY, TOWN, OR LOCATION OF DEATH
Boynton Beach

9c COUNTY OF DEATH
Palm Beach

10a DECEDENT'S USUAL OCCUPATION
Electrician

10b KIND OF BUSINESS/INDUSTRY
General House Wiring

11 MARITAL STATUS
Married

12 SURVIVING SPOUSE (if wife, give maiden name)
Enande Dieuguste

13 RESIDENCE - STATE
Florida

13b COUNTY
Palm Beach

13c CITY, TOWN, OR LOCATION
Delray Beach

13d STREET AND NUMBER
1360 N. W. 1st Street

14 INSIDE CITY LIMITS?
Yes

ZIP CODE
33444

15 WAS DECEDENT OF HISPANIC ORIGIN?
Haitian

16 RACE
black

17 DECEDENT'S EDUCATION

18 FATHER'S NAME (First, Middle, Last)
JONES PHILIPPE

19 MOTHER'S NAME (First, Middle, Maiden Surname)
Theada Denis

20a INFORMANT'S NAME
JONES PHILIPPE

20b MAILING ADDRESS
1360 N. W. 1st STREET DELRAY BEACH, FLORIDA 33444

21a METHOD OF DISPOSITION
Burial   Cremation   Removal from State   Donation   Other (Specify)

21b PLACE OF DISPOSITION
Delray Beach, Florida

21c LOCATION - City or Town, State

22a SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH
_Randy Strachan_

22b LICENSE NUMBER
2731

23 NAME AND ADDRESS OF FACILITY
STRACHIN & SON TRI-CITY FUNERAL HOME 26 SW 5TH AVENUE DELRAY BEACH, FLORIDA 33444

24a SIGNATURE AND TITLE
P.M.N.

24b DATE SIGNED (Mo, Day, Yr)
7/17/89

24c HOUR OF DEATH
10:15AM 7/15/89

25 NAME AND ADDRESS OF CERTIFYING PHYSICIAN OR OTHER THAN CERTIFIER
RICHARD A. CAPPIELLO, M. D. 16244 S. MILITARY TRAIL DELRAY BEACH, FLORIDA 33484

26 DATE OF DEATH
JULY 17, 1989

27 DATE REGISTERED
JUL 24 1989

PART I

IMMEDIATE CAUSE
(a) Cardiopulmonary Arrest
DUE TO OR AS A CONSEQUENCE OF
(b) Acquired Immuno Deficiency Syndrome
DUE TO OR AS A CONSEQUENCE OF
(c) Hepatic Failure

RECORD VERIFIED
PALM BEACH COUNTY, FLA.
JOHN B. DUNKLE
CLERK CIRCUIT COURT

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

BY: _Irene N. Stevens_   APR 10 1990

OLIVER H. BOORDE
State Registrar

WARNING: ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND RAISED EMBOSSED GREAT SEAL OF THE STATE OF FLORIDA. ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

CERTIFICATION OF VITAL RECORD

HRS Form 1564 (8/88)

RECORDER'S MEMO: Legibility of Writing, Typing or Printing unsatisfactory in this document when received.

*(handwritten annotations in margin:)*
Jean Paul, Ernande
Denis, Ernande
Dieujuste, Ernande
592.16.4965
DOB 01/06/1967

FL DL



Driver License Transaction on **01-07-98**

DL/ID Number
**D520-720-59-303-0**

Class
**I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth
**08-23-59**

Sex
**M**

Height
**6'02**

Restrictions

Endorsements

Fingerprint on file
**None**

Issue Date
**01-07-98**

Issue Time
**16:02:14**

Expiration Date
**08-23-01**

Duplicate Date

Form Number
**S039801070280**

Conditional Messages:

DNIS RONY

date of death
is 7/15/1989

SUMMARY OF DATA BASE CHECKS
CHECKS COMPLETED BY: Danielle Nitz – March 17, 2011

**CASE NUMBER: PF-2010-00132 (DENIS, RONY)**
SUBJECT NAME: Rony DENIS
DOB: 08/23/1959
CRIMINAL HISTORY: No.
SYNOPSIS: Imposter. Death Match. Subject assumed the identity of a deceased individual.
SUBJECT ("Rony DENIS") submitted a DS-11 on February 20, 2002 and was issued PPT #134009097.
According to the SSA Rony DENIS died July 15, 1989.

**CLEAR BASIC REPORT:**

CPC report on Subject's name and DOB shows the Subject's most current address as:          QUERY DATE: 03/10/2011

428 Willow Oak Lane
Hinesville, GA 31313

This address is NOT the same as the permanent addresses listed on the DS-11. There are numerous reporting elements linking the Subject to this address. The CPC reported DOB and SSN for the Subject matches the DS-11. DS-11 shows Subject's address as:

5205 Branson Drive
El Paso, TX 79924

**TEXAS DEPT OF PUBLIC SAFETY:**

Negative.                                                                 QUERY DATE: 3/06/2011

**CRIMINAL HISTORY**

No Criminal History.                                                      QUERY DATE: 03/10/2011

**EL PASO FUSION CENTER:**

Negative.                                                                 QUERY DATE: 03/10/2011

**EPIC:**

Not submitted.                                                           QUERY DATE: 03/10/2011

**PIERS ADDRESS**

Negative.                                                                 QUERY DATE: 03/10/2011

**TEXAS WORK COMISSION**

No Records Found.                                                        QUERY DATE: 03/10/2011

**CCD FACIAL RECOGNITION**

Negative.                                                                 QUERY DATE: 03/10/2011

LEAVE BLANK    CRIMINAL

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**RONY,DENIS**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.    LEAVE BLANK

590011294

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 08 23 1959 | M | B | 508 | 160 | BLK | BLK |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

EPSON PERF 4990 GEBW02834    Tray 2" PHASER 4500 PMT284098 4/12/2010 9:22:00 AM

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

Death Match - 026



**The United States Department of State - Bureau of Consular Affairs**

## Social Security Administration Death

*Report by PUBLIC on February , 24TH 2010 13:08 ET*

Excel

---

*Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)*

| | |
|---|---|
| **SSN:** | **590011294** |
| **Surname (Exact match...):** | **Not Specified** |
| **Given Name (Begins with...):** | **Not Specified** |
| **Date of Birth:** | **Not Specified** |

**Note: The data in this report includes records of deaths through 02/19/10.**

| SSN | Name | Date of Birth | Date of Death | State | Last Residence Zip | Lump Sum Payment Zip |
|---|---|---|---|---|---|---|
| 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 | Denis, Rony | 08/23/1959 | 07/15/1989 | | 33444 | |

Technical Support: SupportdeskCA@state.gov

*DOB on FL death certificate is 8/23/1962*

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To    FL BVS

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

State of Florida
Department of Health
Bureau of Vital Statistics
FLORIDA DEATH OR FETAL DEATH RECORD

...may apply for a death certification. When cause of death information is also requested and ...t accompany this application AND the applicant OR person being represented must be ... form). Relationship to the decedent must be entered in the space provided at the bottom of ... are: driver's license, state identification card, passport, and/or military ID card. When ...curred over 50 years prior to the request, photo identification is not required. If a funeral ...rse side of this form to ensure proper completion of this application.

...DENT PLEASE CHECK APPROPRIATE BOX: ☐ DEATH    ☐ FETAL DEATH

| MIDDLE | LAST | SUFFIX |
| | Denis | |

| IF MARRIED FEMALE, MAIDEN SURNAME | (if known) |

| STATE FILE NUMBER (if known) | SEX |
| | m |

| PLACE OF DEATH CITY OR TOWN | PLACE OF DEATH COUNTY |

| NAME OF SURVING SPOUSE AS RECORDED ON DEATH RECORD (if applicable and if known)) | FIRST | MIDDLE | LAST | SUFFIX |

| SOCIAL SECURITY NUMBER | 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 | FUNERAL HOME NAME | Stragun & Son Tri-City Funeral Home |

**IMPORTANT INFORMATION**

*Any person who willfully and knowingly provides any false information on a certificate, record or report required by Chapter 382, Florida Statutes, or on any application or affidavit, or who obtains confidential information from any Vital Record under false or fraudulent purposes, commits a felony of the third degree, punishable as provided in Chapter 775, Florida Statutes.*

## SECTION B – FEES: *A RECORD SEARCH REQUIRES ADVANCE PAYMENT OF A NON-REFUNDABLE SEARCH FEE OF $5.00*

1st CERTIFICATION - Fee of $5.00 entitles applicant to ONE certification. Check appropriate box:

☒ Without Cause of Death    ☐ With Cause of Death (See Eligibility on the reverse side of this form)

| | | | | |
|---|---|---|---|---|
| | $5.00 | X | 1 | = | $5.00 |

Additional Certifications WITHOUT Cause of Death:
$4.00 for each subsequent certification

| $4.00 | X | | = | $0.00 |

Additional Certifications WITH Cause of Death (See Eligibility on the reverse side of this form):
$4.00 for each subsequent certification

| $4.00 | X | | = | |

Additional Years to be Searched:  Required *only* when exact year is *not* known
$2.00 for each additional year.  The maximum additional year search fee is $50.00 regardless of the total number of years to be searched.

Total additional years

| $2.00 | X | | = | |

RUSH ORDERS (Optional):  RUSH Fees are an additional $10.00.
See reverse side "Options for Rush Service" for ALL RUSH options and response times.
This section applies ONLY to mail in rush orders. Your Envelope must be marked "RUSH"

Check here for rush order ☐

TOTAL AMOUNT ENCLOSED:  Check or Money Order Payable to: Vital Statistics.  (DO NOT SEND CASH)
International payments must be made by Cashiers Check or Money Order in U. S. Dollars.
*Florida Law imposes an additional service charge of $15.00 for dishonored checks.*

ENCLOSE COPY OF VALID PHOTO IDENTIFICATION IF CAUSE OF DEATH CERTIFICATIONS ARE ORDERED OR YOUR ORDER WILL NOT BE COMPLETED    $5.00

## SECTION C – MAILING INFORMATION:

| Applicant's Name TYPE OR PRINT | FIRST, MIDDLE, LAST (INCLUDING ANY SUFFIX) SA Brian J. Rapier | Applicant Signature |

| If Funeral Director or Attorney listed as Applicant and requesting Cause of Death Information | LICENSE/BAR NUMBER | NAME OF PERSON YOU ARE REPRESENTING |

| If requesting cause of death, state your relationship (OR if a funeral director or an attorney, the relationship of the person you are representing) to the decedent. | RELATIONSHIP TO DECEDENT Federal Law Enforcement criminal investigation |

| HOME PHONE NUMBER (713) 209-3293 | ADDRESS FOR MAILING *(BE SURE TO INCLUDE ANY BUILDING OR APARTMENT NUMBER.)* 1919 Smith Street, Suite 2100 |

| ALTERNATE PHONE NUMBER (713) 209-3488 | CITY Houston | STATE TX | ZIP CODE 77002 |

*IF THE CERTIFICATION IS TO BE MAILED TO ANOTHER PERSON OR ADDRESS USE THE SPACES BELOW TO SPECIFY SHIP TO NAME AND ADDRESS.*

| SHIP TO NAME TYPE OR PRINT | FIRST | MIDDLE | LAST (INCLUDING ANY SUFFIX) |

| HOME PHONE NUMBER | SHIP TO STREET ADDRESS (AND APT. NO. IF APPLICABLE) |

| WORK PHONE NUMBER | CITY | STATE | ZIP CODE |

DH 727, 9/08  64V-1.0131, Florida Administrative Code

**STATE OF FLORIDA**    JUL-10-1991 01:29PM    91 - 195256

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY
CERTIFICATE OF DEATH    ORB  6886 Pg  348
FLORIDA

LOCAL FILE NO.

1. DECEDENT'S NAME (First, Middle, Last)
RORY  S-DENIS

3. DATE OF DEATH (Month, Day, Year)
July 15, 1989

4. Date of birth (month, day, year)
August 23, 1962

Gonvaives, Haiti

2. SEX
male

Sex Age 28

Bethesda Memorial Hospital

Boynton Beach

Palm Beach

Electrician    General    Wiring    House    Married    Enande  Diaugoate

Florida    Palm Beach    Delray Beach    1360 N. W. 1st Street

Yes    33444    Haitian    black

Michal Phillipe    Theada Denis

JONES PHILLIPE    1360 N. W. 1st. STREET  DELRAY BEACH, FLORIDA 33444

Delray Beach Cemetery    Delray Beach, Florida

STRACHIN & SON TRI-CITY

FUNERAL HOME  26 SW 5TH AVENUE

DELRAY BEACH, FLORIDA 33444

2731    7/17/89    10:10 AM  7/16/89

RICHARD A. CAPPIELLO, M. D. 16244 S.MILITARY TRAIL DELRAY BEACH, FLORIDA 33484

JULY 17, 1989    JUL 24 1989

Cardiopulmonary Arrest

Acquired Immunodeficiency Syndrome

Heart Failure

no    no

RECORD VERIFIED
PALM BEACH COUNTY, FLA.
JOHN B. DUNKLE
CLERK CIRCUIT COURT

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE    APR 10 1990

BY:  Irene N. Stevens    OLIVER H. BOORDE
State Registrar

WARNING:

HRS Form 1564 (8/88)

**Handwritten margin notes:**

Jean Paul, Ernande
Denis, Ernande
Dieujuste, Ernande

592.16.4965

DOB
01/06/1967

CERTIFICATION OF VITAL RECORD

FL DL



Driver License Transaction on **01-07-98**

DL/ID Number | Class
**D520-720-59-303-0** | **I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth | Sex | Height
**08-23-59** | **M** | **6'02**

Restrictions | Endorsements

Fingerprint on file
**None**

Issue Date | Issue Time
**01-07-98** | **16:02:14**

Expiration Date | Duplicate Date
**08-23-01**

Form Number
**S039801070280**

Conditional Messages:

DNIS RONY

date of death is 7/15/1989

SBU (LAW ENFORCEMENT SENSITIVE)



# Diplomatic Security Service
# Houston Field Office

**IMS Case Report**

| DS Case Number:<br>PF-2010-00132 | Case Title:<br>DENIS, RONY | Report Date:<br>03/09/2012 |
|---|---|---|
| Case Type:<br>CRIMINAL | Investigative Program Type:<br>PASSPORT FRAUD | Dates Investigated:<br>01/11/2010 - 03/09/2012 |
| Case Impact:<br>MEDIUM | Case Status:<br>CLOSED | Open/Close Dates:<br>01/11/2010 - 03/09/2012 |
| Report Type:<br>CASE FINAL | Report Title: | Report Status:<br>APPROVED |

SUMMARY

On 02/2002, Rony DENIS (SUBJECT) executed DS-11 application 134009097 at the USPS El Paso, TX. Operation Death Match Redux revealed that SUBJECT's Social Security Number (SSN) is registered to a deceased individual. Diplomatic Security verified that the death certificate exists in the name of Rony DENIS; date of death 07/15/1989, Palm Beach FL. Results of investigation are inconclusive. SUBJECT's passport is expired. Statute of limitation has run on this specific 18 USC 1542 charge.

DS/ICI/HFO considers this case CLOSED.

DETAILS

On 02/2002, Rony DENIS (SUBJECT) executed DS-11 application 134009097 at the USPS El Paso, TX. Operation Death Match Redux revealed that SUBJECT's Social Security Number (SSN) is registered to a deceased individual. Diplomatic Security verified that the death certificate exists in the name of Rony DENIS. Date of death 07/15/1989, Palm Beach FL.

On 3/23/2002, Special Agent (SA) Dau AYUB and SA Mike McCORMICK interviewed current residents of 5205 Branon Dr, El Paso, TX, the house listed on DS-11 as SUBJECT's permanent address. The tenant's, Flora KRAUSE and Joseph KRAUSE recognized SUBJECT after SA AYUB showed them the photograph on the DS-11. They stated they knew him as Rony DENIS, a Haitian national. J. KRAUSE indicated that he is the pastor of the local church of the "New Testament Christian Churches of America Inc," and that through his membership in this church and participation in regional gatherings, met the SUBJECT but has had no interaction with him since 2004.

J. KRAUSE's stated the SUBJECT left the church organization and El Paso some time after a meeting in spring of 2003 where SUBJECT expressed his intention of planting his own church in Georgia. J. KRAUSE stated the last name he knew was used by SUBJECT's church was "The House of Prayer" and believed it to be in GA. SA AYUB located the church's incorporation information and SUBJECT's ties to such church on public domain databases. The church's main office is at 6538 Collins Ave Ste 141 Miami Beach, FL 33141, and is incorporated in Florida. SUBJECT used 428 Willow Oak ln, Hinesville, GA 31313 as his address on the incorporation documents.

| Reporting Official:<br>Rapier, Brian J | Distribution:<br>Houston Passport Agency, San Francisco Field Office |
|---|---|
| Approving Official:<br>Conrado, Jorge I | |

**SBU (LAW ENFORCEMENT SENSITIVE)**

SA GEHO confirmed with USPS that SUBJECT still receives mail at 428 Willow Oak Lane, Hinesville, GA. USPS mail carrier identified SUBJECT in DS-11 photo as the resident of 428 Willow Oak Lane. Mail carrier also said that SUBJECT recently installed a camera and intercom by his front door and refuses to answer the door.

On 08/09/2011, SA Guy and SA Joseph Maynard conducted an interview with Ernande Dieujuste Jean-Paul at 324 Datura Street West Palm Beach, Florida 33401, widow of the deceased Rony DENIS. She failed to identify SUBJECT. She provided a copy of a Haitian document that purports to be a delayed-entry birth record for the deceased DENIS.

Lead request was sent to U.S. Embassy Port-au-Prince to find evidence to confirm deceased DENIS is true ID. Haitian government was unable to confirm or deny genuineness of documents.

Lead request sent to Charleston Satellite Office to conduct SUBJECT interview. SUBJECT refused all requests for an interview. SA Geho's office received a call from Steven SADOW, an attorney purporting to represent SUBJECT.

SA Rapier contacted SADOW and requested documents that would indicate SUBJECT's life-long occupancy of the "Rony DENIS" identity. On 3/8/2012, SADOW provided an army certificate from 1984 and a driver's license issued in 1988. SA Rapier requested documents that predated the use of the identity by others. SADOW reported that his client declined to provide any further assistance.

The results of the investigation are inconclusive. The statute of limitations has expired on this 18 USC 1542 charge against SUBJECT and SUBJECT's passport has expired.

DS/ICI/HFO considers this case CLOSED.