| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**U.S. Department of State**
**APPLICATION FOR** ☒ U.S. PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

00028436-0111

1. NAME (First and Middle): RONY
LAST: DENIS
2. MAIL PASSPORT TO STREET, RFD, OR P.O. BOX: 5205 BRANON DR   APT:
CITY: EL PASO   STATE: TX
ZIP CODE: 79924   COUNTRY / IN CARE OF:

134009097
☐ 5 Yr.  ☒ 10 Yr.
☐ R ☐ D ☐ O ☐ DP

3. SEX: ☒ M ☐ F
4. PLACE OF BIRTH: DUVALIERVILLE HAITI (HTI)
5. DATE OF BIRTH: 08/24/1963
6. SOCIAL SECURITY NUMBER: 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

7. HEIGHT: 5'6"
8. HAIR COLOR: Black
9. EYE COLOR: Brown
10. HOME TELEPHONE: 253-279-4902
11. BUSINESS TELEPHONE: 253-584-3906
12. OCCUPATION: Minister

13. PERMANENT ADDRESS: 15804 Washington Ave S.W. Tacoma, WA 98492

14. FATHER'S FULL NAME: DENIS ARNOLD   BIRTHPLACE: Port De Paix   BIRTHDATE: 5/22/26   U.S. CITIZEN: No
15. MOTHER'S FULL MAIDEN NAME: FANROND K. Solang   BIRTHPLACE: Haiti   BIRTHDATE: 1/18/42   U.S. CITIZEN: No

16. HAVE YOU EVER BEEN MARRIED? Yes   SPOUSE: Mactrie Roberson   BIRTHPLACE: St Louis MO   BIRTHDATE: 12/25/66   U.S. CITIZEN: Yes

DATE OF MOST RECENT MARRIAGE: 02/20/1988   WIDOWED/DIVORCED: X N
17. OTHER NAMES YOU HAVE USED: NONE

18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? ☒ No

19. EMERGENCY CONTACT:
NAME: HUGH S. VIRGO
STREET: 3209 96th St. S.
CITY: Lakewood   STATE: WA   ZIP: 98499   TELEPHONE: (253) 576-6828

Applicant's Signature - age 14 or older: [signed]

22. FOR ACCEPTANCE AGENT'S USE
Date: 02/22/2002
(SEAL) EL PASO FEB
☒ Postal Employee
Main office 8401 Boeing DR El Paso TX 79910-9

23a. Applicant's or Father's Identifying Documents:
☒ Driver's License
Issue Date: 08/19/1999   Expiration Date: 08/24/2003   Place of Issue: Washington
Name: DENIS RONY   ID No.: DENISR-375N41

24. FOR ISSUING OFFICE USE ONLY
☐ Birth Certificate ☐ SR ☐ CR ☐ City Filed/Issued: 2/20/02
☐ Passport Bearer's Name:
☐ Report of Birth:
☒ Naturalization/Citizenship Cert. No. 6672613  SSUBC Seattle, WA
☐ Other:
☒ Seen & Returned:
☐ Attached:

L. LoGiudice
FEB 27 2002
APPLICATION APPROVAL

25. FEE: $45 MB   EXEC: $35 EF

DS-11   OMB No. 1405-0004  Expires: 12/31/2001  Estimated Burden - 20 Minutes   Page 3 of 4

USAO0358