| EXHIBIT NO. |
|---|
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Rhodes, Patricia (USAGAS)**

| | |
|---|---|
| **From:** | Anneliese Floyd <afloyd@fbi.gov> |
| **Sent:** | Friday, September 24, 2021 7:38 AM |
| **To:** | Douglas Dye; Angela Schenker |
| **Cc:** | Miller, Brittney (OIG); Annette Bursey; Renee Stoner; Anneliese Floyd; Kinte Jones |
| **Subject:** | [EXTERNAL] RE: DENIS |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Doug,

Good morning!

**The following agencies conducted checks of their datasets and did not locate any information:**

**Department of Treasury - TIGTA**
**US Capitol Police**
**Bureau of Prisons**
**US Secret Service**
**ATF**
**FAMS**
**U.S. EPA**

**The following agencies conducted checks of their datasets and located the following information (which I believe you have already):**

1. **Dana Roth,** Immigration Officer (FDNS) | Liaison to FBI-ITOS I, Department of Homeland Security | International Refugee Affairs Division, FBI National Security Unit | Counterterrorism Division, Desk: 571-280-6704 | NSTS: 931-5605 | Cell: 202-424-0075, Dana.E.Roth@uscis.dhs.gov, DEROTH@fbi.sgov.gov

**USCIS info:**
Subject Rony DENIS
DOB: 08/24/1963

POB: Haiti
Date of US entry: 10/18/1980
Adjusted to LPR on 07/14/1998
Naturalized citizen: 02/20/2002

2. Beth Helling, Department of State,

Below is a passport picture associated with the SSN **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**

| | |
|---|---|
| U.S. Department of State | 00028436-0111 |
| APPLICATION FOR ☒ U.S. PASSPORT ☐ REGISTRATION | |

(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle):** RONY
**LAST:** DENIS
**2. MAIL PASSPORT TO STREET/RFD (OR P.O. BOX):** 5205 BRANON DR     APT #:
**CITY:** EL PASO    **STATE:** TX
**ZIP CODE:** 79924    **COUNTRY / IN CARE OF (if applicable):**

☒ 5 Yr. ☒ 10    13400 097

**3. SEX:** ☒ M ☐ F
**4. PLACE OF BIRTH (City & State or City & Country):** DUVALIERVILLE HAITI (HTI)
**5. DATE OF BIRTH:** 08/24/1963
**6. SOCIAL SECURITY NUMBER:** 590011294

**7. HEIGHT:** 5'6"
**8. HAIR COLOR:** Black
**9. EYE COLOR:** Brown
**10. HOME TELEPHONE:** 253 279-4902
**11. BUSINESS TELEPHONE:** 253 584-3906
**12. OCCUPATION:** Minister

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX):** 15804 WASHINGTON AVE S.W. TACOMA, WA 98492

**14. FATHER'S FULL NAME:** DENIS Arnold   **BIRTHPLACE:** Port de Paix  **BIRTHDATE:** 5/24/26  **U.S. CITIZEN:** ☐Yes ☒No
**15. MOTHER'S FULL MAIDEN NAME:** Emond M. Solange  **BIRTHPLACE:** Haiti  **BIRTHDATE:** 1/18/42  **U.S. CITIZEN:** ☐Yes ☒No

**16. HAVE YOU EVER BEEN MARRIED?** ☒ Yes   **SPOUSE OR FORMER SPOUSE'S FULL NAME AT BIRTH:** Martrice Roberson  **BIRTHPLACE:** St. Louis MO  **BIRTHDATE:** 12/25/66  **U.S. CITIZEN:** ☒Yes

**DATE OF MOST RECENT MARRIAGE:** 02/20/98
**17. OTHER NAMES YOU HAVE USED:** None

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☒ No

**19. EMERGENCY CONTACT:**
NAME: HUGH S. VIEGO
STREET: 3209 96th St. S.
CITY: Lakewood   STATE: WA   ZIP CODE: 98499   TELEPHONE: (253) 576-6828

**23a. Applicant's or Father's Identifying Documents:** ☒ Driver's License
Issue Date: 08/19/1999  Expiration Date: 08/24/2003  Place of Issue: Washington
Name: DENIS RONY  ID No.: DENISR-375N4

**24. FOR ISSUING OFFICE USE ONLY:**
☒ Seen & Returned
161 72 v 13

L. LoGiudice
FEB 27 2002
APPLICATION APPROVAL

**26. FEE:** $45 MB    **EXEC:** $35 EF

DS-11   OMB No. 1405-0004 Expires: 12/31/2001 Estimated Burden - 20 Minutes   Page 3 of 4

USAO0358

==This is the passport application associated with the SSN **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**==
==DOI: 2012==

00120894-0399

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

OMB APPROVAL NO. 1405-0020
EXPIRATION DATE: 12-31-2013
ESTIMATED BURDEN: 40 MIN

Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 1 of instructions
Please select the documents(s) for which you are applying:
- [✓] U.S. Passport Book
- [ ] U.S. Passport Card
- [ ] Both

[✓] 28 Page Book (Standard)   [ ] 52 Page Book (Non-Standard)

Unauthorized Reproduction or Disclosure Prohibited

**1. Name**
First: DENIS
Middle: (blank)
Last: RONY

**2. Date of Birth (mm/dd/yyyy):** 08 24 1963
**3. Sex:** M ✓
**4. Place of Birth:** Haiti (HTI)

**5. Social Security Number:** 533 35 2346
**6. Email Address:** @
**7. Primary Contact Phone Number:** 912 572 3242

**8. Mailing Address:** 428 Willow Oak Ln
**City:** Hinesville   **State:** GA   **Zip Code:** 31313

**9. List all other names you have used.**
A. (blank)
B. (blank)



**10. Passport Book and/or Passport Card Information**
Your name as listed on your most recent passport book and/or passport card: RONY DENIS
Most recent passport book number: 134009097   Issue date: 02/27/2002
Most recent passport card number: (blank)

**Applicant's Signature:** (signed)   **Date:** 2/16/12

**FOR ISSUING OFFICE ONLY**
Bk Fee 110   Cd Fee   EF 60   Postage 0.72   Other 0.01

*DS 82 C 12 2010 1*

DS-82 12-2010   Page 1 of 2

Case 1:25-cr-00062-JRH-BKE   Document 83-7   Filed 10/03/25   Page 7 of 14

00120894-0400

**Name of Applicant** (Last, First & Middle): DENIS, RONY
**Date of Birth** (mm/dd/yyyy): 08/24/1963

**12. Height:** 5'07"
**13. Hair Color:** BLACK
**14. Eye Color:** BROWN
**15. Occupation:**
**16. Employer or School** (if applicable):

**17. Additional Contact Phone Numbers**

**18. Permanent Address:** If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.
Street/RFD # or URB (No P.O. Box): 428 Willow Oak Ln
Apartment/Unit:
City: Hinesville
State: GA
Zip Code: 31313

**19. Emergency Contact** — Provide the information of a person not traveling with you to be contacted in the event of an emergency.
Name: Marjorie Denis
Address: 428 Willow Oak Ln
City: Hinesville
State: GA
Phone Number: (417) 320-7082
Relationship: Wife

**20. Travel Plans**
Date of Trip (mm/dd/yyyy):
Duration of Trip:
Countries to be visited:

**STOP! YOU HAVE COMPLETED YOUR APPLICATION**
**BE SURE TO SIGN AND DATE PAGE ONE**

DS-82 12-2010
*DS 82 C 12 2010 2*
Page 2 of 2

---

This is the passport application associated with the SSN **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**
PPT#669158224
DOI: 27-JUL-2021

6

USAO0361

DOE: 26-JUL-2031

USAO0362

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 10-31-2020
ESTIMATED BURDEN: 40 MIN

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:

[✓] U.S. Passport Book  [ ] U.S. Passport Card  [ ] Both

The U.S. passport card is not valid for international air travel. For more information see page 1 of instructions.

[✓] Regular Book (Standard)  [ ] Large Book (Non-Standard)

Note: The large book option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

92838286 031 070621 02

6864б0812

**1. Name** Last: **DENIS**
First: **RONY**
Middle:

End. #           Exp.           DPOTS Code

**2. Date of Birth** (mm/dd/yyyy): **08 24 1963**
**3. Sex**: [✓] M  [ ] F
**4. Place of Birth**: **Haiti**

**5. Social Security Number**: **533 35 2346**
**6. Email**:  @
**7. Primary Contact Phone Number**: **912 572 3242**

**8. Mailing Address**: Line 1: **428 WILLOW OAK LN**

Address Line 2:

City: **Hinesville**  State: **GA**  Zip Code: **31313**  Country:

**9. List all other names you have used.**

A.                                                    B.

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card:
**RONY DENIS**

Most recent passport book number: **490915192**
Issue date (mm/dd/yyyy): **02/24/2012**

Most recent passport card number:
Issue date (mm/dd/yyyy):

**11. Name Change Information**
Changed by Marriage [ ]
Changed by Court Order [ ]
Place of Name Change (City, State):
Date (mm/dd/yyyy):

*Please submit a certified copy. (Photocopies are not accepted!)*

**CONTINUE TO PAGE 2**

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

X _[signature]_   Date: **6/30/2021**
Applicant's Legal Signature

**FOR ISSUING OFFICE ONLY**
[✓] PPT BK C/R  [ ] PPT BK S/R  [ ] PPT CD C/R  [ ] PPT CD S/R

[ ] Marriage Certificate    Date of Marriage/Place Issued:
[ ] Court Order              Date Filed/Court:
From:
To:
[ ] Other:
[ ] Attached:

For Issuing Office Only → Bk Fee **110**  Cd Fee  EF **60**  Postage **17.56**  Other

DEPARTMENT OF STATE
JUL 27 2021
ELAINE SOUZA

* DS 82 C 08 2013 1 *

Unauthorized Reproduction or Disclosure Prohibited

8

USAO0364

| Name of Applicant (Last, First & Middle) | 00368462-0415 | Date of Birth (mm/dd/yyyy) |
|---|---|---|
| Denis, Rony | | 08/24/1963 |

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School (if applicable) |
|---|---|---|---|---|
| 5'7" | Black | Brown | | |

**17. Additional Contact Phone Numbers** — Home / Cell / Work · Home / Cell / Work

**18. Permanent Address:** *If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.*

Street/RFD # or URB (No P.O. Box): 428 Willow Oak Ln     Apartment/Unit:
City: Hinesville     State: GA     Zip Code: 31313

**19. Emergency Contact** - Provide the information of a person not traveling with you to be contacted in the event of an emergency.

| Name | Address: Street/RFD # or P.O. Box | Apartment/Unit |
|---|---|---|
| Marjorie Denis | 428 Willow Oak Ln | |

| City | State | Zip Code | Phone Number | Relationship |
|---|---|---|---|---|
| Hinesville | GA | 31313 | (912) 320-7082 | wife |

**20. Travel Plans**
Departure Date (mm/dd/yyyy) · Return Date (mm/dd/yyyy) · Countries to be visited

**STOP! YOU HAVE COMPLETED YOUR APPLICATION
BE SURE TO SIGN AND DATE PAGE ONE**

**WHERE DO I MAIL THIS APPLICATION?**

*If applying in the United States or Canada:*

**FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY or TX):
National Passport Processing Center
P.O. Box 640155
Irving, TX 75064-0155

**FOR ROUTINE SERVICE** (if you live in any other state or Canada):
National Passport Processing Center
P.O. Box 90155
Philadelphia, PA 19190-0155

**FOR EXPEDITE SERVICE** (Additional Fee, any state or Canada)
National Passport Processing Center
P.O. Box 90955
Philadelphia, PA 19190-0955

Because of the sensitivity of the enclosed documents, Passport Services recommends using trackable mailing service when submitting your application.

*If applying outside the United States or Canada:*

United States citizens residing outside the U.S. or Canada **CANNOT** submit this form to domestic addresses listed above. Such applicants should visit www.usembassy.gov to find the nearest U.S. Embassy or Consulate for procedures for applying outside the United States.


* DS 82 C 08 2013 2 *

USAO0365

**I am awaiting IRS information** – the TFO and I will be speaking today. After discussion, we may want to have a coordination call to discuss the way forward with IRS if they discover anything.

V/r
Anneliese Floyd
Senior Special Agent
Certified Crime and Intelligence Analyst
FBI NJTTF/Task Force Officer
U.S. Army CID
Military Operational Support Team
STE/Desk: 571-280-5408
Cell: 202-440-0175
NIPR:  afloyd@fbi.gov
SIPR:  AFLOYD@fbi.sgov.gov

UNCLASSIFIED//FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE NOTICE:  This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is confidential, and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.

DISSEMINATION INSTRUCTIONS: This document is marked Unclassified//For Official Use Only - Law Enforcement Sensitive and may be disseminated, with proper attribution, to Law Enforcement, DOD, or U.S. Intelligence Agencies. Further disclosure to unauthorized entities could jeopardize ongoing investigations, operations, and personal safety. This product shall not be released to the public or media.

**From:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>
**Sent:** Thursday, September 23, 2021 9:29 AM
**To:** Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>; Schenker, Angela (AT) (FBI) <aschenker@fbi.gov>
**Cc:** Miller, Brittney (OIG) <Brittney.Miller1@va.gov>; Bursey, Annette Ruth (CTD) (TFO) <arbursey@fbi.gov>; Stoner, Renee N. (CTD) (TFO) <RNSTONER@FBI.GOV>; Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>
**Subject:** Re: DENIS and OLOANS

Annelise,

Thank you for continuing to assist this case.

Yes, please ask all agencies at the NJTTF to run all Rony Denis' identifiers through their datasets for any additional information?

Randy

**From:** Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>
**Sent:** Wednesday, September 22, 2021 4:38:29 PM
**To:** Schenker, Angela (AT) (FBI) <aschenker@fbi.gov>; Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>
**Cc:** Miller, Brittney (OIG) <Brittney.Miller1@va.gov>; Bursey, Annette Ruth (CTD) (TFO) <arbursey@fbi.gov>; Stoner,

Renee N. (CTD) (TFO) <RNSTONER@FBI.GOV>; Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>
**Subject:** DENIS and OLOANS

ALCON,

Thanks for the Link Chart. Good info.

A recent search of DoD Person Search and REDD for the ssn: 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 revealed the same document and information I pulled from Dec 2020; however, the dates of birth changed – weird adding another DOB of 23 Aug 63 (See attached).

I will submit a DRS request to determine how the DOB was changed (ie…audit, a separate application overwrote the 2020 dob, etc…). I will also submit a request for facial recognition through DoD to match all photos of the Rony DENIS, and request the photo of Rony DENIS, ssn: 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 who was allegedly in the military from 10 Jan 84 – 9 Jan 90.

Do you want me to ask all agencies at the NJTTF to run the below identifiers through their datasets to see if they have any additional information? I would be curious to see if any other agency has anything (IRS..etc..)

Name: Rony Denis
SSN: 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 & 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
DOB: 08/23/1959; 08/23/1962; 08/24/1963; & 23 Aug 63

Brittney – do you have any record of either DENIS or OLOANS receiving benefits or applying recently for any? Do you have any photos that I can submit as well to confirm/deny identity?

I included our Army CID IA and SSA on the MOST to this email for SA.

V/r
Anneliese Floyd
Senior Special Agent
Certified Crime and Intelligence Analyst
FBI NJTTF/Task Force Officer
U.S. Army CID
Military Operational Support Team
STE/Desk: 571-280-5408
Cell: 202-440-0175
NIPR:  afloyd@fbi.gov
SIPR:  AFLOYD@fbi.sgov.gov

UNCLASSIFIED//FOR OFFICIAL USE ONLY - LAW ENFORCEMENT SENSITIVE NOTICE:  This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, is confidential, and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it.

DISSEMINATION INSTRUCTIONS: This document is marked Unclassified//For Official Use Only - Law Enforcement Sensitive and may be disseminated, with proper attribution, to Law Enforcement, DOD, or U.S. Intelligence Agencies. Further disclosure to unauthorized entities could jeopardize ongoing investigations, operations, and personal safety. This product shall not be released to the public or media.

**From:** Schenker, Angela (AT) (FBI) <aschenker@fbi.gov>
**Sent:** Wednesday, September 22, 2021 4:11 PM
**To:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>

**Cc:** Floyd, Anneliese (CTD) (TFO) <afloyd@fbi.gov>; Miller, Brittney (OIG) <Brittney.Miller1@va.gov>
**Subject:** Re: Link chart

See attached DRAFT - still has lots of holes that need to be filled. Also, need to correct the center image as that is probably the deceased Rony and not the military Rony.

---

**From:** Dye, Douglas R. (AT) (FBI) <drdye@fbi.gov>
**Sent:** Wednesday, September 22, 2021, 2:50 PM
**To:** Schenker, Angela (AT) (FBI)
**Cc:** Floyd, Anneliese (CTD) (TFO); Miller, Brittney (OIG)
**Subject:** Link chart

Would you please send me the denis link chart