| EXHIBIT NO. |
| --- |
| CASE NO. |
|  |
| vs. |
|  |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

- Rony Denis (Denis)
- Roscoe Stanley (Stanley)
- John Rodriguez (Rodriguez)
- Anthony Oloans (Oloans)

INAUDIBLE to 00:17

| | |
|---|---|
| Stanley: | Yes Sir, Clankey $500. |
| Denis: | Yeah, I think he's still there, I think he said that's all he could afford it right? |
| Stanley: | That's correct yes sir. |
| Denis: | It's a nice place. Tell them pray about it. See what that place is worth, so. Always ask brothers to pray…let's see what he says. Always (inaudible) know where their heart is. |
| Stanley: | The owners… (Inaudible) |
| Denis: | (Inaudible) |
| Stanley: | Yes sir. |
| Denis: | Would you do that? |
| Stanley: | Yes sir. |
| Denis: | Okay. For example, there is… there is a big mistake we made. We put these people in Flo Zeckman, who is there that, that what you called? (inaudible)… |
| Stanley: | Uhhhh…. |
| Denis: | They have 100%… |
| Stanley: | I don't know sir. They uh, they're military and they live in 242 Garden Circle, so I moved them outta there at the same price because it was the foreclosure deal and everything. |
| Denis: | That's another one? |
| Stanley: | Yes Sir. |
| Denis: | So did we lose that place too? |

1

Stanley: Yes Sir.

Denis: We lost Garden Circle?

Stanley: Yes Sir.

Denis: So we lost both of them?

Stanley: From my understanding yes sir. That's what, Sir, Oloans explained it to me was that Garden Circle and Elizabeth both foreclosed. He sounds like he has more hope that Elizabeth.

Denis: I thought Smith-White was there in Garden Circle.

Stanley: Uh, Smith-White is in 127 Channa and we had to see if Hinesville paid their rent for last month and this month.

Denis: (Inaudible) said that twenty two hundred and uh which one is it?

Stanley: That was Garden Circle.

TALKING OVER ONE ANOTHER

Denis: Okay. Okay. I don't understand. Roscoe, you're making decisions.

SILENCE until 2:10

Stanley: Hello Sir?

Denis: Roscoe are you there?

Stanley: Yes Sir.  The last thing I heard you say you wanted….

Denis: You making decisions you don't even check with anyone. When Oloans tells you stuff, before you make decisions you check with me.

Stanley: Yes sir.  Sir your phone went out again?

Denis: What ever happened to Garden Circle? What ever happened to that?

Oloans: 242?

Denis: Yes

Oloans: I don't have the answer yet sir. I put someone at 212.

Denis: Okay but here it is Roscoe – You move someone from Garden Circle to what?  To Flo Zeckmen, right?

2

Stanley: Yes Sir.

Denis: Flo Zeckmen is a nice house and the what's the by…Oloans – have Oloans with … You just can't do stuff like that Roscoe without talking to someone. If something is coming back at me again uh…. coming back at me. Flo Zeckmen uh… Oloans, you… you need to tell me. You need to stop these foreclosures.

You gonna end up – Freddie's gonna come knock on your door. You remember you are wanted by (inaudible) right? Flo Zeckmen the thing that is 825. So how much these people gonna pay Roscoe.

Stanley: They are paying 825.

Denis: Okay but it is a much nicer house and Flo Zeckmen we should be able to get more. Right?

Stanley: Yes Sir. 935 was what it was going for.

Denis: But why is it that we went so low?

INAUDIBLE

Stanley: I thought you were aware of both of them.

Denis: Yeah, I was aware of both of them, but Oloans, you can't keep doing this sir. You understand?

Oloans: Yes Sir.

Denis: You can't keep doing this sir you can't just like yeah yeah, you can't keep doing this. (Inaudible) You understand? Back to the same stuff. Back to the Freddie again. Sir, do you understand.

Oloans: Yes Sir.

Denis: Hmm?? You don't move someone from Garden Circle, which one is a higher house?

Stanley: Uh Flo Zeckman is a much better house. It's a nice house.

Denis: So why would you, could you get them in something equal (inaudible) are those places open?

Stanley: No sir. The only other place that was open was (inaudible) and Palmetto Trace.

Denis: Palmetto Trace, so called, would have been better right?

3

| | |
|---|---|
| Stanley: | It would have, but I knew when I was working with them that they didn't want to move into that place that's why we moved them into Garden Circle. Because 215 was opened at the time when we first moved them. |
| Denis: | To what now, sir? |
| Stanley: | When I first was working them, when I first help them move into a place. |
| Denis: | So when is the lease over? When is the lease is over? |
| Stanley: | It's…It's a year, but I could talk to them about uh… because they just moved I could tell them I can't do it or something or work something out. |
| Denis: | Oh no you can say what you wanna say, but you do know it's military right? |
| Stanley: | Yes sir. He is military also sir. Yes sir. |
| Denis: | Well then you can say what we wanna say. Military can't do that. Okay sir? You see how stupid you are again? I can say this but then what do you do? So what other place is there? I mean it's crazy. I can check and say you don't think of the repercussions do you? |
| Stanley: | No Sir. |
| Denis: | Why? Why not? So you presented Palmetto to them and they said they didn't want it? |
| Stanley: | Yes sir, in time past. |
| Denis: | Why? Why? |
| Stanley: | They didn't like the duplex setup. They wanted a single standing house. And that's what pushed them into garden Circle to begin with. They only been in there a couple of months and now the house foreclosed, so I am having to move them out. |
| Denis: | Yeah, so okay. Alright. That's fine. See what you do Oloans? |
| Oloans: | Yes sir. |
| Denis : | Hmmm? Okay that's fine let them stay there. It's gonna be a loss of a couple thousand for that year. After that year, um… give an increase or they have to move out. Okay? |
| Stanley: | Yes Sir. |

4

| | |
|---|---|
| Denis: | You see that Oloans? |
| Oloans: | Yes Sir. |
| Denis: | So what do I do? I'm just stuck in this I'm not buying places anymore. But now I need refinance, I need this. I need that. I need this. Flo Zeckman, whose name is it in? |
| Oloans: | Pricilla Bercini… |
| Denis: | Yes good. A lot of these people… if we could um… modify the…just to get out of the modify-modification that we are in now. You can't just dump something on Roscoe, Oloans. |
| Denis: | I have to find out first. When you dump it on Roscoe, you put him in a tailspin. Roscoe make bad decisions. Like right now he is gonna call these people not knowing okay while we were renting it and creating its uh trouble again. So I have some notes here on what you give me yesterday Oloans. |
| Oloans: | Yes Sir. |
| Denis: | And I'm gonna send it to you, make copies and send it to you. |
| Oloans: | Yes Sir. |
| Denis: | And John. (inaudible) is crazy. Who put them in this? Roscoe? You and who? |
| Stanley: | Me and Oloans |
| Denis: | Is that true or just I'm making this up? |
| Stanley: | No that's 100 percent true sir. |
| Denis: | You guys need to fix it. You need put and fix it. |
| Oloans: | Yes sir. |
| Denis: | Yes sir. Yes sir. Denzy lives at Cumberland right? |
| Stanley: | Yes sir. |
| Denis: | Denzy should or whoever stay there...everybody should pick a (inaudible).  217 Flynn Circle, who lives there that's the brother, right, Stone. |
| Stanley: | Stones sir. |
| Denis: | (inaudible) he is gonna pay shortly on different one. The freebies John? |

5

Rodriguez: Sir?

(Denis talking over Rodriguez)

Denis: How much money freebies?

Rodriguez: It's about 11,000 right now sir.

Denis: Okay them I'm going to reduce the freebie and that should uh bring some, uh fix this up. Hey Roscoe, can you do $35-$50? It should help. And then every time you rent right now try to bump it up like $25 $30 – Okay?

Stanley: Yes Sir.

Denis: Alright. Okay Oloans, I let you guys go – Whatever (talking over one another) John – Wherever I draw a line that means the renter looks good and that's it. Everything is fine.

Rodriguez: Yes sir.

Denis: (inaudible) But whenever I don't have line, that means something needs to happen. Refinance, that's for you Oloans. Refinance no good. We need to stop this. We need to uh uh not foreclose all of them. You guys going to jail not me. Okay. Oloans I send this to you for the boy.

Oloans: Yes Sir.

Denis: That's it. Okay Roscoe. Roscoe before you make decisions can you talk to me first?

Stanley: Yes sir.

Denis: Alright. Thank you.

Stanley: Yes sir.