| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**
**Jeff Derby**
**Will Pilkington**


[00:05]
**FNU LNU aka Rony Denis:** *So, Derby, you there? Derby?*

[00:07]
**Jeff Derby:** *Yes, sir.*

[00:08]
**FNU LNU aka Rony Denis:** *Will, you're there. Okay, so Debbie, also, you have a hard time explaining, alright, so this guy came in, said this, this, okay, he has a subpoena for this school, a civil, this, this, this, that, at that moment, Abdu, should've said, but why did you come to him where is the leader? Well, he's not the leader, which I've stayed over and over automatically to Abdullah. That was a big deal. But it's the same thing he did do with the CPS. Okay? And so to, so what Abdullah did, the more that Abdullah kept playing around like this to create a cloud, this, that, this other, I said, look, he's not the leader. So let me recap what you say, sir. You have an, you have a, a, a, a subpoena for the entity, not the church. This, you want know the legitimacy of the school, but Abdullah don't have the brain to think like that, right? Derby,*

[01:02]
**Jeff Derby:** *Yes, sir.*

[01:03]
**FNU LNU aka Rony Denis:** *So you just like a little bum that you can just play and then so called it make the case for the internet, this, this, this, this, that, this other. All you have to say was this. Well, a lot of people were kicked out this church because of their conduct. This, this which I have explained before, right? Derby and Will.*

[01:20]
**Jeff Derby:** *Yes, sir.*

[01:22]
**FNU LNU aka Rony Denis:** *Okay? Some of them rape kids, this, they do all kind of stuff. Once you say that, automatically it delegitimized them. Do you understand Abdu?*

[01:33]
**Anthony Oloans:** *Yes, sir.*

1

[01:34]
**FNU LNU aka Rony Denis:** *Okay. You didn't say that Abdu, right?*

[01:37]
**Anthony Oloans:** *Uh, no sir. I explained the people that left was because their life, they could not,*

[01:43]
**FNU LNU aka Rony Denis:** *Okay? All you can say is this. Look sir, they rape kids, but Mr. Dennis, uh, uh, or Reverend Dennis, whatever, is not the leader. We don't have a leader in our church. Boy, that's not our setup. From that point on. Derby would've just, okay, but he kept playing around. So the point is there is this, the guy said this, he came from an foreign entity, but then once he stayed up, but he went back again asking for me. Then at that moment,* Adullah *I said said, well, why is it that you still asking? I* already *told your lawyer, he's not involved. So De*rby, *Abbu did not say that, right?*

[02:22]
**Jeff Derby:** *No, not like that, sir. No.*

[02:24]
**FNU LNU aka Rony Denis:** *Okay, but is this still the guy? Look, the guy looking for me, or he is looking for still someone that is to give the subpoena, uh, to De*rby. *Which one? Okay. De*rby?

[02:42]
**Jeff Derby:** *Yes, sir.*

[02:42]
**FNU LNU aka Rony Denis:** *What is it? De*rby? *What is it?*

[02:45]
**Jeff Derby:** *Yes sir. I'm sorry. He, he does mention your name, but it's clear in other parts of the,*

[02:50]
**FNU LNU aka Rony Denis:** *Okay, he's mentioned my name. Alright, because the so-called leader, which* Abdullah *did not, did not say, okay, he's not the leader. So the subpoena so-called is still geared toward the school, right? De*rby?

[03:06]
**Jeff Derby:** *Yes, sir.*

[03:07]
**FNU LNU aka Rony Denis:** *Yes, sir. Is that true* Abdullah?

[03:10]
**Anthony Oloans:** *Yes, sir.*

2

[03:11]
**FNU LNU aka Rony Denis:** *Okay. So at that moment, you guys should have, well, why you come to this man's house when he has nothing to do? That was the whole thing which I want to be written. He has nothing to do with the school ed, the house of prayer. There's no way God's gonna hang this on me because what it is W*ill*, okay, years past I rented, I wasn't gonna buy houses. I didn't even wanna buy house, buy August. So he lied to me. I see the trap to accept all you guys hamsters. Do you understand? Will?*

[03:42]
**Will Pilkington:** *Yes, sir.*

[03:43]
**FNU LNU aka Rony Denis:** *Right? And I'm finished to accept this Abdullah. 'cause Abdul*lah*, you need to really clear up the hooch because Abdul*lah*, any time you could see all that makeup, but the, because what it is is, um, uh, today there'll be a bill got overfamiliar with the guy, right? Wow. This, this, this, uh, this, that, this other, so when the guy asked for me again,* Derby, *uh, it is because he couldn't find anyone to* give *the subpoena too. Or he was just playing games with a bill Wishman.*

[04:13]
**Jeff Derby:** *Uh, he couldn't find anyone to give it to. He tried to give it to, uh, Abdullah. Abdullah told him about Steve* Sadow *then, uh, and he, Abdullah would not take it. And then, uh, the agent starts saying, you can't invoke the law a lawyer because you work for House of Prayer and you work for yourself for, for you, sir.*

[04:37]
**FNU LNU aka Rony Denis:** *Do what now?*

[04:39]
**Jeff Derby:** Therefore, h*e said that because* Abdullah *said that he doesn't work for house.*

[04:43]
**FNU LNU aka Rony Denis:** *Okay? This is the part is do you work for me* Derby *or you work for House of Prayer?*

[04:49]
**Jeff Derby:** *For house of prayer, sir.*

[04:50]
**FNU LNU aka Rony Denis:** *Okay. Do you understand* Abdullah *I don't deal, I don't deal with all of this. Okay?* Abdullah*, next time, whoever, look, he's* not *involved. Are you listening, Will*?

3

[05:01]
**Will Pilkington:** *Yes.*

[05:02]
**FNU LNU aka Rony Denis:** *Are you listening*, Abdullah?

[05:04]
**Anthony Oloans:** *Yes sir.*

[05:05]
**FNU LNU aka Rony Denis:** *Why couldn't you say that? Abdu, you try to trap me with the apartment. That's why I did not sell the apartment because automatically get a big profit. Whoa. Somebody watching. The next thing you know, it goes to IRS this, this, this, the church. Oh, you're listening, Abdullah. You are you okay? You are you Abdullah. All you have to do is tell the guy, say, Hey, and I, which I'm gonna tell Steve, he's not the leader, he's not involved. This thing's been turned over. I'm willing in retirement, I am finished. I'm just, uh, no more than a contractor advisor. Are you listening* Abdullah? *Okay.*

[05:43]
**Anthony Oloans:** *Yeah.*

[05:44]
**FNU LNU aka Rony Denis:** *So, but Derby, thus far, the guy's just looking, he went back to me. Why did he go back to me Derby to prove a you or a liar or just, just to be looking for someone to give the subpoena to*

[05:59]
**Jeff Derby:** *Just, just looking to give someone the subpoena to, sir.*

[06:03]
**FNU LNU aka Rony Denis:** *Okay. So, uh, so when he mentioned me now, then after you have to follow his thought pattern, then I was gonna let you stop, but finish it. But why you listening to it so slow, Derby? So you are having a hard time yourself.* Retaining *what the guy say, right, Debbie?*

[06:21]
**Jeff Derby:** *No, sir. As far as doing it, it's all I'm actually do thinking I'm doing it faster than what I've done it in the past.*

[06:28]
**FNU LNU aka Rony Denis:** *Okay.*

[06:28]
**Jeff Derby:** *It just takes a long time to listen and transcribe it, sir.*

[06:33]

4

**FNU LNU aka Rony Denis:** *Transcribe what? So you can't listen and get the gist of it and, and, and repeat it back to me, right?*

[06:43]
**Jeff Derby:** *No, sir. I, I*

[06:44]
**FNU LNU aka Rony Denis:** *Okay. Can I listen to it right now? Derby, can you put on the recording so I can listen to it right now?*

[06:50]
**Jeff Derby:** *Yes sir, I can.*

[06:51]
**FNU LNU aka Rony Denis:** *Okay, I'm listening. Go ahead.*

[06:53]
**Jeff Derby:** *Yes, sir.*

5