| EXHIBIT NO. |
|---|
| CASE NO. |
|  |
| vs. |
|  |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Jeff Derby**
**FBI SA Dye**
**Anthony Oloans**


**Jeff Derby:** *Know how to Bluetooth. I've tried in the past. I don't have a* speaker.

[00:03]
**FNU LNU aka Rony Denis:** *Okay, so lemme, lemme hear the computers. So right now is the computer, can you turn the computer louder?*

[00:09]
**Jeff Derby:** *And, and that because*

[00:10]
**FNU LNU aka Rony Denis:** W*hat, so what now, Der*by? *So what you have to do is just, okay, turn the computer louder and put your phone on a speaker phone so I can hear it. What now? Is your phone on your Bluetooth? Eh?*

[00:23]
**Jeff Derby:** *No sir, it's not.*

[00:28]
**FNU LNU aka Rony Denis:** *Is your phone on the speaker phone? De*r*by?*

[00:34]
**Jeff Derby:** *No, sir. Without the Bluetooth.*

[00:36]
**FNU LNU aka Rony Denis:** *So what now?*

[00:38]
**Jeff Derby:** *Before, sir, I had, I did not have it on Bluetooth. I just had it on the regular phone* without

[00:44]
**FNU LNU aka Rony Denis:** O*kay. Put put it on speaker phone so I can, so you can hear my voice and I can hear this stuff also. Go ahead De*r*by. I'm listening. Go ahead and turn on any,*

[00:53]
**FBI SA Dye:** *This doesn't have anything to do with the church. We're not, there's not an investigation on the church.* This *ha*s *to do with false claims* a*ct for benefits to Veterans Affairs. Doesn't have to do with, um, how you guys, um, help*

1

*the community. It doesn't have to do with your, um, freedoms of religion. It has nothing to do with any of those things. It has to do with, um, false Claims Act,*

[01:14]
**Anthony Oloans:** *uhhuh*

[01:15]
**FBI SA Dye:** *for the Department of Veterans Affairs for Educational Benefits. That's what it has to do with nothing. We, we, we in no way have any worry about a church wanting to worship and wanting to, um, help the community and help people and be a good partner to law enforcement. That is, that is not something that we investigate. Okay? Um, that would be, especially today against the law.*

[01:37]
**FNU LNU aka Rony Denis:** *Abdullah right here. Stop right there. Stop right there. Okay. Stop right there.* Derby s*top it. Abdullah. Why did*n't *you let the guy talk? You hear that D*erby*?*

[01:51]
**Jeff Derby:** *Yes, sir.*

[01:52]
**FNU LNU aka Rony Denis:** *Why didn't you let the guy talk, let him finish his statement. Abdullah, you kept hyper. Well, sir, this, this, this, this. Okay, so go D*er*by, get it back on.*

[02:02]
**Jeff Derby:** *Yes, sir.*

2