| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**
**Jeff Derby**
**FBI SA Dye**

[00:01]
**Anthony Oloans:** *Let's put stuff about, especially with your daughter.*

[00:03]
**FBI SA Dye:** *So again, the reason I was asking where he was too is I feel, I feel like it is better for me to bring this to him, not in front of people at the church, not walking into the church.*

[00:13]
**Anthony Oloans:** *Right.*

[00:14]
**FBI SA Dye:** *And asking for him is, that's why I came by the house.*

[00:16]
**Anthony Oloans:** *Mm-hmm <affirmative>.*

[00:16]
**FBI SA Dye:** *So that it's more discreet because this is a subpoena asking for information.*

[00:21]
**Anthony Oloans:** *Right.*

[00:21]
**FBI SA Dye:** *It's not a warrant.*

[00:22]
**Anthony Oloans:** *Right.*

[00:23]
**FBI SA Dye:** *It's not an arrest warrant.*

[00:24]
**Anthony Oloans:** *Right.*

[00:24]
**FBI SA Dye:** *I'm not taking him into custody.*

[00:27]
**Anthony Oloans:** *Yes, sir.*

[00:28]
**FBI SA Dye:** *So that's why I was seen him by the house is to be more discreet.*

[00:32]
**Anthony Oloans:** *Well, thank you.*

[00:33]
**FBI SA Dye:** *So that's why I'm asking you where he is. Uh, I, you know, I'm not going to arrest him. I do not have an indictment. I do, I am not, I do not have a warrant. I just wanted to provide him with the subpoena discretely to not go in front of his, uh, his church and staff. Um, just because, you know, uh, that's, that's, we like to be respectful to people*

[00:54]
**Anthony Oloans:** A*nd that's very, very, uh, courteous of you to do that. But I, I will say Mr. Dennis is probably the most anxious person of all body citizen that in this <crosstalk>.*

[01:04]
**FBI SA Dye:** *So, so my question is, is he in, is he in, you said he was out of town. Okay, well, I'm gonna go to all the places regardless and why I'm telling you this. I'm gonna go to, I'm gonna go to the house of Augusta. I'm gonna go to the house* Florida*, I'm gonna go by to church or you could just have, have him call me or you know, we can either discreetly or I could, or you could just tell me because you said he is outta town.*

[01:25]
**Anthony Oloans:** *Uh, special* agent*. What I'm gonna do as soon as we leave, as soon as we to, I make a call and Steve* Sadow*, can get* in *touch* with *you right away* to a*ccept* the *subpoena.* To *save you* the *wear and tear and travel there. No point at all.*

[01:36]
**FBI SA Dye:** *Good job.*

[01:37]
**Anthony Oloans:** *Well, of course, but I mean that's usually, that's what's gonna happen is* Steve Sadow is *gonna contact you.*

[01:42]
**FBI SA Dye:** *Okay.*

[01:43]
**Anthony Oloans:** *Uh, I'm not sure how immediate what you see. You think about it, accept your subpoena, people communicate however you need to do. Uh, judiciary may need to drive around and waste your, not waste your time, but you have a lot of valuable things. There's a lot real crime going on here.*

2

[02:00]
**FBI SA Dye:** *Will you provide that to him? And I will be a*ccepting *his call.*

[02:04]
**Anthony Oloans:** *Absolutely.*

[02:04]
**FBI SA Dye:** *Thank you, sir.*

[02:04]
**Anthony Oloans:** *Thank you.* Special *agent.* Is it o*kay* if i take a picture.

[02:17]
**FBI SA Dye:** No. Do not take a picture.

[02:17]
**Anthony Oloans:** okay

[02:17]
**FBI SA Dye:** *Thank* you.

[02:34]
**Jeff Derby:** T*hat's the end of the recording, sir.*

[02:36]
**FNU LNU aka Rony Denis:** *Okay. So, uh, let's start with the beginning real quick again. De*rby *Alright. But, uh, uh, and I'll, I'll say Abdullah, some of the stuff you said is good, but it's still, all you have to say is say, look, you are looking man, it needs to go to an entity. And the entity is represented.*

3