| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Jeff Derby**

**FNU LNU aka Rony Denis:** *Whoever to say this, that the school is illegitimate, this, this, this. So once we see the subpoena, once you guys see the subpoena, then it says they can, you guys will find out what exactly they want. But* cause, *I still* stand by *whatever I said, okay,* Abdullah, *but as you talk mostly, I'll tell you what, special agent, he's out of town. This is a legal matter, so it's best to give it to the lawyer. Plus he's not part of the place. Anyway. If you, if you say that, you need to learn to say that. Okay? Will*, Derby, *and everybody else, are you listening,* Derby, *what he did was the same thing you did when, uh, the, the people came here, right?* Derby?

[00:39]
**Jeff Derby:** *Yes, sir.*

[00:40]
**FNU LNU aka Rony Denis:** *At Israel, right? Somebody came here and you act like I, I didn't know what to say. This, that, uh, wow, this, that, this, that, that. Do you understand?*

[00:48]
**Jeff Derby:** *Yes, sir.*

[00:49]
**FNU LNU aka Rony Denis:** *Okay. The same thing. You did this, that God used you guys, but let me listen to the beginning, okay? But I've done several of the things you say is good. 'cause what it is, he got to make statement. Look, they can call you a cop. They can do this, they can do that. We're not here for that. We strictly want to know the legitimacy of this school, this, this, this. But what's wrong is Abdullah, you should have said, look, because when you start saying, I'm the great man, this, this, this, it's like I'm involved. I am not involved, have never been curse me. House of prayer, curse me Christ. I stand by that, okay? I am not involved in a stupid school, the stupid house of prayer. I am finished. So now having to let me listen to, to the beginning,* De*rby of it.*

1