| EXHIBIT NO. |
|---|
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**
**Will Pilkington**

[00:00]
**FNU LNU aka Rony Denis:** *Okay. Alright. Because* Abdullah *just kept going around and around. So Abdullah, his objective, was it looking for me or looking for someone*, Derby, *to give the subpoena to, or he wanted to give it to me. Abdullah, had you say to him that you qualified this, this, this, you know, the lawyer that he needs to call, he wasn't gonna do anything to you. Ab*dullah. *Do you understand?*

[00:24]
**Anthony Oloans:** *Yes, sir.*

[00:26]
**FNU LNU aka Rony Denis:** *Okay. He couldn't do anything to you. Alright. Once he said it's civil, civil mean, this is what it is. What? That's civil. Once they get information, if they see, when they said the fraud act, that's the law. The authority, why it counts. Alright. So they say, Dennis, Dennis, Dennis, once you tell him I'm not involved, that I don't even deal with that. This, this, okay, but who deals with it? Well, there's administrators, but by law send it to the attorney and we'll give you all the information you need everything. We want to cooperate this, that, this other, do you understand Abdullah?*

[01:03]
**Anthony Oloans:** *Yes, sir.*

[01:03]
**FNU LNU aka Rony Denis:** *Had you said Abdullah, would that, that would there have been this running around? The more you evaded me, the more it created cloud. Do you understand Abdullah?*

[01:13]
**Anthony Oloans:** Yes s*ir*.

[01:14]
**FNU LNU aka Rony Denis:** *Do you see that? Abdullah?*

[01:17]
**Anthony Oloans:** *Yes, sir.*

[01:17]
**FNU LNU aka Rony Denis:** *Explain* it Abdullah

[01:22]

1

**Anthony Oloans:** *Uh, the more I evaded you, it created more questions.*

[01:25]
**FNU LNU aka Rony Denis:** *That's all the same thing as the city. I'll tell you what, he's traveling. I can tell you he's here. He is there, but at this present moment, I do not know where he is physically. Is that a lie? Will*

[01:38]
**Will Pilkington:** *No, sir. It's not*

[ 01:40]
**FNU LNU aka Rony Denis:** *Okay. However, though it is appropriate, since he's not involved with the school, with, uh, I'm telling you need to get over this, that I'm finished. Is that you having a hard time understanding that Abdullah?*

[01:52]
**Anthony Oloans:** *No, sir.*

[01:53]
**FNU LNU aka Rony Denis:** *Okay. I am finished. I did my part. How long have I been finished? At the,*

[01:59]
**Anthony Oloans:** *Since the beginning, sir.*

[02:00]
**FNU LNU aka Rony Denis:** *Okay, so therefore, okay, the guys, I'll tell you what sir. He's just a traveling, uh, uh, uh, uh, uh, evangelist. He's not involved. He gives advice. That was the same thing. Will that the lawyer did. The Jewish lawyer, right? When they tried to say that I was in charge, but why? Listen, what did that lawyer say? Will*

[02:21]
**Will Pilkington:** *He associated you? He said he's not the leader of House of Prayer. Uh, nor is he the head pastor of House of Prayer. He's equivalent to just an active member of House of Prayer. And that's it.*

[02:33]
**FNU LNU aka Rony Denis:** *You hear that? Abdullah*

[02:35]
**Anthony Oloans:** *Yes, sir.*

[02:36]
**FNU LNU aka Rony Denis:** *Is this the, okay, is this the first time you heard that Abdullah, the guy at the end, he said, look, it's my card. He's my office. What? Didn't you, did you offer him to send him pamphlets and everything, Abdullah?*

2

[02:47]
**Anthony Oloans:** *Yes, sir.*

[02:48]
**FNU LNU aka Rony Denis:** *And he said you can do that, right?*

[02:50]
**Anthony Oloans:** *No, sir. You wouldn't gimme Well, he just, I was trying to get his email address to send him stuff and instead he just said, call his office.*

[02:58]
**FNU LNU aka Rony Denis:** *Okay. People to you, Abdullah, just think that he's just some bum like him to just give you a cell number. This, this, this, this email. They don't do that. Abdullah, do you understand?*

[03:10]
**Anthony Oloans:** *Yes, sir.*

[03:11]
**FNU LNU aka Rony Denis:** *You didn't know that Abdullah?*

[03:15]
**Anthony Oloans:** *Uh, no sir. Uh, Freddy and the other guys gave us a cell number, sir.*

[03:19]
**FNU LNU aka Rony Denis:** *Okay. That was because they were trying to trap you. Do you understand Abdullah?*

[03:23]
**Anthony Oloans:** *Yes, sir.*

[03:24]
**FNU LNU aka Rony Denis:** *That was all friendly. Here's our email. This, this, this, this. Do you understand Abdullah?*

[03:30]
**Anthony Oloans:** *Yes, sir.*

[03:31]
**FNU LNU aka Rony Denis:** *Uh,* Derby, *Abdullah, uh.*

3