| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**

[00:00]
**Anthony Oloans:** *Yes sir. He* was *more than.*

[00:01]
**FNU LNU aka Rony Denis:** B*ut then because uh.* So Abdullah, *he offered you the subpoena, right?*

[00:07]
**Anthony Oloans:** *Yes, sir. Yes Sir.*

[00:09]
**FNU LNU aka Rony Denis:** *To take it for me or just for* H*ouse of* P*rayer?*

[00:13]
**Anthony Oloans:** *House of* P*rayer* s*ir.* He

[00:13]
**FNU LNU aka Rony Denis:** T*hat means that* Abdullah *at that moment, I tell you what, I can't take it. Uh, Everest, they said that. But by the way, uh, Mr. Denis is not in charge of anything. Do you understand? Alright. Even the work I do, he doesn't know. So automatically Abdullah, you clear me or the whole church? Yeah. Be at that moment that you clear me? Or the whole church?*

[00:38]
**Anthony Oloans:** *The whole church* sir.

[00:39]
**FNU LNU aka Rony Denis:** *The whole church. Do you understand* Abdullah*?*

[00:42]
**Anthony Oloans:** *Yes, sir.*

[00:43]
**FNU LNU aka Rony Denis:** *When you said, by the way, you know, I work, but Mr. D*enis *don't even know what I do. A*nd *they work at the church. I don't know what they do. And so you have to really get to the lawyer and I'm sure they'll give you all the information that you need. Do you know what Labat doe*s Abdullah?

1