| EXHIBIT NO. |
|---|
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**

[00:00]
**FNU LNU aka Rony Denis:** *What do you say again? I'm not involved. You need, you, you need to clean up the ho*och Abdullah. *This, that, this, that.* Did *I lose yo*u Abdullah?

[00:07]
**Anthony Oloans:** *No, sir.*

[00:08]
**FNU LNU aka Rony Denis:** *Okay. Because they can rai*d *the ho*och Abdullah *at at any time. Do you understand* Abdullah?

[00:14]
**Anthony Oloans:** *Yes, sir.*

[00:15]
**FNU LNU aka Rony Denis:** *Okay. And they can raid your house* Abdullah. *Did you know that? So you need to keep stuff at* Will *like you've done this, this, this. Okay. Abdullah?*

[00:24]
**Anthony Oloans:** *Yes, sir.*

[00:25]
**FNU LNU aka Rony Denis:** *Okay. And clean it up, Abdullah. Okay?*

[00:28]
**Anthony Oloans:** *Yes, sir.*

[00:29]
**FNU LNU aka Rony Denis:** But *next time, don't do this, sir. Don't lie to the guy. This, this. And then A*bdullah.

1