| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**
**Will Pilkington**

[00:00]
**FNU LNU aka Rony Denis:** *Because to, to him, it was like you were hiding me outside or inside this, that, this other Abdullah right?*

[00:09]
**Anthony Oloans:** *Yes, sir.*

[00:10]
**FNU LNU aka Rony Denis:** *Are you saying that or are you seeing that Abdullah?*

[00:14]
**Anthony Oloans:** *Yes. Yes, sir.*

[00:16]
**FNU LNU aka Rony Denis:** *Okay. Alright Abdullah? Because he didn't, he only came after me because it, I'm the leader. Once you tell him, oh man, the wrong house. He is not the leader. Then there'll be, what, what more can he say?*

[00:28]
**Anthony Oloans:** *Nothing more, sir.*

[00:30]
**FNU LNU aka Rony Denis:** *And then Abdullah, did you ask him who told him that I was the leader?*

[00:34]
**Anthony Oloans:** *No, sir.*

[00:35]
**FNU LNU aka Rony Denis:** *You still think that I'm the leader Abdullah in the house blue book?*

[00:39]
**Anthony Oloans:** *No, sir.*

[00:40]
**FNU LNU aka Rony Denis:** *But why is it that, that, that, that, uh. Why is it that Abdullah that didn't come to your mind?*

[00:48]

1

**Anthony Oloans:** *It just didn't come, sir. Uh, I was there on spot so I had to come up with something, sir? It just didn't, I didn't come with up that sir.*

[00:53]
**FNU LNU aka Rony Denis:** *Come up with something. Just tell the truth. Abdullah. They understand. I've been finished from the beginning. I'll never preach again. Uh, if I had to start again, Abdullah, I never, I would have never stepped foot in any religion, any church whatsoever. Do you understand? Abdullah? And I stand by that. I see the trap with this house. I see it Abdullah, and I'm gonna make it out of it. I've already, I okay. Just like God swear by himself. I swear by myself also that I'm gonna do it. You understand Abdullah? He can kill me tonight. Let me die in my bed. I'm finished. You cannot put me in a coma and lie to me. You understand Abdullah? And take you. It's like I hijack you, lie to you, put you in a coma and ended up in. And I'm gonna tell whoever, say, you know what, what was done to me was this. And I'm gonna tell Steve that, okay? That I have nothing to do with all this mess. This. And so, Steve, are you religious? This is the way church is. It's the backside, the this, the that. Do you understand? And I'm finished. Okay?Alright. Abdullah, do you understand that Abdullah?*

[02:05]
**Anthony Oloans:** *Yes sir.*

[02:06]
**FNU LNU aka Rony Denis:** *Okay. Abdullah, you're not gonna quit, right? But there's gonna be a time my phone's gonna be off and you're gonna talk to Will this, this, this. You understand Abdullah?*

[02:15]
**Anthony Oloans:** *Yes sir.*

[02:16]
**FNU LNU aka Rony Denis:** *Okay. That's gonna happen because I can't keep having Kregel's wife, this, this, a bunch of crazy people. Uh, what do I know Christ from? I don't know Christ. I don't know God. Do you understand Will?*

[02:28]
**Will Pilkington:** *Yes sir.*

[02:30]
**FNU LNU aka Rony Denis:** *I've done my part. You guys get some rest?*

2