GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court

## *Southern District of Georgia*

USA
V.
FNU LNU (First Name Unknown, Last Name Unknown)

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:25-cr-062

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian K. Epps | Patricia Rhodes/George Jacobs | Steven H. Sadow |
| DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 17, 2025; Sept 26, 2025 | FTR | Courtnay Capps |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness List: |
| | | | | | |
| | | | | | |
| | | | | | Exhibit List: |
| 1 | | 9/17/2025 | | X | Passport received by Defendant Denis |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

| EXHIBIT NO. | 1 |
|---|---|
| CASE NO. | 1:25-cr-00062 |
| | USA |
| | vs. |
| | FNU LNU<br>(First Name Unknown Last Name Unknown) |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Codigo: USA
Passport No. / No. du Passeport / No. de Pasaporte: 490915192

Surname / Nom / Apellidos
DENIS

Given Names / Prénoms / Nombres
RONY

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
24 Aug 1963

Place of birth / Lieu de naissance / Lugar de nacimiento
HAITI

Sex / Sexe / Sexo
M

Date of issue / Date de délivrance / Fecha de expedición
24 Feb 2012

Authority / Autorité / Autoridad
United States Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
23 Feb 2022

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USADENIS<<RONY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

4909151922USA6308247M2202233248193469<462532