UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-062-1 |
| | ) | |
| RONY DENIS | ) | |

**<u>DEFENDANT DENIS' RESPONSE TO
MOTION TO DESIGNATE CASE AS COMPLEX</u>**

COMES NOW Rony Denis, by and through his undersigned counsel, and consents to the Government's request to designate this case as complex.  (Doc. 9).

Respectfully submitted this 7th day of October, 2025.

<div style="margin-left: 40%;">

*/s/ Steven H. Sadow*
STEVEN H. SADOW
260 Peachtree Street, N.W., Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

*/s/ David M. Stewart*
CROWDER STEWART LLP
540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
706-434-8799
david@crowderstewart.com

</div>

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 7th day of October, 2025.

> */s/ David M. Stewart*
> CROWDER STEWART LLP
> 540 James Brown Boulevard
> Post Office Box 160
> Augusta, Georgia 30903
> 706.434.8799