UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-062 |
| | ) | |
| ANTHONY OLOANS | ) | |

## **MOTION TO WITHDRAW**

COMES NOW Scott R. Grubman, counsel for Anthony Oloans, and respectfully moves to withdraw. In support of this motion, counsel states as follows:

- On September 16, 2025, undersigned counsel entered a notice of appearance on behalf of Mr. Oloans. [Doc. 33]

- On October 9, 2025, Mr. Oloans informed undersigned counsel of his desire to terminate counsel's services.

- On October 10, 2025, Mr. Joey Turner entered a notice of appearance on behalf of Mr. Oloans. [Doc. 92]

For these reasons, undersigned counsel respectfully requests that the Court grant this Motion to Withdraw. A proposed Order is attached.

1

Respectfully submitted this 14th day of October, 2025.

/s/  Scott R. Grubman
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans

## **CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 14th day of October, 2025.

*/s/  Scott R. Grubman*
Scott R. Grubman
Georgia Bar No. 317011
CHILIVIS GRUBMAN, LLP
1834 Independence Sq.
Atlanta, GA  30338
Telephone: (404) 233-4171
Fax:  (404) 261-2842
sgrubman@cglawfirm.com
Counsel for Mr. Oloans
