IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| RONY DENIS | ) | |
| ANTHONY OLOANS | ) | |
| JOSEPH FRYAR | ) | |
| DENNIS NOSTRANT | ) | |
| GERARD ROBERTSON | ) | |
| DAVID REIP | ) | |
| MARCUS LABAT | ) | |
| OMAR GARCIA | ) | |

**O R D E R**

Before the Court is the government's motion to designate this case as complex. (Doc. no. 9.) Defendants Denis, Oloans, and Reip consent to the request, (doc. nos. 87, 88, 89), and the remaining Defendants do not oppose the motion. For all the reasons detailed in the motion, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), this case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further finds the ends of justice served by granting the motion outweigh the best interests of the public and Defendants in a speedy trial. Accordingly, the Court **GRANTS** the motion to designate this case as complex and excludes the time from October 15, 2025, until further ruling of the Court from computation under the Speedy Trial Act.

SO ORDERED this 15th day of October, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA