IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| JOSEPH FRYER | ) | |
| DENNIS NOSTRANT | ) | |
| GERARD ROBERTSON | ) | |
| DAVID REIP | ) | |
| MARCUS LABAT | ) | |
| OMAR GARCIA | ) | |

**O R D E R**

After carefully considering remarks from all counsel at today's hearing, the Court **MODIFIES** the bond conditions for all released defendants by prohibiting their attendance at, or participation in, any activities, services, gatherings, or events associated with the House of Prayer Christian Churches. As the Court explained in detail at the hearing, any lesser restrictions will not reasonably assure compliance with the prohibition of communication with potential witnesses or the protection of potential witnesses against improper influence, coercion, or intimidation. The Court has a compelling interest to impose this prohibition for the purpose of ensuring adequate protection of potential witnesses and the orderly and fair administration of justice. However, Defendants may watch church services remotely from any livestream or recording, and Defendant Reip may drop off and pick up his child from school. To comply with the standard bond condition prohibiting defendants from communicating with potential witnesses, Defendants shall consider any current or former

member of the church as a potential witness, with the exception that a defendant may communicate with his immediate family members. This ruling is effective immediately. However, Defendants may file legal briefs by October 22, 2025, concerning any argument that constitutional restraints limit the Court's authority.

The Court **GRANTS** Defendant Nostrant's Motion to Modify Bond Conditions, (doc. no. 94), by removing the work requirement and allowing Defendant Nostrant to attend any and all medical appointments for his wife that occur outside the District so long as he notifies the probation officer before leaving the District for this purpose.

SO ORDERED this 15th day of October, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA