IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-62 |
| ) | |
| ANTHONY OLOANS ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO DISMISS DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER (DOC. 112)

NOW COMES the United States of America, by and through the United States Attorney, Margaret E. Heap, and the undersigned Assistant United States Attorney and responds as follows to the Defendant's motion (Doc 112):

The Defendant filed a motion for revocation of the Magistrate Judge's order of detention. (Doc. 72 and 112). The motion is devoid of any citation to a record, transcript, or exhibit of any kind in violation of S.D. Ga. L.Crim 12(f), which requires that "[e]very factual assertion in a motion or brief shall be supported by citation to the record or exhibits attached to the motion."

For the foregoing reason, the Government respectfully requests this Court to dismiss the Defendant's Motion to Revoke the Detention Order and order the Defendant detained pending trial.

Respectfully Submitted this 6th day of November, 2025.

                                       MARGARET E. HEAP
                                       UNITED STATES ATTORNEY

                                       *s/ Patricia Green Rhodes*
                                       Patricia Green Rhodes

Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 826-4534

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 6th day of November 2025.

>MARGARET E. HEAP
>UNITED STATES ATTORNEY
>
>***/s/ Patricia Green Rhodes***
>Patricia Green Rhodes
>Assistant United States Attorney
>Chief, Criminal Division
>Georgia Bar No. 307288
>P.O. Box 2017
>Augusta, Georgia 30903
>706-826-4534
>patricia.rhodes@usdoj.gov