# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-62-7 |
| | ) | |
| MARCUS LABAT | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY BOND (DOC. 159)

NOW COMES the United States of America, by and through the United States Attorney, Margaret E. Heap, the undersigned Assistant United States Attorney and responds as follows to the Defendant's motion (Doc. 159):

The Defendant is prohibited from being "attend[ing], or participate[ng] in, any activities, services, gatherings, or events associated with the House of Prayer Christian Churches." (Doc.98 at 1) He is also prohibited from "communicating with potential witnesses, [and he] shall consider any current or former member of the church as a potential witness, with the exception [] [of] his immediate family member[s]. (Id at 1-2).

If the Defendant can demonstrate that his son's friends are not church members and that they are not children of other church members – that contact would not be prohibited. The Government otherwise opposes the Motion and asks that it be denied.

Respectfully submitted this 27th day of February, 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***s/ Patricia Green Rhodes***
Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 826-4534

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 27th day of February 2026.

                                            MARGARET E. HEAP
                                            UNITED STATES ATTORNEY

                                            ***/s/ Patricia Green Rhodes***
                                            Patricia Green Rhodes
                                            Assistant United States Attorney
                                            Chief, Criminal Division
                                            Georgia Bar No. 307288
                                            P.O. Box 2017
                                            Augusta, Georgia 30903
                                            706-826-4534
                                            patricia.rhodes@usdoj.gov