IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| MARCUS LABAT | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** Defendant Labat's motion to modify bond subject to the strict terms, conditions, and limitations set forth in the motion. (Doc. no. 159.)

SO ORDERED this 5th day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA