IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| ANTHONY OLOANS | ) | |

**O R D E R**

In his "Motion for Transfer of Custody," Defendant requests transfer from the Jefferson County Detention Center to a facility "that is more readily accessible" to his Savannah retained attorney. (Doc. no. 174.) The Court defers to the sound discretion of the United States Marshals Service concerning the determination of where to house pretrial detainees. To the extent Defendant has complaints about the conditions at his current facility, he should direct those complaints to the staff at this facility. For these reasons, the Court **DENIES** Defendant's motion. (Doc. no. 174.)

SO ORDERED this 14th day of April, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA