# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2026

Clerk - Southern District of Georgia
U.S. District Court
Federal Justice Center
600 JAMES BROWN BLVD
AUGUSTA, GA 30901

Appeal Number:  26-10594-B
Case Style:  USA v. David Reip, et al
District Court Docket No:  1:25-cr-00062-JRH-BKE-6

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a
motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of
such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 26-10594

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DAVID REIP,
DENNIS NOSTRANT,
MARCUS LABAT,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:25-cr-00062-JRH-BKE-6

Before JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

BY THE COURT:

Appellants' "Emergency Motion Under Federal Rule of Appellate Procedure 9(a) to Modify Conditions of Release" is DENIED.

2                        Order of the Court                    26-10594

The Clerk's Office is DIRECTED to close the file on this case.