IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CR 125-062 |
| | ) | |
| DAVID REIP, DENNIS NOSTRANT, | ) | |
| and MARCUS LABAT, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Appellants' "Emergency Motion Under Federal Rule of Appellate Procedure 9(a) to Modify Conditions of Release" having been denied by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _____ 11th _____ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA