IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| MARCUS LABAT | ) | |

**O R D E R**

In light of Defendant's retention of counsel, Brian T. Rafferty, the Court **GRANTS** the Motion to Withdraw, (doc. no. 197), and **TERMINATES** the appointment of D. Brooks K. Hudson.  Mr. Hudson is accordingly **INSTRUCTED** to file his CJA voucher within fourteen days of the date of this Order.  Mr. Rafferty shall coordinate with Mr. Hudson and the Government to ensure receipt of all discovery materials.

SO ORDERED this 28th day of July, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA