**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-62-3** |
| | ) | |
| **JOSEPH FRYAR** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS (DOC. 238)**

The United States, by and through Margaret E. Heap, United States Attorney, and undersigned counsel, opposes the Defendant's Motion to Continue Deadline for Pretrial Motions (Doc. 238) and states as follows:

**Opposition to Extension of Deadline**

On September 4, 2025, a grand jury indicted Defendant Fryar and seven co-defendants on fraud offenses stemming from their involvement with the House of Prayer Christian Churches of America ("HOPCC") and House of Prayer Bible Seminary ("HOPBS"). (Doc. 3.) Defendant is charged in Count One with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1344(2) and 1349, and in Counts Two and Three with Bank Fraud, in violation of 18 U.S.C. § 1344(2). (Id.)

The Defendant appeared on September 11, 2025, for his initial appearance and was released on bond. (Doc. 22 and 13.) Attorney James Pete Theodocion filed an entry of appearance on behalf of the Defendant. (Doc 27). On September 16, 2025, Mr. Theodocion filed four pretrial discovery motions (Docs 28, 29, 30, and 31). On September 23, 2025, the Defendant appeared for arraignment and entered a not

guilty plea to the charges. (Doc. 58.) On October 1, 2025, the Court entered a scheduling order and directed that all pretrial motions were due not later than March 30, 2026. (Doc 74). On February 7, 2026, all defendants joined in a motion to extend that deadline by six months. (Doc 152.) The Court granted the motion, over the Government's objection, and reset the deadline to September 30, 2026. (Doc 153 and 155.)

On September 30, 2026, new counsel for Joseph Fryar, Holly Pierson, filed an entry of appearance in Fryar's case. (Docs 237 and 243.) and filed for a 60-day extension to file pretrial motions. (Doc 238.) Counsel conferred with Government's counsel who stated her opposition to the extension as four pretrial motions have been filed by prior counsel for the Defendant.

For the foregoing reasons, the Government opposes the extension.

**Request to Terminate Co-Defendant's Deadlines**

In the event the Court grants the Defendant's request for a 60-day extension, the Government requests the Court *not to extend* the pretrial motions deadline for the non-moving defendants (FNU LUN aka Rony Denis, Anthony Oloans, Gerard Robertson, Davd Reip, Marcus Labat, and Omar Garcia) including any motions to adopt[1] beyond the established deadline – September 30, 2026.

[1] The Court's scheduling order directs "a defendant shall not file a motion that merely adopts or incorporates by reference a motion of argument by a co-defendant." (Doc. 74 at 2.)

**Request For 60 Days to Respond to All Pretrial Motions**

Lastly, the Government requests 60 days after the last pretrial motion is filed by any defendant to file a combined response to all pretrial motions.

Respectfully submitted, this 2nd day of October, 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia Green Rhodes***
Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA  30903
(706) 826-4534